# Exhibit 1



COVID-19 NEWS      SERVICES ˅      CONTACT US      FRANÇAIS      **SIGN IN**      REGISTER

# Pomerantz Law Firm Announces the Filing of a Class Action Against Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II and Certain Officers – EMBK; EMBKW; NGAB.U; NGAB; NGAB WS

April 01, 2022 14:04 ET | Source: Pomerantz LLP

NEW YORK, April 01, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II ("Embark" or the "Company") (NASDAQ: EMBK; EMBKW) (NYSE: NGAB.U; NGAB; NGAB WS) and certain of its officers.  The class action, filed in the United States District Court for the Northern District of California, and docketed under 22-cv-02090, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Embark securities between January 12, 2021 and January 5, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Embark securities during the Class Period, you have until May 31, 2022 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.  To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**



company that has no specific business plan or purpose or has indicated its business plan is to engage in a merger or acquisition with an unidentified company or companies, other entity, or person.

On November 10, 2021, the Company consummated a merger transaction with Embark Trucks Inc., a Delaware corporation ("Legacy Embark"), whereby, among other things, the Company changed its name from "Northern Genesis Acquisition Corp. II" to "Embark Technology, Inc." (the "Business Combination").

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company had performed inadequate due diligence into Legacy Embark; (ii) Legacy Embark and the Company following the Business Combination held no patents and an insignificant amount of test trucks; (iii) accordingly, the Company had overstated its operational and technological capabilities; (iv) as a result of all the foregoing, the Company had overstated the business and financial prospects of the Company post-Business Combination; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On January 6, 2022, The Bear Cave published a short report entitled "Problems at Embark Technology (EMBK)" (the "Bear Cave Report").  The Bear Cave Report alleged, among other issues, "that Embark appears to lack true economic substance" and that its "current evaluation appears to be based on puffery rather than actual substance", noting that "[t]he company holds no patents, has only a dozen or so test trucks, and may be more bark than bite."

On this news, Embark's stock price fell $1.37 per share, or 16.75%, to close at $6.81 per share on January 6, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting



COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

---

**Tags**

Class Action

## Recommended Reading

March 31, 2022 19:24 ET

Source:   Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Renalytix Plc - RNLX**

NEW YORK, March 31, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of Renalytix Plc ("Renalytix" or the "Company") (NASDAQ: RNLX).   Such investors are advised...

March 31, 2022 19:21 ET

Source:   Pomerantz LLP

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Expensify, Inc. - EXFY**

NEW YORK, March 31, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP is investigating claims on behalf of investors of Expensify, Inc. ("Expensify" or the "Company") (NASDAQ: EXFY). Such investors are advised...

## Explore







**Metaverse protocol Caduceus closes $4M Series A in...**

**Choice Health at Home Closes Acquisition of the Te...**

**GreenSeed Contract Packaging Announces Expansion t...**

Fandom Into a Featur



COVID-19 NEWS        SERVICES ⌄        CONTACT US        FRANÇAIS        SIGN IN        REGISTER



## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

· Home                    · RSS Feeds

· Newsroom                · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.