# Exhibit 3

**Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II Loss Chart**

**Class Period: January 12, 2021 through January 5, 2022**

Lookback Price: $4.79

| | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Whitford, Kevin | 11/26/2021 | 4 | ($7.47) | ($29.88) | 1/20/2022 | 25 | $4.07 | $101.75 | | | |
| | 11/26/2021 | 9 | ($7.47) | ($67.23) | 2/1/2022 | 37 | $3.67 | $135.79 | | | |
| | 12/1/2021 | 6 | ($7.93) | ($47.58) | | | | | | | |
| | 12/6/2021 | 10 | ($7.46) | ($74.60) | | | | | | | |
| | 12/7/2021 | 8 | ($8.79) | ($70.32) | | | | | | | |
| | 12/9/2021 | 3 | ($9.67) | ($29.01) | | | | | | | |
| | 12/15/2021 | 9 | ($7.93) | ($71.37) | | | | | | | |
| | 1/5/2022 | 4 | ($8.00) | ($32.00) | | | | | | | |
| | 1/5/2022 | 9 | ($7.93) | ($71.37) | | | | | | | |
| | | 62 | | ($493.36) | | 62 | | $237.54 | 0 | $0.00 | ($255.82) |