SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

*Attorneys for Defendants*
*Embark Technology, Inc., Ian Robertson,*
*Ken Manget, Alex Rodrigues, and Richard Hawwa*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>               Defendants. | Case No. 3:22-cv-02090-JSC<br><br>**DECLARATION OF JESSICA L. LEWIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date:    March 2, 2023<br>Time:   10:00 a.m.<br>Place:  Courtroom 8, 19th Floor<br>Judge:  The Honorable Jacqueline Scott Corley |

I Jessica L. Lewis, declare as follows:

1.      I am an attorney admitted to practice before this Court, a member of the California State Bar, and Counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys of record for defendants Embark Technology, Inc. ("Embark" or the "Company"), Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Prior to November 10, 2021, Embark was known as Northern Genesis Acquisition Corp. II ("NGA").  Attached as **Exhibit A** are true and correct excerpts of NGA's Proxy Statement and Prospectus, which is dated October 18, 2021 and was filed with the United States Securities and Exchange Commission ("SEC") on October 19, 2021 pursuant to Rule 424(b)(4). The copy of the document attached as Exhibit A was obtained from the SEC's Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") System.

3.      Attached as **Exhibit B** is a true and correct copy of NGA's Registration Statement on Form S-1, filed with the SEC on December 23, 2020 in connection with NGA's anticipated initial public offering (IPO).  The copy of the document attached as Exhibit B was obtained from EDGAR.

4.      Attached as **Exhibit C** are true and correct excerpts of NGA's Form 8-K, filed with the SEC on June 23, 2021.  The copy of the document attached as Exhibit C was obtained from EDGAR.

5.      Attached as **Exhibit D** is a true and correct copy of Embark's Form 8-K, filed with the SEC on November 10, 2021.  The copy of the document attached as Exhibit D was obtained from EDGAR.

6.      Attached as **Exhibit E** is a true and correct copy of "Staff Statement on Accounting and Reporting Considerations for Warrants Issued by Special Purpose Acquisition Companies ("SPACs")," issued by the Staff of the SEC and dated April 12, 2021.  The copy of the document attached as Exhibit E was obtained from the SEC's website.

7.      Attached as **Exhibit F** are true and correct excerpts of a Registration Statement on Form S-4, filed by NGA with the SEC on July 2, 2021.  The copy of the document attached as Exhibit F was obtained from EDGAR.

8.      Attached as **Exhibit G** is a true and correct copy of an SEC Staff Comment Letter to NGA, dated August 3, 2021.  The copy of the document attached as Exhibit G was obtained from EDGAR.

9.      Attached as **Exhibit H** is a true and correct copy of an SEC Staff Comment Letter to NGA, dated September 16, 2021.  The copy of the document attached as Exhibit H was obtained from EDGAR.

10.      Attached as **Exhibit I** is a true and correct copy of an SEC Staff Comment Letter to NGA, dated October 7, 2021.  The copy of the document attached as Exhibit I was obtained from EDGAR.

11.      Attached as **Exhibit J** is a true and correct copy of an article published by Marcum LLP ("Marcum"), dated October 19, 2021, titled "Assessing the Classification of Redeemable Shares in a SPAC IPO."  The copy of the document attached as Exhibit J was obtained from Marcum's website.

12.      Attached as **Exhibit K** is a true and correct copy of NGA's Form 10-Q for the quarter ended June 30, 2021, filed with the SEC on August 16, 2021.  The copy of the document attached as Exhibit K was obtained from EDGAR.

13.      Attached as **Exhibit L** are true and correct excerpts of NGA's Amendment No. 1 to its Form S-4 Registration Statement, filed with the SEC on August 30, 2021.  The copy of the document attached as Exhibit L was obtained from EDGAR.

14.      Attached as **Exhibit M** are true and correct excerpts of NGA's Amendment No. 2 to its Form S-4 Registration Statement, filed with the SEC on September 22, 2021.  The copy of the document attached as Exhibit M was obtained from EDGAR.

15.      Attached as **Exhibit N** are true and correct excerpts of NGA's Amendment No. 3 to its Form S-4 Registration Statement, filed with the SEC on October 8, 2021.  The copy of the document attached as Exhibit N was obtained from EDGAR.

16.     Attached as **Exhibit O** is a true and correct copy of an article published by Bloomberg Law ("Bloomberg") on December 6, 2021 titled "SPAC Correction Rules Defended as Firms Scramble to Fix Errors."  The copy of the document attached as Exhibit O was obtained from the Bloomberg website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 24, 2022 at Palo Alto, California.

*/s/ Jessica L. Lewis*
Jessica L. Lewis

DECL. OF JESSICA LEWIS ISO
MOTION TO DISMISS                                    - 3 -                          No. 3:22-cv-02090-JSC