KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6019
Facsimile: (650) 858-6100

*Attorneys for Defendant*
*Embark Technology, Inc.*

[ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | Case No. 3:22-cv-02090-JSC<br><br>**UNOPPOSED ADMINISTRATIVE JOINT MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

Defendant Embark Technology, Inc. ("Embark" or the "Company") and Derivative Plaintiff Josh Luberisse ("Derivative Plaintiff") hereby submits this unopposed administrative joint motion pursuant to Civil Local Rules 3-12 and 7-11.  Embark respectfully requests that this Court consider whether the following cases should be deemed related pursuant to Civil Local Rule 3-12(a):

1. ***Hardy, et al. v. Embark Technology, Inc., et al.*, Case No. 3:22-cv-02090-JSC**, filed **April 1, 2022** (putative class action brought on behalf of shareholders of Embark against the Company and certain current and former officers and directors); and

2. ***Luberisse v. Robertson, et al.*, Case No. 4:22-cv-05455-KAW** (the "Derivative Action"), filed **September 23, 2022** (a putative shareholder derivative action filed in this District on behalf of Embark against certain current and former officers and directors, including all of the individual defendants in this action).[1]

As set forth in the accompanying Declaration of Jessica L. Lewis ("Lewis Decl."), this motion by Embark and Derivative Plaintiff in the Derivative Action is unopposed: counsel for the Lead Plaintiff in this action have confirmed that they do not oppose this motion.  Lewis Decl. ¶ 7.[2]

The instant action (the "Class Action"), filed on April 1, 2022, is a putative shareholder class action against Embark and certain of its current and former officers and directors.  The Amended Class Action Complaint filed in this action on August 25, 2022 (ECF No. 33) alleges claims under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act") and Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") in connection with the Company's SEC filings (including its October 18, 2021 Definitive Proxy Statement and Prospectus).  Defendants Embark, Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa filed a motion to dismiss the Amended Class Action Complaint on October 24, 2022.  ECF No. 36.  The hearing on Defendants' motion to dismiss is set for March 2, 2023.

---

[1] Embark was served on October 27, 2022 in the *Lubiresse* Action and, at present, its deadline for responding to the *Lubiresse* Complaint is November 16, 2022.  Lewis Decl., ¶ 4.  No other defendant has yet been served in the *Lubiresse* Action nor has any other defendant yet appeared in that case.  *Id*.  Similarly, the only individual defendants to be served in this case – Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa – do not oppose designating the two actions as related cases.  *Id*. ¶ 8.

[2] The Civil Cover Sheet that accompanied the filing of the complaint in the Derivative Action similarly identified the two cases as related.  *See* Lewis Decl., Ex. A.

---

ADMIN. MOTION TO RELATE CASE                   - 1 -                   No. 3:22-cv-02090-JSC

The *Lubiresse* Action, filed on September 23, 2022, is presently assigned to Magistrate Judge Kandis A. Westmore.  It is a putative shareholder derivative action, purportedly brought on behalf of Embark against eleven current or former officers and directors of the Company – including all eight of the individual defendants in this action.[3]  As set forth in the Shareholder Derivative Complaint in the *Lubiresse* Action ("Derivative Complaint," Lewis Decl., Ex. B), the Derivative Complaint is in part based on allegations common to the Class Action.  Thus, the Derivative Complaint alleges, among other things, that the same SEC filings at issue in this action were false and misleading, for the same purported reasons alleged in the original and amended complaints in this Class Action.  *See, e.g.*, Derivative Complaint ¶¶ 1, 11-29, 91-92, 103-107, 120-162, 173, 228.

Additionally, the Derivative Complaint expressly references the instant Class Action (*id.* ¶¶ 28, 29, 31, 164, 175, 176, 224, 228-229), invokes this Class Action as one of its bases for federal question jurisdiction in the Derivative Action (*id.* ¶ 31), seeks recovery for purported damages to Embark that include, *inter alia*, potential exposure in this Class Action (*e.g., id.* ¶¶ 164, 224), and claims that pre-suit demand on Embark's Board of Directors is excused in part due to their substantial likelihood of liability in this Class Action (*e.g., id.* ¶¶ 164, 224).  The Derivative Plaintiff also seeks recovery against defendants Robertson, Manget, Jarrat, Dalglish, Schaefer, Sparkes, Rodrigues, and Hawwa for contribution under Sections 11(f) of the Securities Act and 21D of the Exchange Act based on allegations of potential liability in this Class Action. *Id.* ¶¶ 227-231.

In sum, both the instant Class Action and the Derivative Action:

1. Allege related claims under federal securities laws;

2. Assert claims based on the same SEC filings and same alleged misstatements and omissions;

3. Assert related legal theories;

4. Involve overlapping claims and theories of recovery;

---

[3] The individual defendants in this case are eight current or former officers and/or directors of the Company.  The three additional directors named as defendants in the *Lubiresse Action* are Elaine Chao, Pat Grady, and Brandon Moak.

5.  Name Embark (in this case as a defendant, and in the Derivative Action as a nominal defendant); and

6.  Name Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Christopher Jarratt, Paul Dalglish, Robert Schaefer, and Brad Sparkes as defendants; and

7.  Name as individual defendants only persons who have served as officers and/or directors of the Company.

In light of these overlapping theories, parties, and factual allegations, it is clear that: (1) this case and the Derivative Action "concern substantially the same parties, property, transaction or event" (Civil Local Rule 3-12(a)); and (2) there will be "unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges" (*id*.).

Embark and Derivative Plaintiff therefore submit that this action and the later-filed Derivative Action should be deemed related cases pursuant to Civil Local Rule 3-12, and that the Derivative Action should accordingly be reassigned to The Honorable Jacqueline Scott Corley (to whom this Class Action, the first-filed action, has been assigned).

Dated:  November 7, 2022

WILMER CUTLER PICKERING HALE
    AND DORR LLP

By:     */s/ Jessica L. Lewis*
              Jessica L. Lewis
*Attorneys for Defendant Embark Technology, Inc.*

THE BROWN LAW FIRM, P.C.

By:     */s/ Robert Moest*
              Robert Moest
*Attorneys for Derivative Plaintiff Josh Luberisse*

## Civil Local Rule 5-1(i)(3) Attestation

Pursuant to Local Rule 5-1(i)(3), I Jessica L. Lewis, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.

Dated:  November 7, 2022

By:    /s/ Jessica L. Lewis
                    Jessica L. Lewis