KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6019
Facsimile: (650) 858-6100

*Attorneys for Defendant*
*Embark Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | Case No. 3:22-cv-02090-JSC<br><br>**DECLARATION OF JESSICA L. LEWIS IN SUPPORT OF UNOPPOSED ADMINISTRATIVE JOINT MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

I Jessica L. Lewis, declare as follows:

1.      I am an attorney admitted to practice before this Court, a member of the California State Bar, and Counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys of record for defendants Embark Technology, Inc. ("Embark" or the "Company"), Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      I submit this declaration in support of Embark's and Derivative Plaintiff Josh Luberisse's ("Derivative Plaintiff") unopposed administrative joint motion to consider whether the later-filed shareholder derivative action, *Lubiresse v. Robertson, et al.*, Case No. 4:22-CV-05455-KAW (the "Derivative Action"), is related to this securities class action within the meaning of Civil Local Rule 3-12.  My firm is also counsel of record for Embark in the Derivative Action.

3.      The instant action (the "Class Action"), filed on April 1, 2022, is a putative shareholder class action against Embark and certain of its current and former officers and directors.  Defendants Embark, Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa filed a motion to dismiss the Amended Class Action Complaint on October 24, 2022.  ECF No. 36.  The hearing on Defendants' motion to dismiss is set for March 2, 2023.

4.      The Derivative Action, filed on September 23, 2022, is presently assigned to Magistrate Judge Kandis A. Westmore.  It is a putative shareholder derivative action, purportedly brought on behalf of Embark against eleven current or former officers and directors of the Company – including all eight of the individual defendants in this action (as well as three additional current directors of the Company).  Embark was served on October 27, 2022 in the Derivative Action, and its response to the complaint in that action is due by November 16, 2022.  To my knowledge, no other defendant has yet been served in the Derivative Action.

5.      Attached as **Exhibit A** is a true and correct copy of the Civil Cover Sheet filed by the Derivative Plaintiff in the Derivative Action, which identifies the instant class action as a related case.

6.      Attached hereto as **Exhibit B** is a true and correct copy of the complaint filed in the Derivative Action.

7.      Counsel for Lead Plaintiff in the instant class action has confirmed that they do not oppose Embark's and Derivative Plaintiffs' administrative joint motion to consider whether the cases are related.  On November 5, 2022, Brenda Szydlo of Pomerantz LLP, counsel for Lead Plaintiff in this action confirmed in email correspondence that her client does not oppose the motion.

8.      In addition, my firm represents the other defendants who have appeared to date in this class action (Messrs. Robertson, Manget, Rodrigues, and Hawwa), and while they have not been served in the Derivative Action, I confirm that they do not oppose designation of the cases as related.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 7, 2022 at Palo Alto, California.


                                        _/s/ Jessica L. Lewis_____
                                        Jessica L. Lewis