SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

*Attorneys for Defendant*
*Embark Technology, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br>     v.<br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, *et al.*,<br>               Defendants. | Case No. 3:22-cv-02090-JSC |
| JOSH LUBERISSE, derivatively on behalf of EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II,<br><br>               Plaintiff,<br>     v.<br>IAN ROBERTSON, *et al.*,<br>               Defendants,<br>     and<br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II,<br>               Nominal Defendant. | Case No. 4:22-cv-05455-KAW |

**[PROPOSED] ORDER RELATING CASES
PURSUANT TO CIVIL LOCAL RULE 3-12**

Upon consideration of the Unopposed Administrative Joint Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11, filed by Defendant Embark Technology, Inc. and Derivative Plaintiff Josh Luberisse, the Court HEREBY ORDERS as follows:

1.     The shareholder derivative action, *Lubiresse v. Robertson, et al.*, Case No. 4:22-CV-05455-KAW (the "Derivative Action"), filed on September 23, 2022, is deemed related to the previously filed securities class action, *Hardy v. Embark Technology, Inc., et al.*, Case No. 3:22-cv-02090-JSC;

2.     The Derivative Action is hereby reassigned to The Honorable Jacqueline Scott Corley; and

3.     Pursuant to Civil Local Rule 3-12(g), the Initial Case Management Conference scheduled in the Derivative Action will be rescheduled by the Court.

IT IS SO ORDERED.

Dated:_____

                                         _____
                                         The Honorable Jacqueline Scott Corley
                                         United States District Judge

[PROPOSED] ORDER RELATING CASES            - 1 -                    No. 3:22-cv-02090-JSC