KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6019
Facsimile: (650) 858-6100

*Attorneys for Defendants Embark Technology, Inc., Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>               Defendants. | Case No. 3:22-cv-02090-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE** |

STIPULATION AND [PROPOSED]
ORDER RE MOTION TO DISMISS
BRIEFING SCHEDULE

CASE NO. 3:22-CV-02090-JSC

Defendants Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II, Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa (collectively, "Defendants") and Plaintiffs Tyler Hardy and Danny Rochefort ("Plaintiffs" and, together with Defendants, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed an Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") on August 25, 2022 [ECF No. 33];

WHEREAS, pursuant to stipulation, the Court entered an order providing that Defendants would respond to the Amended Complaint by October 24, 2022, Plaintiffs would file their opposition by December 23, 2022, and Defendants would file their reply by January 26, 2023 [ECF No. 31];

WHEREAS, Defendants Embark Technology, Inc., Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa moved to dismiss the Amended Complaint on October 24, 2022 [ECF No. 36], with the motion set for hearing on March 2, 2023 at 10:00 a.m.;

WHEREAS, at the time the motion to dismiss was filed, service had not been effected on the four other defendants;

WHEREAS, Plaintiffs effected service on Defendants Paul Dalglish on December 1, 2022 and on Defendant Christopher Jarratt on December 9, 2022, and anticipate effecting service on the two remaining defendants (Robert Schaefer and Brad Sparkes) shortly;

WHEREAS, the Defendants anticipate that once all Defendants have been served, Messrs. Dalglish, Jarratt, Schaefer and Sparkes will, in the interests of efficiency and economy, join in the pending motion to dismiss rather than filing separate motions;

WHEREAS, the Parties agree that the motion to dismiss briefing deadlines should be modified to facilitate the joinder process and ensure that Plaintiffs need not file opposition papers until after the appropriate joinders have been filed;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.     Messrs. Dalglish, Jarratt, Schaefer and Sparks may file joinders in the pending motion to dismiss on or before January 5, 2023, and shall have no obligation to file any other

STIPULATION AND [PROPOSED]                    - 1 -                    CASE NO. 3:22-CV-02090-JSC
ORDER RE MOTION TO DISMISS
BRIEFING SCHEDULE

response to the Amended Complaint in the meantime;

2.     Plaintiffs' deadline to file their opposition to the motion to dismiss shall be extended from December 23, 2022 to **January 10, 2023**;

3.     Defendants' deadline to file a reply in support of their motion to dismiss shall be extended from January 26, 2023 to **February 9, 2023**;

4.     Defendants' motion to dismiss shall remain set for hearing on **March 2, 2023** at **10:00 a.m**., as previously noticed.

Dated:  December 14, 2022

WILMER CUTLER PICKERING HALE AND DORR LLP

By   */s/ Jessica Lewis*
       Jessica Lewis
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Attorneys for Defendants Embark Technology, Inc., Ian Robertson, Ken Manget, Alex Rodrigues, and Richard Hawwa*

POMERANTZ LLP

By   */s/ Brenda Szydlo*
       Brenda Szydlo
Brenda Szydlo (admitted *pro hac vice*)
Dean P. Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Fl.
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bszydlo@pomlaw.com
dferrogari@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Fl.
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

STIPULATION AND [PROPOSED]
ORDER RE MOTION TO DISMISS
BRIEFING SCHEDULE                         - 2 -                    CASE NO. 3:22-CV-02090-JSC

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.


Dated:  December 14, 2022

_____
The Honorable Jacqueline Scott Corley
United States District Judge

STIPULATION AND [PROPOSED]              - 4 -              CASE NO. 3:22-CV-02090-JSC
ORDER RE MOTION TO DISMISS
BRIEFING SCHEDULE