**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Sergio Tron*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | Case No.: 3:22-cv-02090-JSC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Filed: April 1, 2022<br>Judge: Jacqueline Scott Corley |

[Captions continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED; Case No. 3:22-cv-02090-JSC

ROBERT MANNING II, Derivatively on Behalf of EMBARK TECHNOLOGY, INC. (f/k/a NORTHERN GENESIS ACQUISITION CORP. II.),

　　　　Plaintiff,

　　v.

IAN ROBERTSON, KEN MANGET, CHRIS JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, RICHARD HAWWA, ELAINE CHAO, PAT GRADY, and BRANDON MOAK,

　　　　Defendants,

　　　　and

EMBARK TECHNOLOGY, INC. (f/k/a NORTHERN GENESIS ACQUISITION CORP. II),

　　　　Nominal Defendant.

Case No.: 3:22-cv-07526-JD

Date Filed: November 30, 2022
Judge: James Donato

[Captions continued on next page]

SERGIO TRON, derivatively on behalf of EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II,

     Plaintiff,

     v.

IAN ROBERTSON, KEN MANGET, ALEX RODRIGUES, RICHARD HAWWA, PAUL DALGLISH, PAT GRADY, CHRIS JARRATT, BRANDON MOAK, ROBERT SCHAEFER, AND BRAD SPARKES,

     Defendants,

     and

EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II,

     Nominal Defendant.

Case No.: 4:22-cv-08634-KAW

Date Filed: December 13, 2022
Judge: Kandis A. Westmore

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Sergio Tron respectfully requests this Court deem the matters *Manning II v. Robertson, et al.,* Case No. 3:22-cv-07526-JD (N.D. Cal.) and *Tron v. Robertson, et al.,* Case No. 4:22-cv-08634-KAW (N.D. Cal.) (collectively, the "Derivative Actions") related to *Hardy, et al., v. Embark Technology, Inc., et al.*, Case No. 3:22-cv-02090-JSC (N.D. Cal.) (the "Securities Class Action"). As discussed below, the criteria for relation are met here. These actions concern substantially the same parties, substantially similar facts, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civil Local Rule 3-12.

## RELATED ACTIONS[1]

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hardy, et al., v. Embark Technology, Inc., et al.*, | 3:22-cv-02090-JSC | 04/01/2022 |
| *Manning II v. Robertson, et al.,* | 3:22-cv-07526-JD | 11/30/2022 |
| *Tron v. Robertson, et al.,* | 4:22-cv-08634-KAW | 12/13/2022 |

## LEGAL STANDARD

Pursuant to Civil Local Rule 3-12(a), actions are defined as related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. Loc. R. 3-12(a).

## ARGUMENT

Both criteria are met here. The Securities Class Action and the Derivative Actions address many of the same transactions, contain similar and overlapping sets of facts, and involve some of the same parties. Specifically, Plaintiffs in both the Securities Class Action and the Derivative Actions bring claims arising, at least in part, from the same allegedly false and misleading statements purportedly made by executives of Embark Technology, Inc. f/k/a Northern Genesis

---

[1] Another shareholder derivative action styled as *Luberisse v. Robertson, et al.*, Case No. 3:22-cv-05455-JSC (the "*Luberisse* Action") was related to the Securities Class Action on November 8, 2022 and is now before Judge Jacqueline Scott Corley.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No. 3:22-cv-02090-JSC

Acquisition Corp. II ("Embark" or the "Company"). In particular, the Securities Class Action and Derivative Actions claim that the Company had material weaknesses in its internal controls over financial reporting, allegedly causing the issuance of false and misleading financial statements which prompted the need to restate previously issued financial statements. Additionally, the Derivative Actions seek recovery for purported damages to Embark that include, *inter alia*, potential exposure in the Securities Class Action and claim that pre-suit demand on Embark's Board of Directors is excused in part due to their substantial likelihood of liability in the Securities Class Action.

Given the similarities between these cases and the fact that these cases are pending in this District, treating them as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Civil Local Rule 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

Pursuant to Civil Local Rules 7-11(a) and 7-12, submitted herewith is a stipulation whereby counsel for parties in the Derivative Actions have agreed that the Derivative Actions should be related to the Securities Class Action. All such counsel further agree that the Derivative Actions should be reassigned to this Court.

## CONCLUSION

For the above stated reasons, Plaintiff Sergio Tron requests that pursuant to Civil Local Rule 3-12, the Court relate the Derivative Action to the Securities Class Action.

Dated: December 21, 2022                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
*/s/ Laurence M. Rosen* _____
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Sergio Tron*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No. 3:22-cv-02090-JSC

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/Laurence M. Rosen*
Laurence M. Rosen