THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*Counsel for Plaintiff Sergio Tron*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>   Defendants. | Case No.: 3:22-cv-02090-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED**<br><br>Date Filed: April 1, 2022<br>Judge: Jacqueline Scott Corley |

[Captions continued on next page]

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No. 3:22-cv-02090-JSC

ROBERT MANNING II, Derivatively on Behalf of EMBARK TECHNOLOGY, INC. (f/k/a NORTHERN GENESIS ACQUISITION CORP. II.),

     Plaintiff,

     v.

IAN ROBERTSON, KEN MANGET, CHRIS JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, RICHARD HAWWA, ELAINE CHAO, PAT GRADY, and BRANDON MOAK,

     Defendants,

     and

EMBARK TECHNOLOGY, INC. (f/k/a NORTHERN GENESIS ACQUISITION CORP. II),

     Nominal Defendant.

Case No.: 3:22-cv-07526-JD

Date Filed: November 30, 2022
Judge: James Donato

[Captions continued on next page]

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No. 3:22-cv-02090-JSC

SERGIO TRON, derivatively on behalf of
EMBARK TECHNOLOGY, INC. f/k/a
NORTHERN GENESIS ACQUISITION CORP.
II,

    Plaintiff,

    v.

IAN ROBERTSON, KEN MANGET, ALEX
RODRIGUES, RICHARD HAWWA, PAUL
DALGLISH, PAT GRADY, CHRIS JARRATT,
BRANDON MOAK, ROBERT SCHAEFER,
AND BRAD SPARKES,

    Defendants,

    and

EMBARK TECHNOLOGY, INC. f/k/a
NORTHERN GENESIS ACQUISITION CORP.
II,

    Nominal Defendant.

Case No.: 4:22-cv-08634-KAW

Date Filed: December 13, 2022
Judge: Kandis A. Westmore

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No. 3:22-cv-02090-JSC

**STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED**

WHEREAS, Plaintiff in the action entitled *Hardy, et al., v. Embark Technology, Inc., et al.*, Case No. 3:22-cv-02090-JSC ("Securities Class Action") filed their complaint on April 1, 2022;

WHEREAS, Plaintiff in the action entitled *Manning II v. Robertson, et al.,* Case No. 3:22-cv-07526-JD ("*Manning* Action") filed his shareholder derivative complaint on behalf of Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II ("Embark") on November 30, 2022;

WHEREAS, Plaintiff in the action entitled *Tron v. Robertson, et al.,* Case No. 4:22-cv-08634-KAW ("*Tron* Action") filed his shareholder derivative complaint on behalf of Embark on December 13, 2022;

WHEREAS, a substantially similar shareholder derivative action entitled *Luberisse v. Robertson, et al.*, Case No. 3:22-cv-05455-JSC (the "*Luberisse* Action") has been determined by the Court to be related to the Securities Class Action and has been accordingly reassigned to the Honorable Jacqueline Scott Corley pursuant to Local Rule 3-12(a);

WHEREAS, the parties to the *Manning* Action and *Tron* Action agree that the above-referenced actions should be deemed "related" pursuant to Local Rule 3-12(a), and transferred to this Court, as set forth in this stipulation because: (a) the above-captioned actions concern substantially the same defendant, property, transactions or events; and (b) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;

WHEREAS, the parties agree that once the *Manning* Action and *Tron* Action are deemed related to the Securities Class Action, the *Manning* Action and *Tron* Action should be transferred and reassigned (if not already assigned) to the Honorable Jacqueline Scott Corley, the Judge in the first-filed related action, for all purposes;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the Court order as follows:

1.      The *Manning* Action and *Tron* Action shall be deemed related to the Securities Class Action, because:

a.      the actions concern substantially the same parties, property, transaction or event;

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No. 3:22-cv-02090-JSC

and

    b.    it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

    2.    The *Manning* Action and *Tron* Action shall be transferred and reassigned to the Honorable Jacqueline Scott Corley for all purposes.

**IT IS SO STIPULATED.**

Dated: December 21, 2022

| MAGNANIMO DEAN LAW, APC | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|
| By: */s/ Lauren A. Dean* | By: */s/ Jessica L. Lewis* |
| Lauren A. Dean, Esq. (SBN 174722)<br>5850 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367<br>Tel: (818) 305-3450<br>Email: lauren@magdeanlaw.com | Kevin P. Muck (SBN 120918)<br>Susan S. Muck (SBN 126930)<br>Jessica L. Lewis (SBN 302467)<br>Jordan C. Bradford-Shivers (SBN 327461)<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1002<br>Facsimile: (628) 235-1001<br>Email: kevin.muck@wilmerhale.com<br>Email: susan.muck@wilmerhale.com<br>Email: jessica.lewis@wilmerhale.com<br>Email: jordan.bradford-shivers@wilmerhale.com |
| GAINEY McKENNA & EGLESTON<br>Thomas J. McKenna<br>Gregory M. Egleston<br>501 Fifth Avenue, 19th Floor<br>New York, NY 10017<br>Tel: (212) 983-1300<br>Fax: (212) 983-0383<br>Email: tjmckenna@gme-law.com<br>Email: gegleston@gme-law.com | |
| *Counsel for Plaintiff  Robert Manning II* | Madeeha Dean (SBN 340563)<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6019<br>Facsimile: (650) 858-6100<br>Email: madeeha.dean@wilmerhale.com |
| THE ROSEN LAW FIRM, P.A.<br><br>By: */s/  Laurence M. Rosen*<br>Laurence M. Rosen (SBN 219683)<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com | *Counsel for Defendants Embark Technology, Inc. F/K/A Northern Genesis Acquisition Corp. II, Alex Rodrigues, Richard Hawwa, and Brandon Moak* |
| *Counsel for Plaintiff Sergio Tron* | |

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No. 3:22-cv-02090-JSC

2

**<u>Attestation Pursuant to Local Rule 5-1(h)(3)</u>**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.


Dated: December 21, 2022                    */s/ Laurence M. Rosen*
                                            Laurence M. Rosen


                            *       *       *


# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: _____                      _____
                                            The Honorable Jacqueline Scott Corley
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED
Case No. 3:22-cv-02090-JSC

3