Robert C. Moest (SBN 62166)
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

*Attorneys for Plaintiff Josh Luberisse*

[Additional Counsel on Signature Page]

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH LUBERISSE, derivatively on behalf of EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, <br><br> Plaintiff, <br><br> v. <br><br> IAN ROBERTSON, KEN MANGET, ALEX RODRIGUES, RICHARD HAWWA, ELAINE CHAO, PAUL DALGLISH, PAT GRADY, CHRIS JARRATT, BRANDON MOAK, ROBERT SCHAEFER, and BRAD SPARKES, <br><br> Defendants, <br><br> And <br><br> EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, <br><br> Nominal Defendant. | Case No. 3:22-CV-05455-JSC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED ACTIONS, SETTING A SCHEDULE, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL** |

[Captions continued on next page]

STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED ACTIONS, SETTING A SCHEDULE, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL; Case No. 3:22-cv-05455-JSC

ROBERT MANNING II, Derivatively on Behalf of EMBARK TECHNOLOGY, INC. (f/k/a NORTHERN GENESIS ACQUISITION CORP. II.),

   Plaintiff,

  v.

IAN ROBERTSON, KEN MANGET, CHRIS JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, RICHARD HAWWA, ELAINE CHAO, PAT GRADY, and BRANDON MOAK,

   Defendants,

   and

EMBARK TECHNOLOGY, INC. (f/k/a NORTHERN GENESIS ACQUISITION CORP. II),

   Nominal Defendant.

Case No.: 3:22-cv-07526-JD

[Captions continued on next page]

2

SERGIO TRON, derivatively on behalf of EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II,

  Plaintiff,

  v.

IAN ROBERTSON, KEN MANGET, ALEX RODRIGUES, RICHARD HAWWA, PAUL DALGLISH, PAT GRADY, CHRIS JARRATT, BRANDON MOAK, ROBERT SCHAEFER, AND BRAD SPARKES,

  Defendants,

  and

EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II,

  Nominal Defendant.

Case No.: 4:22-cv-08634-KAW

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, SETTING A SCHEDULE, ACCEPTING SERVICE, AND APPOINTING CO-LEAD COUNSEL; Case No. 3:22-cv-05455-JSC

**WHEREAS**, on September 23, 2022, Plaintiff Josh Luberisse filed a shareholder derivative action on behalf of nominal defendant Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II ("Embark," or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of Section 14(a) of the Securities Exchange Act of 1943 ("Exchange Act") against defendants Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Elaine Chao, Paul Dalglish, Pat Grady, Chris Jarratt, Brandon Moak, Robert Schaefer, and Brad Sparkes (the "Individual Defendants," and with Embark, "Defendants"), captioned *Luberisse v. Robertson et al.,* Case No. 3:22-CV-05455-JSC (N.D. Cal.) (the "*Luberisse* Action");

**WHEREAS**, on November 30, 2022, Plaintiff Robert Manning II filed a shareholder derivative action on behalf of nominal defendant Embark in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of Section 14(a) of the Exchange Act against the Individual Defendants, captioned *Manning II v. Robertson, et al.*, Case No. 4:22-CV-07526-JD (N.D. Cal.) (the "*Manning* Action");

**WHEREAS,** on December 13, 2022, Plaintiff Sergio Tron filed a shareholder derivative action on behalf of nominal defendant Embark in this Court alleging breaches of fiduciary against defendants Ian Robertson, Paul Dalglish, Chris Jarratt, Robert Schaefer, Brad Sparkes, Ken Manget, Alex Rodrigues, Richard Hawwa, Brandon Moak, and Pat Grady and alleging violations of Section 14(a) of the Exchange Act against defendants Ian Robertson, Ken Manget, Paul Dalglish, Chris Jarratt, Robert Schaefer, and Brad Sparkes, captioned *Tron v. Robertson, et al.*, Case No. 4:22-CV-08634-KAW (N.D. Cal.) (the "*Tron* Action" and together with the *Luberisse* Action and the *Manning* Action, the "Derivative Actions");

**WHEREAS**, on November 7, 2022, the parties in the *Luberisse* Action filed an unopposed administrative joint motion to relate the *Luberisse* Action to a related securities class action also pending in this Court captioned *Hardy, et al., v. Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II et al.*, Case No. 3:22-CV-02090 (N.D.Cal.) (the "Securities Class Action"), and the Court granted this motion to relate on November 8, 2022;

4

**WHEREAS**, on December 21, 2022, the parties in the *Manning* and *Tron* Actions filed a joint administrative motion to relate the *Manning* and *Tron* Actions to the Securities Class Action.

**WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS**, Plaintiffs Josh Luberisse, Robert Manning II, and Sergio Tron ("Plaintiffs") and Defendants Alex Rodrigues, Richard Hawwa, Elaine Chao, Brandon Moak, and Nominal Defendant Embark (the "Stipulating Defendants" and with Plaintiffs, the "Parties") in the Derivative Actions agree that the related Derivative Actions challenge substantially similar alleged conduct by the same Company directors and officers and involve many of the same questions of law and fact, and that the administration of justice would best be served by consolidating the Derivative Actions;

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Gainey McKenna & Egleston, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated action;[1] and

**WHEREAS**, this stipulation is not a waiver of any of the Parties' rights, remedies, claims or defenses;

**IT IS ACCORDINGLY STIPULATED AND AGREED**, by and between the Parties, through their authorized attorneys, as follows:

1.    The Stipulating Defendants hereby accept service of the complaints filed in the Derivative Actions, to the extent they have not already done so.

2.    The following actions (the "Related Derivative Actions") are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 3:22-CV-05455-JSC (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |

---

[1] The Stipulating Defendants take no position in the appointment of Co-Lead Counsel.

| *Luberisse v. Robertson, et al.,* | 3:22-CV-05455-JSC | 09/23/2022 |
| *Manning II v. Robertson, et al.,* | 3:22-CV-07526-JD | 11/30/2022 |
| *Tron v. Robertson, et al.,* | 4:22-CV-08634-KAW | 12/13/2022 |

3.      Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE EMBARK TECHNOLOGY, INC. DERIVATIVE LITIGATION | Lead Case No. 3:22-CV-05455-JSC |
| This Document Relates to:<br><br>    ALL ACTIONS | |

4.      All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case 3:22-CV-05455-JSC and all papers and documents previously filed and/or served in the Derivative Actions shall be deemed a part of the record in the Consolidated Action.

5.      Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

6

6.      Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7.      Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

8.      Stipulating Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

9.      This order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Embark Technology, Inc. Derivative Litigation*, Lead Case No. 3:22-CV-05455-JSC, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Embark Technology, Inc. Derivative Litigation*, Lead Case No. 3:22-CV-05455-JSC, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later substantially similar shareholder derivative actions filed in this Court, removed to this Court, reassigned to the Court, or transferred here from another court.

10.     The Parties shall submit a proposed schedule to the Court within sixty (60) days of entry of this Order. Pursuant to Civil Local Rule 6-1(a), the Parties agree that Embark and the Individual Defendants are not required to answer or otherwise respond to any complaint filed in the respective Related Derivative Actions or in the Consolidated Action until the deadline set forth in the Court's order on the Parties' proposed schedule.

11.     This Order is without prejudice to any and all defenses the Stipulating Defendants may assert, except for sufficiency of service of process, in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

Dated: December 22, 2022

**THE BROWN LAW FIRM, P.C.**

By___/s/ Robert C. Moest_____
         Robert C. Moest

ROBERT C. MOEST (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628

TIMOTHY BROWN
SAADIA HASHMI
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427

*Attorneys for Plaintiff Josh Luberisse and
[Proposed] Co-Lead Counsel for Plaintiffs*

Dated: December 22, 2022

**MAGNANIMO DEAN LAW, APC**

By___/s/ Lauren A. Dean_____
         Lauren A. Dean

LAUREN A. DEAN, ESQ. (SBN 174722)
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 305-3450

**GAINEY McKENNA & EGLESTON**
THOMAS J. McKENNA
GREGORY M. EGLESTON
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300

*Attorneys for Plaintiff Robert Manning II and
[Proposed] Co-Lead Counsel for Plaintiffs*

8

Dated: December 22, 2022

**THE ROSEN LAW FIRM, P.A.**

By___*/s/ Laurence M. Rosen*___
       Laurence M. Rosen

LAURENCE M. ROSEN (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610

*Attorneys for Plaintiff Sergio Tron*

Dated: December 22, 2022

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By___*/s/ Jessica L. Lewis*___
       Jessica L. Lewis

Kevin P. Muck (SBN 120918)
Susan S. Muck (SBN 126930)
Jessica L. Lewis (SBN 302467)
Jordan C. Bradford-Shivers (SBN 327461)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001
Email: kevin.muck@wilmerhale.com
Email: susan.muck@wilmerhale.com
Email: jessica.lewis@wilmerhale.com
Email: jordan.bradford-shivers@wilmerhale.com

Madeeha Dean (SBN 340563)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6019
Facsimile: (650) 858-6100
Email: madeeha.dean@wilmerhale.com

*Attorneys for Defendants Alex Rodrigues, Richard Hawwa, Elaine Chao, Brandon Moak, and Nominal Defendant Embark Technology, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all signatories have concurred in the filing of this document.

9

Dated: December 22, 2022

*/s/ Robert C. Moest*
Robert C. Moest

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 27, 2022

Hon. Jacqueline Scott Corley
United States District Judge

10