POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bszydlo@pomlaw.com
dferrogari@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*named Plaintiff Danny Rochefort, and*
*the proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TYLER HARDY and DANNY ROCHEFORT,
Individually and On Behalf of All Others Similarly
Situated,

Plaintiffs,

v.

EMBARK TECHNOLOGY, INC. f/k/a NORTHERN
GENESIS ACQUISITION CORP. II, IAN ROBERTSON,
KEN MANGET, CHRISTOPHER JARRATT, PAUL
DALGLISH, ROBERT SCHAEFER, BRAD SPARKES,
ALEX RODRIGUES, and RICHARD HAWWA,

Defendants.

Case No. 3:22-cv-02090-JSC

**DECLARATION OF BRENDA SZYDLO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

Date: March 2, 2023
Time: 10:00AM
Place: Courtroom 8, 19th Floor
Judge: The Honorable Jacqueline Scott Corley

I, Brenda Szydlo, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of New York and in and before the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second and Ninth Circuits, and the United States Supreme Court. I am admitted *pro hac vice* to practice in and before the United States District Court for the Northern District of California.

2.      I am a Partner at the law firm of Pomerantz LLP, lead counsel for Lead Plaintiff Tyler Hardy and named Plaintiff Danny Rochefort ("Plaintiffs") in this matter.

3.      For the Court's convenience, attached to this Declaration as Exhibits A through C are true and correct copies of the following:

**Exhibit A:** Accounting Standards Codification ("ASC") Topic 250, titled "Accounting Changes and Error Corrections," which includes "ASC 250-10-20-Glossary"; "ASC 250-10-45-17"; and "ASC 250-10-45-23." The copy of the document attached as Exhibit A was obtained from the Financial Accounting Standards Board of the Financial Accounting Foundation's website;

**Exhibit B:** Accounting Standards Codification Topic 480, titled "Distinguishing Liabilities from Equity," which includes "ASC 480-S99-3A." The copy of the document attached as Exhibit B was obtained from the Financial Accounting Standards Board of the Financial Accounting Foundation's website; and

**Exhibit C:** "Accounting Standards Update No. 2009-04, Accounting for Redeemable Equity Instruments, Amendment to Section 480-10-S99," dated August 2009. The copy of the document attached as Exhibit C was obtained from the Financial Accounting Standards Board of the Financial Accounting Foundation's website.

Executed on January 10, 2023 in New York, New York.

*/s/ Brenda Szydlo*
Brenda Szydlo

1