POMERANTZ LLP
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
bszydlo@pomlaw.com
dferrogari@pomlaw.com

*Attorneys for Lead Plaintiff and the proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>               v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>               Defendants. | Case No. 3:22-cv-02090-JSC<br><br>NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND AMENDED COMPLAINT |

TO: Kevin Muck, Esq., WilmerHale, 1 Front Street, Suite 3500, San Francisco, CA 94111

     The Amended Complaint and Summons served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

     You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT AND SUMMONS

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer, move or otherwise respond to the amended complaint in accordance with the December 14, 2022 Stipulation and Order (Dkt. No. 42) or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Amended Complaint and Summons was emailed to Kevin Muck of WilmerHale on <u>January 5, 2023</u>.

<em><u>Brenda Szydlo</u></em>

---

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND AMENDED COMPLAINT**
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and amended complaint in the above-captioned matter, on behalf of defendants Sparkes and Schaefer, at:

<u>WilmerHale, 1 Front Street, Suite 3500, San Francisco, CA 94111</u> on __<u>January 5, 2023</u>_
<em>Address</em>                                                                              <em>Date</em>

<u>/s/ *Kevin P. Muck*</u>
*Signature*

<u>Counsel for Robert Schaefer and Brad Sparkes</u>
*Relationship to Entity/Authority to Receive Service of Process*

2

ACKNOWLEDGMENT OF RECEIPT OF AMENDED COMPLAINT AND SUMMONS