SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

*Attorneys for Defendants Embark Technology, Inc.,
Ian Robertson, Ken Manget, Alex Rodrigues,
Richard Hawwa, Christopher Jarratt, Paul Dalglish,
Robert Schaefer and Brad Sparkes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA, <br><br> Defendants. | Case No. 3:22-cv-02090-JSC <br><br> **SUPPLEMENTAL DECLARATION OF JESSICA L. LEWIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** <br><br> Date:   March 2, 2023 <br> Time:   10:00 a.m. <br> Place:  Courtroom 8, 19th Floor <br> Judge:  The Honorable Jacqueline Scott Corley |

I, Jessica L. Lewis, declare as follows:

1.      I am an attorney admitted to practice before this Court, a member of the California State Bar, and Partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorney of record for defendants Embark Technology, Inc. ("Embark" or the "Company"), Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Christopher Jarratt, Paul Dalglish, Robert Schaefer, and Brad Sparkes (collectively, "Defendants") in the above-captioned matter.  I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached as **Exhibit P** is a true and correct copy of the Merger Agreement between Northern Genesis Acquisition Corp. II and Embark Trucks Inc., dated June 22, 2021. The Merger Agreement was an exhibit to the Northern Genesis Acquisition Corp. II Proxy Statement and Prospectus [ECF 36-2], filed with the United States Securities and Exchange Commission ("SEC") on October 19, 2021.  The copy of the document attached as Exhibit P was obtained from the SEC's Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 9, 2023 at San Francisco, California.

                                        _____
                                        */s/ Jessica L. Lewis*
                                        Jessica L. Lewis

SUPP. DECL. OF JESSICA LEWIS ISO
MOTION TO DISMISS                    - 1 -                        No. 3:22-cv-02090-JSC