SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS (SBN 327461)
jordan.bradford-shivers@wilmerhale.com
MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

*Attorneys for Defendants Embark Technology, Inc.,
Ian Robertson, Ken Manget, Alex Rodrigues,
Richard Hawwa, Christopher Jarratt, Paul Dalglish,
Robert Schaefer and Brad Sparkes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | Case No. 3:22-cv-02090-JSC<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   March 2, 2023<br>Time:   10:00 a.m.<br>Place:  Courtroom 8, 19th Floor<br>Judge:  The Honorable Jacqueline Scott Corley |

SUPP. REQ. FOR JUDICIAL NOTICE
ISO MOTION TO DISMISS

No. 3:22-cv-02090-JSC

Defendants Embark Technology, Inc. ("Embark" or the "Company"), Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Christopher Jarratt, Paul Dalglish, Robert Schaefer, and Brad Sparkes (collectively, "Defendants") hereby request that the Court consider the Merger Agreement between Northern Genesis Acquisition Corp. II and Embark Trucks Inc., dated June 22, 2021 ("the Merger Agreement") in connection with Defendants' Motion to Dismiss Amended Class Action Complaint (the "Amended Complaint" or "AC").  A copy of the Merger Agreement is attached as Exhibit P to the Supplemental Declaration of Jessica L. Lewis ("Supp. Lewis Decl."), filed concurrently.

First, because the Amended Complaint purports to quote, refer to, and rely on portions of the Merger Agreement (*see, e.g.*, AC ¶¶ 5, 6, 50, 51, 82), the incorporation-by-reference doctrine allows the Court to consider it on a motion to dismiss.  *See, e.g., Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *Mulquin v. Nektar Therapeutics*, 510 F. Supp. 3d 854, 863 (N.D. Cal. 2020), *aff'd sub nom. In re Nektar Therapeutics, Inc. Sec. Litig.*, 34 F.4th 828 (9th Cir. 2022).  Moreover, as set forth in the Supp. Lewis Decl., the Merger Agreement was an exhibit to the Northern Genesis Acquisition Corp. II Proxy Statement and Prospectus ("Proxy Statement/ Prospectus"), filed with the United States Securities and Exchange Commission ("SEC") on October 19, 2021.  Defendants have already submitted excerpts of the Proxy Statement/ Prospectus in connection with their motion to dismiss [ECF 36-2] and have explained that it is similarly subject to the incorporation-by-reference doctrine [ECF 36-17 at 1-2].

Second, because the Merger Agreement was filed with the SEC, it is properly subject to judicial notice pursuant to Fed. R. Evid. 201.  *See, e.g., Metzler Inv. GmbH*, 540 F.3d at 1064 n.7; *Ikeda v. Baidu*, 2021 WL 1299046, at *5 (N.D. Cal. Apr. 7, 2021).

Dated:  February 9, 2023

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  /s/ Jessica L. Lewis
　　　　Jessica L. Lewis

*Attorneys for Defendants Embark Technology, Inc., Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Christopher Jarratt, Paul Dalglish, Robert Schaefer and Brad Sparkes*