**POMERANTZ LLP**
Brenda Szydlo (*pro hac vice*)
Jeremy A. Lieberman
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
jalieberman@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Telephone: (310) 2405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy, named Plaintiff Danny Rochefort, and the proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | No. 3:22-cv-02090-JSC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF BRENDA SZYDLO IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Jacqueline Scott Corley |

DECLARATION OF BRENDA SZYDLO - No. 3:22-cv-02090-JSC

I, BRENDA SZYDLO, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* in this Court and Partner at the law firm Pomerantz LLP, Lead Counsel for Lead Plaintiff Tyler Hardy ("Lead Plaintiff") and named Plaintiff Danny Rochefort (together with Lead Plaintiff, "Plaintiffs") in the above-captioned action.

2. I submit this Declaration in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached are true and correct copies of the following exhibits:

**Exhibit 1**: Stipulation and Agreement of Settlement (the "Stipulation"), dated May 17, 2023

**Exhibit A to the Stipulation**: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice

**Exhibit A-1 to the Proposed Preliminary Approval Order**: Notice of Pendency and Proposed Settlement of Class Action

**Exhibit A-2 to the Proposed Preliminary Approval Order**: Proof of Claim and Release Form

**Exhibit A-3 to the Proposed Preliminary Approval Order**: Summary Notice

**Exhibit B to the Stipulation**: [Proposed] Order and Final Judgement

**Exhibit 2**: Firm Resume

4. As stated in the proposed Notice, Lead Counsel will seek up to $835,000 in attorneys' fees (33.4% of the Settlement Amount), plus interest, for its work litigating the case and negotiating the Settlement. The lodestar that Lead Counsel has incurred from inception until May 14, 2023 in this matter is roughly $965,000 (including 1,249 total hours). If a 33.4% fee were requested and then granted in full, such award would result in a "lodestar multiplier" of

approximately 0.87 on all lodestar time billed to May 14, 2023. Lead Counsel will also seek an award of up to $140,000 for reimbursement of expenses, plus interest, for its reasonable litigation expenses incurred in prosecuting the Action. Such expenses will be further detailed in counsel's fee and expense application, including court filing fees, legal research fees, expert fees, and other customarily reimbursed expenses.

5. With respect to Lead Counsel's selection of a settlement administrator for this Action, Lead Counsel requested bids from three proposed settlement administrators, each of which submitted a bid proposing the mailing/emailing of a notice, publication of summary notice on a national business newswire, and designing and maintaining a website and call center. Upon review of these bids, Lead Counsel chose Strategic Claims Services ("SCS") as the proposed Settlement Administrator. The estimated total for fees and expenses (excluding broker charges) is $333,859.00 (or approximately 13% of the Settlement Amount) to be paid from the Settlement Amount. In the last two-years, Pomerantz has engaged SCS 16 times.

6. In early April 2023, the Company disclosed to Plaintiffs that it does not maintain Directors and Officers liability insurance for securities claims against the Company but does maintain "Side A" Directors and Officers liability insurance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17 day of May, 2023.

*/s/ Brenda Szydlo*
Brenda Szydlo