# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,

Defendants.

No. 3:22-cv-02090-JSC

Hon. Jacqueline Scott Corley

## DECLARATION OF PAUL MULHOLLAND REGARDING PROCEDURES FOR SECURELY HANDLING CLASS MEMBERS DATA; COMPARATIVE SETTLEMENTS; AND ADMINISTRATIVE SERVICES AND COSTS

I, Paul Mulholland, declare:

1.    I submit this declaration to provide the Court with information regarding procedures for securely handling class members data; comparative settlements; and administrative services and costs in this matter. I am over 21 years of age and am not a party to this action.

2.    I am a Certified Public Accountant (inactive) and president of Strategic Claims Services ("SCS"). I have over thirty years of experience specializing in litigation support services principally in the area of administration of securities class action settlements. I have administered over five hundred class action settlements. I have also testified as an expert witness in securities and other class action matters.[1] SCS was retained by Lead Counsel, subject to Court approval, to provide notice and claims administration services in the above-captioned action. The proposed Settlement Class is on behalf of shareholders of Embark Technologies, Inc., f/k/a Northern Genesis Acquisition Corp. II (the "Company" or "Embark") consisting of all persons and entities who (i) beneficially owned and/or held the Company's common stock as of October 6, 2021, the record date, and were eligible to vote at the Company's November 9, 2021 special meeting with respect to the business combination between the Company and privately held Legacy Embark, completed on or about November 10, 2021 (the "Business Combination"), and were damaged thereby;[2] and/or (ii) purchased or otherwise acquired Embark common stock pursuant or traceable to the July 2, 2021 registration statement, including all amendments thereto, issued in connection with the November 2021 Business Combination between the Company and Legacy Embark, including shares of Embark common stock purchased in the open market during the period November 11, 2021 through December 13, 2021, both dates inclusive, (the "Securities Act Class Period") and were damaged thereby.

---

[1] Attached hereto as Exhibit A is my curriculum vitae and SCS Brochure.

[2] The "Exchange Act Class Period" is defined as the period from October 6, 2021 through November 10, 2021, both dates inclusive.

3.    SCS maintains a strict adherence to cyber security practices and technical controls. All class members data is held in safekeeping and will only be used for settlement implementation purposes and for no other purpose. Attached hereto as Exhibit B is a summary of SCS Data Protection Procedures. SCS maintains a $10 million insurance policy for cyber security.

4.    SCS maintains an errors and omissions insurance policy totaling $16 million. In addition, SCS maintains a $10 million crime policy.

5.    The proposed notice plan in this matter uses procedures that have been designed to provide direct mail notification and/or electronic mail notification to every investor who is a member of the Settlement Class and who can be identified with reasonable effort. In addition, direct mail notification will be provided to thousands of financial institutions, whether brokerage firms, banks, and other third-party nominees, that regularly monitor proposed securities class action settlements. All persons and entities identified as potential Settlement Class Members will be mailed a Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Proof of Claim") or emailed links to obtain copies of the Notice and Proof of Claim. The Notice will direct the recipient to the settlement website, www.strategicclaims.net/Embark/ to file a Claim Form electronically. The Notice, Proof of Claim, and settlement website will include instructions for claim submission. The proposed notice plan also calls for publication of the Summary Notice of Proposed Class Action Settlement ("Summary Notice") to be transmitted once over the *GlobeNewswire* or *PR Newswire* and published once in the *Investor's Business Daily*. In addition, SCS will send the Depositor Trust Company ("DTC") the Summary Notice for the DTC to publish on its Legal Notice System ("LENS"). LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

6.    Details of the complete proposed notice plan are outlined below.

7.    If SCS is appointed by the Court as Settlement Administrator, and subject to the Court's approval of the notice plan set forth in the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order"), SCS will, after cleanup and

deduplication, initially send a copy of the Notice and Proof of Claim by First-Class Mail to all persons and entities identified as potential Settlement Class Members by the Embark stock transfer agent. The stock transfer agent will only have the contact information for the small number of investors that hold their securities in their own names. These investors typically make up a very small percentage of a class, as the vast majority of investors hold their securities through a brokerage firm, bank, institution, or other third-party nominee ("Nominees") as these potential Settlement Class Members are beneficial investors whose securities are held in "street name"; *i.e.*, the securities are purchased and held by one of the Nominees on behalf of the beneficial purchaser or holder. In SCS's experience, the class members who hold their securities in their own name, and are therefore known to the stock transfer agent, make up less than 2% of a class in a typical securities settlement.

8.      In order to obtain the contact information for investors at the beneficial owner level, SCS uses a procedure designed to get the contact information from the Nominees that actually hold the securities for the beneficial holders of the securities. In the twenty-three years that SCS has been notifying potential class members of actions involving publicly traded securities, SCS has found the majority of potential class members as the beneficial owner are reached through the Nominees.

