# EXHIBIT B

Exhibit B

## SUMARY OF DATA PROTECTION PROCEDURES FOR STRATEGIC CLAIMS SERVICES ("SCS")

### Technical Controls

All class members data is fully encrypted and all computers require a login to access.   Class members data is restricted to only employees with access permission.  Only authenticated clients can access the file shares (i.e. only trusted devices can access the network).  SCS uses anti-virus, malware protection and other methods to protect data.  SCS also uses firewalls and intrusion detection and response systems; complex passwords; multi-factor authentication to access data; data encryption; "key management" access to encrypted databases; and access only provided on need-to-know basis.

### Administrative Policies

SCS has a firewall security system that monitors and controls network traffic and is used as a barrier against untrusted networks.   There are access controls to systems and data.  All employees are briefed on privacy matters and data security.  All terminated/departed employees are immediately cut off from access. SCS is currently implementing additional pre-hire background checks and non-disclosure and confidentiality agreements.  Any terminated or departed employees are immediately cut off from access.

### Crisis and Risk Management

Upon a data breach SCS will immediately contact cyber-insurance company, attorneys, claimants and other stakeholders as well as the proper authorities. Nearly all notice and claims administration work is performed "in-house" with very little outsourcing to vendors, especially as it relates to private information such as tax identification numbers.  SCS maintains a $10 million cyber insurance policy.

### Physical Access Controls Access

SCS servers are secured in a locked room within the office plus there are two other locked doors requiring a key fob to gain entrance into the office.  SCS also has a security camera at its office entrance inside the building.

### Data Collection and Retention

SCS minimizes collection of personal information and obtains personal data collection only if necessary to complete its administration work.  Any transfer of personal data is done securely with password protection.  SCS complies with all applicable laws and regulations related to data collection and storge.

Exhibit B

## Data Destruction

Physical copies are destroyed by shredding with a certification document from a reputable shredding firm. Electronic files are securely deleted. Any physical electronic hardware is written over prior to physical drive destruction. Manager performs periodic checks throughout the year to comply with any court orders regarding destruction of hard copies and electronic files.

## Applicable Laws, Standards and Other Regulations

SCS information technology department follows industry standards and complies with privacy regulations and laws.

## Ethical Rules

The SCS staff is made aware of ethical rules and standards of ethical and legal behavior. Violation of ethical rules may lead to termination of employment.

## Customer Services Measures

SCS policy does not allow for confidential information to be sent via email. SCS utilizes email verification software to verify and authenticate email addresses when appropriate. SCS periodically updates its website to include its relevant privacy policies. SCS staff utilizes multi-factor authentication for staff to access emails.