# EXHIBIT C

## SETTLEMENT COMPARISONS

| Case | BioAmber, Inc.<br>No. 2:17-cv-01531<br>U.S.D.C., E.D. of N.Y. | ALLEGIANT<br>No. 2:18-cv-01758<br>U.S.D.C. Dist. of Nevada | WESTPAC<br>NO.:3:20-CV-0017<br>U.S.D.C. Dist. of Oregon | RCI Holdings<br>No.:4:19-cv-01841-AHB<br>U.S.D.C., S.D. of Texas |
|---|---|---|---|---|
| Total Settlement Fund | $2,250,000 | $4,000,000 | $3,100,000 | $2,200,000 |
| Class Period (C.P.) | 7/15/14 to 8/3/17 | 6/8/15 to 5/9/18 | 11/11/15 TO 11/19/19 | 2/13/16-7/18/19 |
| Final Approval Date | 5/20/2020 | 5/14/2020 | 4/20/2021 | 8/12/2022 |
| Class Size - # of Notices Sent | 13,545 | 49,007 | 118,279 | 14,400 |
| Avg. # of Shrs. Purchased per Class Member | 2,289 | 1,806 | 1,522 | 2,083 |
| Claims Filed | 2,612 | 16,813 | 32,406 | 3,515 |
| Claims Filing Ratio % | 19.28% | 34.31% | 27.40% | 24.41% |
| Method of Notice | Long notice , email and publication | Postcard notice , email and publication | Postcard notice , email and publication | Postcard notice , email and publication |
| Average Recovery per Claimant | $3,172.69 | $2,208.69 | $214.16 | $1,873.84 (est.) |
| Administration Costs | $135,630.88 | $199,945.93 | $300,847.00 | $95,216.86 |
| Amount Distributed of Cy Pres, if any | To be determined | N/A | $2,850.85 | To be determined |
| Attorneys' Fees and Expenses | $770,000.00 | $1,028,078.85 | $1,058,109.74 | $826,901.67 |
| Injunctive and Non-Monetary, If any | N/A | N/A | N/A | N/A |