SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS
(SBN 327461)
jordan.bradford-shivers@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

JEREMY T. ADLER (*admitted pro hac vice*)
jeremy.adler@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417
Facsimile: (212) 230-8888

*Attorneys for Defendants Embark Technology, Inc.,
Ian Robertson, Ken Manget, Alex Rodrigues,
Richard Hawwa, Paul Dalglish, Christopher Jarratt,
Robert Schaefer and Brad Sparkes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA, <br><br> Defendants. | Case No. 3:22-cv-02090-JSC <br><br> **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:    July 20, 2023 <br> Time:    10:00 a.m. <br> Place:    Courtroom 8, 19th Floor <br> Judge:  The Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rule 7-3(b), Defendants Embark Technology, Inc., Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Paul Dalglish, Christopher Jarratt, Robert Schaefer, and Brad Sparkes hereby submit this Statement of Non-Opposition to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 65) and Proposed Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 66-2).

Dated:  May 31, 2023

WILMER CUTLER PICKERING HALE
AND DORR LLP

By:    /s/ Kevin P. Muck
          Kevin P. Muck

*Attorneys for Defendants Embark Technology, Inc., Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Paul Dalglish, Christopher Jarratt, Robert Schaefer and Brad Sparkes*

STATEMENT OF NON-OPPOSITION                     1                     No. 3:22-cv-02090-JSC