**POMERANTZ LLP**

Brenda Szydlo (*pro hac vice*)
Jeremy A. Lieberman
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
jalieberman@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 2405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and the proposed Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>                    Defendants. | No. 3:22-cv-02090-JSC<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Hon. Jacqueline Scott Corley |

PLS' STATEMENT OF RECENT DECISION - No. 3:22-cv-02090-JSC

Pursuant to Local Rule 7-3(d)(2), Plaintiffs submit this Statement of Recent Decision in connection with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"), filed May 17, 2023. *See* ECF No. 65. Plaintiffs' Motion for Preliminary Approval is noticed for a hearing on July 20, 2023. *Id.* at 1.

On June 1, 2023, Justice Gorsuch of the Supreme Court of the United States, delivered the opinion of the Court in *Slack Techs., LLC v. Pirani*, 143 S. Ct. 1433 (2023). A copy of the opinion is filed herewith as Exhibit A.

Plaintiffs respectfully bring the Supreme Court's recent decision to this Court's attention because Plaintiffs' Motion for Preliminary Approval cites to the Ninth Circuit's opinion in the case. *See* ECF No. 65 at 15-16 (citing *Pirani v. Slack Techs, Inc.*, 13 F.4th 940, 947 (9th Cir. 2021), *cert. granted sub nom. Slack Techs., LLC v. Pirani*, 143 S. Ct. 542 (2022)).

Dated: June 29, 2023

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brenda Szydlo*
Brenda Szydlo (*pro hac vice*)
Jeremy A. Lieberman
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
jalieberman@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Telephone: (310) 2405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy, Plaintiff Danny Rochefort, and the proposed Classes*