**POMERANTZ LLP**
Brenda Szydlo (*pro hac vice*)
Jeremy A. Lieberman
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
jalieberman@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy, Plaintiff Danny Rochefort, and the Proposed Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA, <br><br> Defendants. | Case No. 3:22-cv-02090-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT FURTHER INFORMATION REGARDING PROPOSED SETTLEMENT AND CONTINUING HEARING DATE** |

STIPULATION AND [PROPOSED] ORDER
RE FURTHER SUBMISSION AND
HEARING DATE

CASE NO. 3:22-CV-02090-JSC

Plaintiffs Tyler Hardy and Danny Rochefort ("Plaintiffs") and Defendants Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II, Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Christopher Jarratt, Paul Dalglish, Robert Schaefer and Brad Sparkes ("Defendants" and with Plaintiffs, the "Parties"), through their counsel, stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle this class action subject to Court approval, and in connection therewith Plaintiffs filed a motion for preliminary approval of that settlement and papers in support of that motion (ECF Nos. 65-67);

WHEREAS, at a July 20, 2023 hearing on Plaintiffs' motion for preliminary approval, the Court identified certain questions regarding Plaintiffs' motion and the proposed class settlement, and on that same date issued an order (ECF No. 75) setting forth the Court's questions, directing Plaintiffs to submit supplemental briefing regarding those questions by August 21, 2023, and setting a further hearing on the preliminary approval motion for September 7, 2023;

WHEREAS, Plaintiffs are diligently working on preparing supplemental submissions, including further declarations, to address the questions raised by the Court at the July 20, 2023 hearing and set forth in the Court's order of the same date;

WHEREAS, notwithstanding their diligent efforts, Plaintiffs believe a short extension of the August 21, 2023 deadline is appropriate to ensure that they are able to prepare the necessary supplemental submissions and provide the Court with all of the information requested;

WHEREAS, Plaintiffs have requested, and Defendants have agreed, that the deadline for submission of supplemental briefing in support of the motion of preliminary approval should be extended by nine (9) days, to August 30, 2023, subject to the Court's approval;

WHEREAS, the Parties agree that, in light of the requested extension, it is appropriate to continue the further hearing on Plaintiffs' preliminary approval motion by one week, to September 14, 2023;

WHEREAS, Plaintiffs believe that requested extension and new hearing date are proper, will facilitate the process of providing the Court with the information necessary to preliminarily approve the class settlement, and will not result in undue delay or prejudice to anyone;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1.      Plaintiffs' deadline to file their supplemental submission in support of their motion for preliminary approval of the proposed class settlement shall be extended from August 21, 2023 to **August 30, 2023**;

2.      The further hearing on Plaintiffs' preliminary approval motion should be continued from September 7, 2023 at 9:00 a.m. to **September 14, 2023 at 9:00 a.m.** (or such other date as the Court determines is appropriate), via Zoom video.

Dated:  August 14, 2023                          **POMERANTZ LLP**

By____/s/ Brenda Szydlo_____
        Brenda Szydlo

*Attorneys for Plaintiffs Tyler Hardy and
Danny Rochefort*

Dated:  August 14, 2023                          **WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP**

By____/s/ Jessica Lewis_____
        Jessica Lewis

*Attorneys for Defendants Embark Technology,
Inc., Ian Robertson, Ken Manget, Alex Rodrigues,
Richard Hawwa, Christopher Jarratt, Paul
Dalglish, Robert Schaefer and Brad Sparkes*

<u>**CERTIFICATION**</u>

I, Brenda Szydlo, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT FURTHER INFORMATION REGARDING PROPOSED SETTLEMENT AND CONTINUING HEARING DATE.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each other signatory has concurred in this filing.

Dated:  August 14, 2023

_____/s/ Brenda Szydlo_____
        Brenda Szydlo

STIPULATION AND [PROPOSED] ORDER
RE FURTHER SUBMISSION AND                    - 2 -                    CASE NO. 3:22-CV-02090-JSC
HEARING DATE

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED. The hearing on the motion is continued to September 26, 2023 at 9:00 a.m. by Zoom videoconference.

Dated:    August 14, 2023



_____

The Honorable Jacqueline Scott Corley
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley