# EXHIBIT 8

# Co-founder Alex Rodrigues' email to Embark employees

**◉ medium.com**/embark-trucks/co-founder-alex-rodrigues-email-to-embark-employees-5523b4fb0b2c

Embark                                                                                             March 3, 2023



## Earlier today, Embark CEO Alex Rodrigues sent this email to all Embark employees

Embark Team,

I am writing to you today with a heavy heart. The last 9 months have been tough for the autonomous trucking industry, and for Embark — the capital markets have turned their backs on pre-revenue companies, just as slipping manufacturer timelines have delayed the prospect of scaled commercial deployment. Across Embark, we have been working very hard to find a path forward in the face of these challenges, including:

- Refining our existing plan
- Exploring alternative markets
- Attempting to find a buyer for the company

Unfortunately, after thoroughly evaluating all alternatives, we have been unable to identify a path forward for the business in its current form. Although there are many external things that we wish had gone differently, ultimately this outcome is my responsibility. In challenging times, it is the whole company's job to be flexible and optimistic in pursuing a sometimes-changing direction — and it is the job of the CEO to navigate the challenges and make sure those directions ultimately get the team to the other side. You held up your end of that bargain, I was not able to hold up mine — for that I am profoundly sorry.

**Today, having exhausted all alternatives, we are taking the incredibly difficult step of laying off ~70% of the company, and shutting down our SoCal and Houston offices.** A majority of employees will receive an email in the next 30 minutes that your role has been impacted, which will include detailed instructions on severance and next steps.

The remaining 30% of Embark will be undertaking two efforts in parallel:

1. Orderly wind-down:

1/2

- Focus on respectfully supporting our colleagues who have been let go and helping them land on their feet
- Begin winding down our day-to-day operations

2. Over the next handful of weeks, we will work closely with the Embark Board of Directors to evaluate our options, including selling assets, restructuring the company or shutting down completely

**To those departing -**

I'm sorry that myself and Brandon weren't able to find a way. You are an amazing team and it has been the highlight of my life to get to work with all of you. This is not a reflection on you, but rather the nature of attempting something that has never been done before is that it is risky and even with incredible amounts of hard work, creativity and passion (which this team certainly has in spades!) success is not guaranteed.

If your role is impacted today, provided that you sign your separation agreement, you will receive:

- — Base salary through June 2, 2023, or equivalent lump-sum payment
- — Embark will cover the cost of keeping your current company-sponsored medical, dental, and vision benefits through August 31, 2023
- — If you are part-way through a month of RSU vesting, your vesting will be accelerated to the next upcoming vesting date following today. Likewise, if you were promised a 2022 refresh grant as part of the 2022 comp cycle then, subject to board approval, that grant will be made and vested up to the next upcoming vesting date following today
- — You can keep your company-provided laptop for personal use, as long as you coordinate with our IT team to wipe it in the next week.
- — Embark is establishing an internal Placement Team for the next 6 weeks to help connect departing employees with new opportunities.
- — Embark has worked with our external immigration attorneys to provide immigration support for those on visas and will pay the cost of up to 2 consultation sessions for any employee currently working at Embark on a visa.

I believe that solving autonomous trucking will one day be a huge benefit to society, and while Embark may not be there to see the vision through in its current form, I hope you know that your work made a difference in pushing the industry forward. As a leader, founder, coworker, and friend, this is a day I never hoped to see, but I want to say thank you to all of you from the bottom of my heart for being on this journey with me.

Alex

This page is intentionally left blank.

# SF-based tech boom darling Embark lays off 230, winds down

**SFG** **sfgate.com**/tech/article/embark-trucks-layoffs-may-close-17823487.php

Stephen Council



Four trucks are emblazoned with Embark's logo. The company aimed to provide autonomous driving
software that could integrate with major trucks.
Photo courtesy of Embark

The aftermath of the pandemic-era tech boom has taken another San Francisco victim.

Everything to know about visiting SF's Angel Island

Autonomous trucking software company Embark Trucks is laying off 230 workers and
moving toward a total shutdown, the firm announced Friday, less than 16 months after it went
public at a $5.2 billion valuation.

