# EXHIBIT 15

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | No. 3:22-cv-02090-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**DECLARATION OF PAUL MULHOLLAND ON BEHALF OF STRATEGIC CLAIMS SERVICES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND IN RESPONSE TO QUESTIONS POSED BY ORDER DATED JULY 20, 2023** |

Declaration of Paul Mulholland in Support of Unopposed Motion for Preliminary Approval
No. 3:22-cv-02090-JSC

I, Paul Mulholland, declare and state as follows:

1.    I have personal knowledge of the facts set forth herein and, if called on to testify, I could and would do so to the best of my ability.

2.    I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have thirty (30) years of experience specializing in litigation support services, and twenty-three (23) years of experience focusing in the area of the administration of securities class action settlements.  I have also testified as an expert witness in securities and other class action matters.

**A.    Discussion regarding "comparative settlements" and the 25% claims rate**

3.    I selected the four comparative settlements as detailed in Exhibit A hereto since each of these cases administered by SCS had small settlement amounts ranging from $2 million to $4 million or an average of $2,887,500.  This compares favorably to Embark's settlement of $2,500,000.  In addition, I wanted to obtain a wide range of class sizes (ranging from 13,545 to 118,279) to get an average claims rate.  The average claims rate for the four settlements in Exhibit A hereto is 26.35%.  Based on this and my experience in administering small security settlements, it is my opinion that a 25% claims rate in the Embark Settlement is a reasonable estimated claims rate.  To further verify this claims rate, attached as Exhibit B hereto are seven additional small security settlements (under $4 million) administered by SCS showing the average claims rate of 28.75%.  This further supports a 25% claims rate as a reasonable estimate in this matter.  Based on this, the estimated average recovery will be greater than $.006 per damaged share for submitted claims, as discussed in the August 29, 2023 Declaration of Zachary Nye, Ph.D.

**B.    Taxes, if any, to be deducted from the settlement fund**

4.    The Embark Settlement is a Qualified Settlement Fund ("QSF") under the IRS Code 468B.  As such, federal and state tax returns are required to be filed each year the QSF is in

---

[1] All capitalized terms not otherwise defined in this declaration have the same meanings as in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023, previously filed with the Court.

---

Declaration of Paul Mulholland in Support of Unopposed Motion for Preliminary Approval        2
No. 3:22-cv-02090-JSC

existence. The Settlement Fund will earn interest while funds are held in escrow. Taxes are due if interest income exceeds administrative expenses. SCS is anticipating there will be no taxes due in this matter since the administrative expense will exceed the interest income earned in the QSF.

### C. Nominal Amount under $10

5. In my experience, a minimum payment threshold is a common feature of allocation plans in securities class action settlements and most plans assign a *de minimis* of $10.00. A minimum payment threshold benefits the class as a whole by eliminating payments to claimants for whom the cost of printing and mailing checks, and related follow up, would be disproportionate to the value of the claim. On average, it costs approximately $3.25 per issued settlement check.

6. Moreover, SCS has found that many eligible claimants who receive checks for less than $10.00 do not cash those checks. If the amount were reduced to $5.00, additional claimants would receive a check, but the rate at which such checks would be negotiated would, in SCS's experience, be lower than the cashing rate for higher value checks. Attached as Exhibit C hereto are ten small security settlements (under $4 million) administered by SCS showing the average percentage of valid claimants who would otherwise receive a distribution of less than $10.00 is 15.27%. Based on this and my estimate that 65% or 16,250 (25,000 times 65%) claims will be valid in this settlement, there will be an estimated 2,481 (16,250 times 15.27%) valid claimants eligible to receive a check under $10.

### D. Notifying Class Members

7. In securities class actions involving open-market purchases of publicly traded securities, there are multiple sources of the identities of class members. There is no single source and, given the structure of the financial markets, it is not the case that an issuing company, like Embark, knows the identities of each of its investors. The two primary sources are: (i) an issuer's transfer agent and (ii) brokerage firms, banks, "back-office" custodians, and other third parties, which collectively are referred to as "nominees" in the class action administration industry ("Nominee(s)").

