POMERANTZ LLP
Brenda Szydlo (*pro hac vice*)
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and*
*the proposed Classes*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | Case No.: 3:22-CV-02090-JSC<br><br>DECLARATION OF BRENDA SZYDLO<br><br>CLASS ACTION<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>Courtroom: 8 - 19th Floor |

1

I, Brenda Szydlo, hereby declare as follows:

1.    I am a Partner with Pomerantz LLP, counsel to Lead Plaintiff Tyler Hardy and Plaintiff Danny Rochefort ("Plaintiffs"), and have personal knowledge of the facts set forth herein. I make this Declaration in response to this Court's Order entered September 19, 2023 (Dkt. No. 85) and in further support of Plaintiffs' motion for preliminary approval of settlement in the above-captioned action.

2.    Attached hereto are true and correct copies of the following:

Exhibit 1: September 20, 2023 revised Notice; and

Exhibit 2: Redline comparison of the August 30, 2023 revised Notice (Dkt. No. 82-3) to the September 20, 2023 revised Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 20, 2023.

*/s/ Brenda Szydlo*
Brenda Szydlo

**PROOF OF SERVICE**

I hereby certify that on September 20, 2023, that notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_/s/ Brenda Szydlo_
Brenda Szydlo

3