SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
JORDAN C. BRADFORD-SHIVERS
(SBN 327461)
jordan.bradford-shivers@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

MADEEHA DEAN (SBN 340563)
madeeha.dean@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

JEREMY T. ADLER (*admitted pro hac vice*)
jeremy.adler@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6417
Facsimile: (212) 230-8888

*Attorneys for Defendants Embark Technology, Inc.,
Ian Robertson, Ken Manget, Alex Rodrigues,
Richard Hawwa, Paul Dalglish, Christopher Jarratt,
Robert Schaefer and Brad Sparkes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>                    Defendants. | Case No. 3:22-cv-02090-JSC<br><br>**DECLARATION OF KEVIN P. MUCK IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Place:   Courtroom 8, 19th Floor<br>Judge:  The Honorable Jacqueline Scott Corley |

DECL. OF KEVIN P. MUCK                                                    No. 3:22-cv-02090-JSC

I, Kevin P. Muck, declare as follows:

1. I am an attorney admitted to practice before this Court, a member of the California State Bar, partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for defendants Embark Technology, Inc. ("Embark" or the "Company"), Ian Robertson, Ken Manget, Alex Rodrigues, Richard Hawwa, Christopher Jarratt, Paul Dalglish, Robert Schaefer, and Brad Sparkes (collectively, "Defendants") in the above-captioned matter. I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently to those matters.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Plaintiff Tyler Hardy and Danny Rochefort's (collectively, "Plaintiffs") Administrative Motion to File Under Seal (ECF No. 86) the side agreement referenced in the Amended Stipulation and Agreement of Settlement (ECF No. 82-1 at ¶ 59) (hereinafter, "Amended Stipulation").

3. Plaintiffs' Administrative Motion to File Under Seal was made in response to this Court's Order Requesting Additional Information re: Plaintiffs' Motion for Preliminary Approval filed September 19, 2023 (ECF No. 85).

4. I have carefully considered the relevant legal standards and policy considerations outlined in Civil Local Rule 79-5. I make this request with good faith belief that the side agreement sought to be sealed consists of confidential information regarding certain conditions under which the Amended Stipulation may be withdrawn or terminated, and consistent with the terms of the Stipulation of Settlement ("Stipulation") executed by the parties. As set forth in the Stipulation, the parties determined that it was important for the terms of the side agreement to remain confidential to, among other things, avoid encouraging or inducing actions in opposition to the proposed class action settlement by serial objectors or their counsel. The information sought to be sealed is narrowly tailored and limited to such confidential terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 25, 2023 at San Francisco, California.

_/s/ Kevin P. Muck_
Kevin P. Muck
