# EXHIBIT B

**EXHIBIT B**

REQUEST FOR NAMES, EMAILS AND ADDRESSES OF SETTLEMENT CLASS MEMBERS
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA  19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net   FAX: (610) 565-7985

October 5, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO (I) PURCHASED OR OTHERWISE ACQUIRED EMBARK COMMON STOCK PURSUANT OR TRACEABLE TO THE JULY 2, 2021 REGISTRATION STATEMENT, INCLUDING ALL AMENDMENTS THERETO, ISSUED IN CONNECTION WITH THE BUSINESS COMBINATION BETWEEN NORTHERN GENESIS AND PRIVATELY HELD EMBARK TRUCKS INC. ("LEGACY EMBARK") COMPLETED ON OR ABOUT NOVEMBER 10, 2021 (THE "BUSINESS COMBINATION") AND WERE DAMAGED; AND/OR (II) BENEFICIALLY OWNED AND/OR HELD NORTHERN GENESIS COMMON STOCK AS OF OCTOBER 6, 2021, THE RECORD DATE, AND WERE ELIGIBLE TO VOTE AT NORTHERN GENESIS' NOVEMBER 9, 2021 SPECIAL MEETING WITH RESPECT TO THE BUSINESS COMBINATION, AND WERE DAMAGED.

Excluded from the Settlement Class are (i) Defendants and the Individual Defendants' family members; (ii) directors and officers of Embark and Northern Genesis and their families; and (iii) any entity in which the Defendants have or had a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Embark Securities Litigation*<br>No: 3:22-cv-02090-JSC<br>Claim Filing Deadline: December 22, 2023<br>Exclusion Deadline: December 22, 2023<br>Objection Deadline: December 22, 2023<br>Settlement Hearing: February 8, 2024 | Cusip Number for Northern Genesis: 66516U200<br>Ticker Symbol for Northern Genesis: NGAB<br>Cusip Number for Embark: 29079J103<br>Ticker Symbol for Embark: EMBK |

PER COURT ORDER, PLEASE RESPOND WITHIN 7 CALENDAR DAYS FROM THE DATE OF THIS NOTICE

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. Supply us with email addresses, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice Packet") or mailing of the Notice Packet. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample Notice Packets to do the mailing. After the receipt of the Notice Packets, you have seven (7) calendar days to mail them; or
4. Request a copy of the link to the Notice Packet in electronic format and advise us that you will be emailing to your beneficial purchases/owners, you have seven (7) calendar days to send them.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per Notice Packet link emailed** OR
- **$0.05 per name and address or email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current pre-sort rate used by the Settlement Administrator** if you are requesting Notice Packets and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice Packet and important documents are available on our website www.strategicclaims.net/embark/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Settlement Administrator
Embark Securities Litigation