9.      For this matter, SCS will send mailings and an appropriate cover letter to each entity included on a propriety list of approximately 2,000 Nominees. This list includes the largest and most common broker firms, banks, and other institutions involving publicly traded securities and is contained in a database SCS created and maintains. In SCS's experience, the institutions included in this database represent a significant majority of the beneficial holders of the securities in most settlements involving publicly traded companies. The cover letter accompanying the mailing would notify the Nominees of the proposed Settlement and inform them of their obligation to either provide the names and addresses of their clients who may be Settlement Class Members or request copies of the Notice and Proof of Claim to provide directly to their customers and clients. As noted above, Nominees will also be notified through LENS.

DECLARATION OF PAUL MULHOLLAND REGARDING NOTICE PLAN                         3
No. 3:22-cv-02090-JSC

10.    SCS will promptly either: (a) email links to the location of the Notice and Proof of Claim to Settlement Class Members for whom it is able to obtain email addresses; or (b) mail the Notice and Proof of Claim directly to all potential Settlement Class Members identified by Nominees if no email address can be obtained. SCS will also send copies of the Notice and Proof of Claim or email links to the Notice and Proof of Claim directly to Nominees who indicate they will directly forward them to their customers and clients who may be Settlement Class Members. Each of these requests will be completed in a timely manner pursuant to the Preliminary Approval Order.

11.    All name and address data obtained by SCS will be reviewed to identify and eliminate exact name and address duplicates and incomplete data prior to mailing or emailing. Any Notices and Proof of Claims that are returned as undeliverable mail will be reviewed to determine if an alternative or updated address is available from the Postal Service and skip-tracing. SCS will re-mail to the updated or alternative address.

12.    SCS will supplement the direct mailing and emailing program described above by publishing the Summary Notice over the *GlobeNewswire* or *PR Newswire*, a national online newswire. News outlets often use posted notices as the basis for their own stories about litigation settlements involving publicly traded companies, thereby creating added awareness of the proposed Settlement among investors. In addition, SCS will publish the Summary Notice in print in the *Investor's Business Daily*.

13.    Throughout the notification and claims processing period, SCS will maintain a toll-free number to field potential Settlement Class Members' inquiries. SCS will also maintain a settlement website, www.strategicclaims.net/Embark/, where key documents will be posted including the Stipulation, the Notice, Proof of Claim, and the executed Preliminarily Approval Order. The website will also provide an overview of the case and proposed Settlement and highlight important dates, including the date of the final approval hearing. If there are any modifications to the time and/or date of the final approval hearing, SCS will update the website accordingly. All posted documents will be available for download from the website.

14.    I estimate the number of Settlement Class Members in this matter who purchased or held shares of Embark's common stock during the Settlement Class Period will be approximately 100,000. Each of these Settlement Class Members will be mailed a Notice and Proof of Claim or emailed with links to the Notice and Proof of Claim. The Settlement Class Members will be directed to the settlement website, www.strategicclaims.net/Embark/, to access settlement documents and have an opportunity to file a claim in this matter, either online or by mailing a completed Proof of Claim to SCS.

15.    In SCS's experience, not all class members submit claims, and some of the claims submitted are not valid or eligible to receive a distribution under the Plan of Allocation. Accordingly, SCS estimates that 25% or 25,000 of the Settlement Class Members will file claims. This estimate is based on my experience in administering hundreds of securities class action settlements; 214 million damaged shares provided by the expert in this matter, as well as other factors. Attached hereto as Exhibit C is a list of comparative settlements.

16.    In addition to the proposed notice plan, SCS will, at a minimum, provide the following additional administrative services: (1) assist in preparing the Plan of Allocation; (2) set-up a Class database, phone system, and frequently asked questions protocol; (3) review and process all opt-out requests; (4) process claims including handling cures and rejections; (5) update the Settlement Class database to include updated addresses and other updated information regarding Settlement Class Members; (6) handle and respond to all phone call questions regarding claims processing from Settlement Class Members; (7) respond to all other questions via emails, letters and other correspondence from Settlement Class Members; (8) set up escrow accounts and handle all banking matters related to the administration process; (9) process and pay broker charges; (10) cut, mail and process distribution checks; (11) process all undeliverable check mailings and re-mail checks if forwarding addresses are provided; (12) skip trace all other undeliverable check mailings and re-mail if updated addresses are provided; (13) re-issue checks for lost checks, changes in name, or other valid changes requiring a new check subject to verification by SCS; (14) perform monthly bank reconciliations and handling of all other post distribution matters; (15)

provide accounting and periodic status reports; (16) prepare declarations as required by the Court throughout the administrative process; (17) obtain an employer identification number and prepare and file federal and state income tax returns; and (18) provide status reports to counsel.

17.     Based on the above assumptions, SCS estimates the total administration costs in this matter will be $333,859 or approximately 13% of the Settlement Amount.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of May 2023, in Media, Pennsylvania.

_____
Paul Mulholland

DECLARATION OF PAUL MULHOLLAND REGARDING NOTICE PLAN                                    6
No. 3:22-cv-02090-JSC