Headquartered in the Mission, Embark aimed to take a slice of the huge commercial trucking
industry by selling software that would integrate with trucks' driving systems — taking a
regular vehicle and making it self-driving. The firm planned to create a network of long-haul,

1/3

autonomous trucks that would deliver freight between cities, whereupon human drivers would take over for local pickups and drop-offs.

Article continues below this ad

Friday's layoff round represented about 70% of the company, according to an email to employees from CEO Alex Rodrigues. Workers will receive severance pay through June 2, health benefits through the end of August and help figuring out visas, if needed, Rodrigues said.

Embark is also shuttering offices in southern California and Houston. The company declined to comment on the company's plan for its San Francisco headquarters.

Rodrigues said that the remaining workforce will help Embark wind down and explore exit options such as selling assets, restructuring or just shutting down.

"It is the whole company's job to be flexible and optimistic in pursuing a sometimes-changing direction — and it is the job of the CEO to navigate the challenges and make sure those directions ultimately get the team to the other side," he wrote in the email to employees. "You held up your end of that bargain, I was not able to hold up mine — for that I am profoundly sorry."

Article continues below this ad

Rodrigues also blamed a "tough" nine months for the autonomous trucking industry. He wrote that manufacturing delays coincided with a difficult business climate for pre-revenue companies.

Rodrigues and his co-founder, Brandon Moak, dropped out of college in the 2010s before moving to the Bay Area, where they got backing for Embark from tech stalwarts like Sequoia Capital, Tiger Global and Y Combinator.

Embark was one of several autonomous trucking startups to go public as part of 2021's SPAC, or special purpose acquisition company, craze, in which companies grabbed cash in droves by merging with companies special-made to take firms public.

The company debuted in the public markets at a $5.2 billion valuation that November. In a story that encapsulates the now-burst tech bubble, Embark's stock is down 99% from that initial price, no longer boosted by techno-optimism, low interest rates and easy-spending venture capitalists.

Article continues below this ad

*Hear of anything happening at Embark or another tech company? Contact tech reporter Stephen Council securely at stephen.council@sfgate.com or on Signal at 628-204-5452.*

BEST OF SFGATE

**Culture** | <u>My secret to dating in San Francisco is a spreadsheet</u>
**History** | <u>The unbelievable true story of a body found in a Calif. funhouse</u>
**Travel** | <u>This hike is filled with seals, waterfalls and a magical sea cave</u>
**Food** | <u>Inside the fast food industry's secret Calif. test kitchens</u>

March 6, 2023



By <u>Stephen Council</u>



Stephen Council is the tech reporter at SFGATE. He has covered technology and business for The Information, The Wall Street Journal, CNBC and CalMatters, where his reporting won a San Francisco Press Club award. **Signal: 628-204-5452 Email: stephen.council@sfgate.com**

3/3

This page is intentionally left blank.

# Embark Technology Shuts Down - Autonomous Semi-Truck Startup

**J** jalopnik.com/embark-technology-shuts-down-autonomous-semi-1850185995

Erik Shilling                                                          March 4, 2023



Photo: Embark

Embark Technology, a California company that sought to put autonomous semi-trucks on the road and <u>test in Texas</u>, is apparently no more, according to an email from Embark's CEO to employees <u>seen by Automotive News</u>. In the email, Alex Rodrigues, the CEO, says he is "profoundly sorry."

## In case you missed it:

- <u>The Best 11-Foot-8 Bridge Wreck Videos of All Time</u>
- <u>These Are Your White Whale Cars</u>
- <u>The Grossest Messes You've Had to Clean Out of Your Cars</u>

Embark was founded in 2016, <u>according to its website</u>, and will follow another self-driving company — Argo AI —in closing, after <u>Argo shut down operations last October</u>.

Rodrigues's email sounds pretty defeated:

Rodrigues cited an inability to raise capital and delays in "the prospect of scaled commercial deployment" of autonomous trucking for the closure.

"I am writing to you today with a heavy heart. The last nine months have been tough for the autonomous trucking industry, and for Embark — the capital markets have turned their backs on pre-revenue companies," Rodrigues said.