Declaration of Paul Mulholland in Support of Unopposed Motion for Preliminary Approval   3
No. 3:22-cv-02090-JSC

8.      To a limited extent, Settlement Class Members in this case may be identified from records kept by Embark's transfer agent.  In general, however, a transfer agent will only have the contact information for the small number of investors that held their securities in their own names as "record holders," as well as "beneficial owners."  These investors typically make up a very small percentage of a class.  Indeed, in SCS's experience, class members who hold their securities in their own names, and are therefore known to the transfer agent, make up less than 1% of an identified class in a typical securities settlement.

9.      Such records will be provided to Counsel as part of the Stipulation of Settlement in this matter.  The records typically provide names, addresses, and some email addresses.  They do not provide any trading information, so it is not known whether these record holders are actually members of the Settlement Class.  Under the proposed notice procedures, each one of these potential Settlement Class Members will be mailed or emailed a copy of the Notice and Proof of Claim Form (collectively, the "Notice Package").

10.     However, the vast majority of potential Settlement Class Members will have purchased, held and/or sold their Embark or Northern Genesis common stock through a Nominee. The Nominees are the record owners and these class members are the "beneficial owners" whose Embark or Northern Genesis shares are held in "street name"; *i.e.*, the shares were purchased and held by one of the Nominees on behalf of the beneficial owner.

11.     In order to obtain the contact information for investors at the beneficial level, SCS, or such other claims administration firm chosen by the Court, will use a procedure, standard within the industry and all securities class actions, designed to obtain beneficial owner contact information from the Nominees that hold the Embark or Northern Genesis shares as record holders. More specifically, if chosen to serve as the administrator, SCS will utilize its proprietary list of over 2,000 Nominees, which SCS has developed over time administering cases like this one.  This list includes the largest and most common broker firms, banks, and other institutions connected with publicly traded securities and is contained in a database SCS created and maintains.  In SCS's

Declaration of Paul Mulholland in Support of Unopposed Motion for Preliminary Approval
No. 3:22-cv-02090-JSC

4

experience, the institutions included in this database represent a significant majority of the beneficial owners in most securities settlements involving publicly traded companies.

12. SCS, as the Court-appointed administrator, will mail (and email to the extent we have emails) the Notice Packet and an explanatory cover letter to each Nominee. The cover letter will notify the Nominees of the proposed Settlement, the definition of the Settlement Class, and their obligation, as set forth in the proposed Preliminary Approval Order, to either (a) provide the names, mailing addresses and, if available, email addresses of their clients who may be Settlement Class Members to SCS so that SCS may mail or email them a Notice Packet or (b) request copies of the Notice Packet from SCS and provide them directly to their clients. These Nominees will also inform SCS the number of emails to be sent to potential Settlement Class Members, if any.

13. In the twenty-three (23) years that SCS has been notifying potential class members of actions involving publicly traded securities, SCS has found that the vast majority of potential class members are reached through their Nominees, rather than directly.

14. SCS will also send the Depository Trust Company ("DTC") the Notice Packet for the DTC to publish on its Legal Notice System ("LENS"). LENS provides DTC participants, which are a wide variety of brokerage firms, financial institutions, trust companies, clearing corporations, and others interested in legal proceedings involving securities, the ability to search and download legal notices, as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. Thus, Nominees and investors also will be notified of the Settlement through publication on LENS.

15. Additionally, the Court-appointed administrator will create a website for posting downloadable copies of the Notice Packet, and other information about the Settlement. As provided in the Preliminary Approval Order, the administrator will also cause the proposed Summary Notice to be published once in a national business publication, such as *Investor's Business Daily*, and transmitted across the internet using a national business newswire, such as the *PR Newswire*.

Declaration of Paul Mulholland in Support of Unopposed Motion for Preliminary Approval
No. 3:22-cv-02090-JSC

16.    In response to the outreach efforts outlined above, which are the "commonly used methods" in securities class actions of this type, names and addresses of potential Settlement Class Members will be provided to SCS and "bulk requests" for Notice Packets will be made to SCS by Nominees which want to mail directly to their clients. SCS will promptly respond to all such requests in order to widely disseminate the Notice Packet in a timely manner. Based on past experiences, I am estimating approximately 80% (80,000) of Notice Packets will be mailed and 20% (20,000) will be emailed.