"In challenging times, it is the whole company's job to be flexible and optimistic in pursuing a sometimes-changing direction — and it is the job of the CEO to navigate the challenges and make sure those directions ultimately get the team to the other side. You held up your end of that bargain, I was not able to hold up mine — for that I am profoundly sorry," he wrote.

According to documents filed with the SEC on Friday, Embark will be reducing its workforce by 230 employees, though *Auto News* says they will still get paid until June 2, and still have healthcare until the end of August. That SEC document also says the following:

On March 1, 2023, the Board of Directors of the Company (the "Board") approved a process to explore, review and evaluate a range of potential strategic alternatives available to the Company, including, without limitation, exploring alternative uses of the Company's assets to commercialize its technology, additional sources of financing, as well as potential dissolution or winding up of the Company and liquidation of its assets.

Still, *Auto News* says that the remaining employees at Embark will spend their time winding down the business and liquidating.

Embark's stock was trading at $3.88 on Friday, giving it a valuation of just over $90 million, a far fall from even a couple years ago, when it was trading for over 50 times that.

This page is intentionally left blank.

# Embark Trucks laying off 70% of employees, winding down business

**freightwaves.com**/news/embark-trucks-laying-off-70-of-employees-winding-down-business

Friday, March 03, 2023

Listen to this article
0:00 / 5:05
BeyondWords ⊘
Embark Trucks laid off 70% of its workers on Friday and may liquidate. The first autonomous trucking company to haul freight cross country under robot control is closing offices in Houston and Southern California.

It is the latest example of a transportation startup struggling to survive. A week ago, autonomous platooning startup Locomation denied published reports it was closing. But it acknowledged laying off an unspecified number of employees.

In a filing with the Securities and Exchange Commission on Friday, San Francisco-based Embark said it was laying off 230 employees by the end of the second quarter and is looking for a buyer. Liquidation is another option, the filing said.

Severance payments, employee benefits, equipment and related costs, and noncash expenses associated with vesting of share-based awards will cost $7 million to $11 million, according to the SEC 8-K filing. The noncash expense from other share-based awards cannot presently be estimated.

## Board puts Embark sale and dissolution on the table

The Embark board of directors on Wednesday approved exploring, reviewing and evaluating a range of potential strategic alternatives available. That includes alternative uses of the company's assets to commercialize its technology. Without additional sources of financing, potential dissolution … and liquidation is possible," the SEC filing said.

Embark was founded by entrepreneurs Alex Rodrigues and Brandon Moak in 2016 when Rodrigues was just 20 years old. Embark completed a cross-country run of an autonomous truck with a safety driver on board in 2018 — the first among a growing field of autonomous trucking startups.

In the heady days of SPACs, the co-founders both stood at age 26 to reap hundreds of millions on paper.

## Embark CEO's emotional email to employees

In an emotional email to employees on Friday, Rodrigues said financial markets "have turned their backs on pre-revenue companies, just as slipping manufacturer timelines delayed the prospect of scaled commercial deployment."

In December, Embark delivered a Kenworth T680 with its Embark Driver autonomous software to Knight-Swift. It is the first carrier to use its own employees as safety monitors of computer-driven autonomy. Embark targeted commercialization of its manufacturer-agnostic Embark User Interface for 2024.

But the company's financial prospects dimmed after a 1-for-20 reverse stock split in August. Embark's share price had drifted below $1, putting it in jeopardy of being delisted from the NASDAQ. The initial bounce from the reverse split provided an immediate lift for the share price that quickly dissipated.

"Unfortunately, after thoroughly evaluating all alternatives, we have been unable to identify a path forward for the business in its current form," Rodrigues wrote. "Although there are many external things that we wish had gone differently, ultimately this outcome is my responsibility."

The email said the employees who remain would be expected to help colleagues affected by the layoff while winding down the business.

"I'm sorry that myself and Brandon weren't able to find a way," Rodrigues wrote. "You are an amazing team and it has been the highlight of my life to get to work with all of you."

2/4



Embark Trucks co-founder and CEO Alex Rodrigues took the blame for the company's likely demise. (Photo: Embark Trucks)

## Embark SPAC merger hit by early redemptions

Embark went public in a merger with blank-check sponsor Northern Genesis Acquisition Corp. II in November 2021. But even a first-day valuation of $5 billion was tarnished when investors redeemed their SPAC shares early, depriving Embark of about $300 million in expected proceeds. Embark started its public life with $314 million in SPAC proceeds.