### E.    Additional Information regarding Embark Settlement Class Members

17.    Because the vast majority of class members in a securities class action like this are only known to the Nominees that held securities on behalf of class members, it is not possible to quantify the size of the proposed Settlement Class here with precision. However, through our experience in other securities settlements and within this industry, I am confident that the vast majority of class members here held through Nominees and that SCS has robust procedures for reaching those Nominees.

18.    The total outstanding shares of Embark Class A common stock after the business combination was approximately 363 million[2] of which approximately 225.26 million[3] are the estimated damaged shares as determined by Plaintiffs' damages consultant.

19.    I also reviewed the December 31, 2021 quarterly Form 13F filings[4] for Embark Class A common shares to identify the estimated number of Class A common shares held by institutions shortly after the business combination versus number of shares held by non-institutions (principally individuals who purchased through brokerage firms). At December 31, 2021 and as provided in Exhibit D hereto, 53.94% of Class A outstanding shares were owned by institutions.

---

[2] Source is Embark's Form 10-K for the year ending December 31, 2021.
[3] Source is the August 29, 2023 Declaration of Zachary Nye, Ph.D., Plaintiffs' damages consultant.
[4] This is the first quarterly reports of Form 13F filings for Embark's Class A common shares after the November 11, 2021 business combination and provides the institutional holders of Embark's Class A common shares at December 31, 2021. Form 13Fs' are filed with the Securities and Exchange Commission on a quarterly basis.

Declaration of Paul Mulholland in Support of Unopposed Motion for Preliminary Approval    6
No. 3:22-cv-02090-JSC

20.    Based on this and my experience, I estimate that the Settlement Class could contain approximately 100,000 class members.

### F.  The Estimated Cost to Provide Notice and Other Administration Costs

21.    The estimated cost including broker charges to provide notice to the Class is $116,903 ($106,903 excluding broker charges) as detailed in the summary below.  This assumes a Class size of 100,000 Settlement Class Members; a 24-page Notice Packet; 80,000 Notice Packets sent via first class mail; 20,000 emails notices sent; skip-tracing charges, publication in Investors' Business Daily and PR Newswire; processing and remailing undeliverable mailings; broker charges, website set-up and monitoring; and phone and email labor and phone charges for notice work.

### Summary of Costs to Provide Notice

| | |
|---|---|
| Long Notice -24 pages including postage for 80,000 Notice Packets | $82,400 |
| Broker/Nominees Mailing (includes postage) | $3,500 |
| Skip tracing charges | $1,152 |
| Publication Notice - Investors' Business Daily ($3k) and PR Newswire ($2.75k) | $5,700 |
| Processing and re-mailings of undeliverable mailings | $2,700 |
| Postage of undeliverable mailings | $1,701 |
| Broker charges | $10,000 |
| Set-up and monitoring of website | $5,750 |
| Estimated phone/email labor and phone charges - Notice Work | $4,000 |
| **Total Notice Work** | **$116,903** |

22.    In addition, the estimated fees for claims processing, project management and audit of claims is $171,750.  The remaining administration costs are estimated at $45,206 and includes costs for distribution charges; acknowledgment, deficiency and rejection notices; preparation of tax returns; phone and email charges for claims processing; copying and scanning; and other out-of- pocket expenses.

23.    The total administration costs including broker charges are estimated at $333,859 ($323,859 excluding broker charges) or approximately 13% of the Settlement Amount based on

Declaration of Paul Mulholland in Support of Unopposed Motion for Preliminary Approval    7
No. 3:22-cv-02090-JSC

the assumptions provided in this declaration.  SCS reduced its initial bid by $10,000 to account for the estimated cost savings (printing and postage) from sending an estimated 20,000 (versus 10,000 in the initial bid) notices to potential class members via email versus regular mail.  SCS has agreed to "cap" its fees at this amount and will work with Class Counsel to keep administration costs as low as possible.  The estimated administration costs of $333,859 are reasonable and consistent with similar securities class actions settlements I have administered over the past thirty (30) years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of August 2023, in Media, Pennsylvania.