Unlike competitors Waymo Via, Torc Robotics and Aurora Innovation, which formed manufacturing partnerships with legacy truck makers, Embark chose to focus on software that could operate on any legacy truck maker's products. It worked closely with Knight-Swift to integrate the EUI into a Kenworth truck the carrier ordered.

But whether Embark would be able to persuade OEMs to integrate its software onto their trucks was an unanswered question.

"You pretty much need to have one OEM partner to integrate your system," Sam Abulesamid, principal analyst at Guidehouse Insights, told FreightWaves. "It's one thing to build a few development trucks. "To scale up production, you really need to be working with a partner. You need to have access to vehicles from an OEM that is building an AV-ready truck."

He said the apparent failure of Embark as an autonomous contender "won't be the last, maybe even the last this year."

## Related articles:

Knight-Swift takes the wheel of Embark-equipped autonomous truck

How soon will we see an autonomous trucking shakeout?

Embark Trucks concludes SPAC but bolting investors take back $300M

*Click for more FreightWaves articles by Alan Adler.*

## **F3: Future of Freight Festival**

NOVEMBER 7-9, 2023 • CHATTANOOGA, TN • IN-PERSON EVENT

The second annual F3: Future of Freight Festival will be held in Chattanooga, "The Scenic City," this November. F3 combines innovation and entertainment — featuring live demos, industry experts discussing freight market trends for 2024, afternoon networking events, and Grammy Award-winning musicians performing in the evenings amidst the cool Appalachian fall weather.

## **Register Now**

This page is intentionally left blank.

# Embark Trucks lays off workers, explores liquidation of self-driving truck assets

techcrunch.com/2023/03/03/embark-trucks-lays-off-workers-explores-liquidation-of-self-driving-truck-assets/

March 3, 2023



Kirsten Korosec 6 months



Embark Trucks, the autonomous trucking company that went public in 2021 via a merger with a special purpose acquisition company, is cutting 70% of its workforce and shutting down two offices. And the pain may not be over as CEO Alex Rodrigues noted in an email to employees that the remaining 30% of workers will focus on winding down operations.

The company said in a regulatory filing that about 230 employees were laid off Friday. A source familiar with the plan said the cuts were announced Friday morning. The layoffs are expected to occur in the first and second quarters.

"Unfortunately, after thoroughly evaluating all alternatives, we have been unable to identify a path forward for the business in its current form, Rodrigues wrote, later adding "Today, having exhausted all alternatives, we are taking the incredibly difficult step of laying off ~70% of the company, and shutting down our SoCal and Houston offices."

The layoffs come more than a month after banking advisory firm Evercore met with various AV companies to explore selling Embark's assets, according to one source.

A sale of assets appears to be the next order of business, according to a regulatory filing posted Friday and Rodrigues' email.

Embark's board approved Wednesday "a process to explore, review and evaluate a range of potential strategic alternatives available to the company," including alternative uses of its assets to commercialize its technology, additional sources of financing, as well as potential dissolution or liquidation of its assets.

"The board's decision comes following an extended evaluation by the company of alternative markets in which to commercialize its technology as well as an exploration, performed with the assistance of a financial advisor, of a potential sale of the company," the filling said.

Embark Trucks was underlined in 2016 by CEO Alex Rodrigues and CTO Brandon Moak and quickly got the attention of investors. Rodrigues and Moak met while working on self-driving technology at the University of Waterloo, where both completed Mechatronics engineering degrees.

By 2018, the startup had raised about $47 million. But it was the SPAC boom that really delivered the capital — at least for a short time. In 2021, agreed to merge with special purpose acquisition company Northern Genesis Acquisition Corp. II in a deal valued at $5.2 billion.

Today, Embark Trucks is running short on capital like other companies trying to develop and commercialize autonomous vehicle technology. The company's market capitalization is about $90 million; at the end of the third quarter, the most recent quarterly report the company has filed, it had about $190 million in cash and cash equivalents.

*Story is developing …*