Paul Mulholland

EXHIBIT A
SETTLEMENT COMPARISONS

| Case | BioAmber, Inc.<br>No. 2:17-cv-01531<br>U.S.D.C., E.D. of N.Y. | ALLEGIANT<br>No. 2:18-cv-01758<br>U.S.D.C. Dist. of Nevada | WESTPAC<br>NO.:3:20-CV-0017<br>U.S.D.C. Dist. of Oregon | RCI Holdings<br>No.:4:19-cv-01841-AHB<br>U.S.D.C., S.D. of Texas | AVERAGE |
|---|---|---|---|---|---|
| Total Settlement Fund | $2,250,000 | $4,000,000 | $3,100,000 | $2,200,000 | $2,887,500 |
| Class Period (C.P.) | 7/15/14 to 8/3/17 | 6/8/15 to 5/9/18 | 11/11/15 TO 11/19/19 | 2/13/16-7/18/19 | N/A |
| Final Approval Date | 5/20/2020 | 5/14/2020 | 4/20/2021 | 8/12/2022 | N/A |
| Class Size - # of Notices Sent | 13,545 | 49,007 | 118,279 | 14,400 | 48,808 |
| Avg. # of Shrs. Purchased per Class Member | 2,289 | 1,806 | 1,522 | 2,083 | 1,925 |
| Claims Filed | 2,612 | 16,813 | 32,406 | 3,515 | 13,837 |
| Claims Filing Ratio % | 19.28% | 34.31% | 27.40% | 24.41% | 26.35% |
| Method of Notice | Long notice , email and publication | Postcard notice , email and publication | Postcard notice , email and publication | Postcard notice , email and publication | N/A |
| Average Recovery per Claimant | $3,172.69 | $2,208.69 | $214.16 | $1,873.84 (est.) | $1,398.89 |
| Administration Costs | $135,630.88 | $199,945.93 | $300,847.00 | $95,216.86 | $182,910.17 |
| Amount Distributed of Cy Pres, if any | To be determined | N/A | $2,850.85 | To be determined | N/A |
| Attorneys' Fees and Expenses | $770,000.00 | $1,028,078.85 | $1,058,109.74 | $826,901.67 | $920,772.57 |
| Injunctive and Non-Monetary, If any | N/A | N/A | N/A | N/A | N/A |
| Estimaed Aggregate Damages if Plaintiffs had Prevailed in Every Claim | $35 million | $44.19 million | $15 to $21.6 million | $15.6 million | N/A |
| The Claims Being Released in Each Settlement | Violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder | Violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder | Violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder | Violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder | N/A |

**EXHIBIT B**
## CLAIMS RATE FOR ADDITIONAL SMALL SETTLEMENTS

| Case | United States District Court | Case Number | Gross Settlement | Claims Rate Rate % |
|---|---|---|---|---|
| New Oriental Education & Technology Group | Dist. of NJ | 2:16-cv-09279-KSH-CLW | $3,150,000 | 38.39% |
| Loop Industries, Inc, | S. D. of N.Y. | 7:20-cv-08538-NSR & 7:20-cv-09031-NSR | $3,100,000 | 15.38% |
| Apyx Medical Corpration | Middle D. of Fla (Tampa) | 8:19-cv-00919-SCB-AEP | $3,000,000 | 10.20% |
| Kanzhun Limited | Dist. of NJ | 2:21-cv-13543-KM-MAH | $2,250,000 | 38.23% |
| Kraton Corporation | S.D. of Texas | 4:18-cv-591-KMH | $1,500,000 | 46.03% |
| Recro Pharma. Inc. | E.D. of PA. | 2:18-cv-02279-MMB | $1,400,000 | 20.25% |
| Fusion Connect. Inc. | S. D. of N.Y. | 1:19-cv-05362-PGG | $800,000 | 32.77% |
| | | **AVERAGE** | **$2,171,429** | **28.75%** |

**EXHIBIT C**

## ANALYSIS OF PERCENTAGE OF VALID CLAIMANTS WITH AMOUNTS UNDER $10 FOR SMALL SETTLEMENTS

| Case | United States District Court | Case Number | Gross Settlement | % of Valid Claimants Amounts under $10 |
|------|------------------------------|-------------|------------------|----------------------------------------|
| New Oriental Education & Technology Group | Dist. of NJ | 2:16-cv-09279-KSH-CLW | $3,150,000 | 27.48% |
| Loop Industries, Inc, | S. D. of N.Y. | 7:20-cv-08538-NSR & 7:20-cv-09031-NSR | $3,100,000 | 10.23% |
| Westpac Banking Corporation | Dist. Of Oregon | 3:20-cv-00171-AC | $3,100,000 | 14.66% |
| Apyx Medical Corpration | Middle D. of Fla (Tampa) | 8:19-cv-00919-SCB-AEP | $3,000,000 | 0.00% |
| Bio-Amber, Inc. | E.D. of N.Y. | 2:17-cv-01531-JMA-ARL | $2,250,000 | 11.04% |
| Kanzhun Limited | Dist. of NJ | 2:21-cv-13543-KM-MAH | $2,250,000 | 13.76% |
| RCI Hospitality Holdings. Inc. | S.D. of Texas | 4:19-cv-01841-AHB | $2,200,000 | 22.48% |
| Kraton Corporation | S.D. of Texas | 4:18-cv-591-KMH | $1,500,000 | 31.67% |
| Recro Pharma. Inc. | E.D. of PA. | 2:18-cv-02279-MMB | $1,400,000 | 10.49% |
| Fusion Connect. Inc. | S. D. of N.Y. | 1:19-cv-05362-PGG | $800,000 | 10.92% |
| | | **AVERAGE** | **$2,275,000** | **15.27%** |

EXHIBIT D

# EMBARK TECHNOLOGY, INC.
## Form 13-F Institutional Holdings at december 31, 2021

| Institution Name | # of Shares |
|---|---:|
| Bank Of New York Mellon Corporation | 89,300 |
| Northern Trust Corporation | 349,820 |
| Royal Bank of Canada | 4,500 |
| U.S. Bancorp\DE\ | 5,100 |
| Wells Fargo & Company | 1,220 |
| Advisor Group Holdings, Inc. | 8,020 |
| Alyeska Investment Group, L.p. | 247,900 |
| Balyasny Asset Management LLC | 25,440 |
| Blackrock Inc. | 2,600,680 |
| Burleson & Company, LLC | 40 |
| CVA Family Office, LLC | 360 |
| Canada Pension Plan Investment Board | 2,000,000 |
| Charles Schwab Investment Management, Inc. | 967,220 |
| Citadel Advisors Llc | 121,620 |
| Comprehensive Financial Management, LLC | 1,707,840 |
| Concord Wealth Partners | 200 |
| Cubist Systematic Strategies, LLC | 121,400 |
| Data Collective IV GP, LLC | 63,720,160 |
| Davenport & Co Llc | 10,000 |
| DnB Asset Management AS | 77,660 |
| ExodusPoint Capital Management, LP | 196,020 |
| Exos Asset Management, LLC | 19,320 |
| Franklin Resources, Inc. | 12,508,580 |
| Geode Capital Management, LLC | 1,873,960 |
| Goldman Sachs Group Inc | 15,980 |
| Harrison (K.J.) & Partners, Inc. | 269,380 |
| IFS Advisors, LLC | 1,020 |
| Kepos Capital Lp | 131,700 |
| Lmdagg, L.L.C. | 3,850,760 |
| MIC Capital Management UK LLP | 1,000,000 |
| MIRABELLA FINANCIAL SERVICES LLP | 29,360 |
| Magnetar Financial LLC | 128,160 |
| Maven Ventures Partners II LLC | 20,684,420 |
| Morgan Stanley | 12,100 |
| National Bank of Canada/FI | 10,420 |
| Palantir Technologies Inc. | 1,800,000 |
| Penserra Capital Management LLC | 9,100 |
| Point72 Asset Management, L.P. | 274,840 |
| Qube Research & Technologies Ltd | 218,840 |
| Salem Investment Counselors, Inc. | 100 |
| Sargent Bickham Lagudis, LLC | 500 |
| Sc Us (ttgp), Ltd. | 53,144,140 |
| State Street Corporation | 625,200 |
| Tiger Global Management, LLC | 23,293,320 |
| Tuttle Capital Management, LLC | 15,140 |
| Vanguard Group Inc | 2,709,020 |
| Vestcor Inc | 375,500 |
| Victory Capital Management Inc. | 48,400 |
| Virtu Financial LLC | 10,840 |
| Wellington Management Group, LLP | 390,160 |
| Wolverine Asset Management, LLC | 1,160 |
| **Shares hold by institutions** | **195,705,920** |
| **Total share outstanding at Decmber 31, 2021 - Source Form 10k** | **362,832,986** |
| **Percentage of Shares Owned by Institutions** | **53.94%** |