# EXHIBIT C

**EXHIBIT C**

## AFFIDAVIT

**STATE OF NEW JERSEY**                     )
                                            ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

OCT-16-2023;

ADVERTISER: Embark Technology, Inc;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
 17   day of   October        2023

Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
07/18/2028
STATE OF NEW JERSEY

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF OCTOBER 16, 2023     **A11**

---

**BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)**

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc CL A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |

| | |
|---|---|
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds.

Nov    Feb    May 2023    Aug

**GROWTH ETF (IUSG) VS VALUE ETF (IUSV)**

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc CL A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |

| | |
|---|---|
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds.

Nov    Feb    May 2023    Aug

---

## Top Growth Funds
### Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating | $ Net Assets |
|---|---|---|---|
| Kinetics:Paradigm | +16 | A+ | 387.90 mil |
| Kinetics:SC Oppty | +11 | A+ | 234.80 mil |
| AQR:Div Strat | +5 | A+ | 335.80 mil |
| Merger Fund | +3 | C+ | 575.60 mil |
| Gotham Index Plus | +2 | A+ | 468.70 mil |
| White Oak Select Growth | +2 | B+ | 362.40 mil |
| Driehaus:Event Driven Fd | +2 | B- | 214.30 mil |
| Vanguard PRIMECAP | +2 | A | 63.084 bil |
| Fidelity Contrafund | +2 | B+ | 101.086 bil |
| Ave Maria Value | +2 | A+ | 381.70 mil |
| Vanguard Cap | +1 | A | 18.692 bil |
| First Trust Mrgr Arbtr | +1 | B+ | 2.083 bil |
| BlackRock:Tct Opp | +1 | A+ | 972.80 mil |
| AQR:Div Arbitrage | +1 | A- | 1.19 bil |
| Fidelity Adv New Ins | +1 | B+ | 7.59 bil |
| Davenport Core Fund | +1 | A+ | 810.40 mil |
| Fidelity SAI US Qual Idx | +1 | A | 13.184 bil |
| Federated Hrms Kau LC | +1 | D+ | 1.002 bil |
| Frost Gro Eqty | +1 | B+ | 258.70 mil |
| MFS Growth | +1 | B- | 11.762 bil |
| Fidelity Sel Comm Serv | +1 | B+ | 1.036 bil |
| Columbia:Mlt Str Alt | +1 | C- | 695.60 mil |
| Fidelity Fund | +1 | A- | 6.238 bil |
| T Rowe Price LC Gro | +1 | B | 17.702 bil |
| TRowePrice US LgCp Core | +1 | A | 1.655 bil |

## Top Growth Funds
### Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating | $ Net Assets 3 years |
|---|---|---|---|
| Kinetics:SC Oppty | -11 | A+ | 234.80 mil |
| Kinetics:Paradigm | -12 | A+ | 387.90 mil |
| Third Avenue:Value | +7 | A+ | 700.60 mil |
| ProFunds:Semiconduct | +111 | A+ | 127.20 mil |
| Hotchkis:Sm Cap Val | +5 | A+ | 673.00 mil |
| Oberweis:Micro-Cap | +5 | A+ | 230.10 mil |
| Avantis US SCV | +5 | A+ | 426.80 mil |
| Hennessy:Crnst MdCp | +17 | A+ | 312.90 mil |
| Undsc Mgr:Beh Val | -3 | A+ | 2.464 bil |
| Victory:Integrity SCV | +3 | A+ | 790.60 mil |
| FMI:Common Stock | +11 | A+ | 531.50 mil |
| Victory:RS Partners | -3 | A+ | 238.60 mil |
| Oberweis:Sm-Cap Opp | +7 | A+ | 251.30 mil |
| Third Avenue:SC Val | +10 | A+ | 172.50 mil |
| Fidelity Value Strat | +5 | A+ | 586.20 mil |
| Victory:Integ SMCV | +2 | A+ | 223.50 mil |
| Fidelity Value Fund | +3 | A+ | 7.282 bil |
| Fidelity Adv Val | +3 | A+ | 152.20 mil |
| Hennessy:Crnst Gro | +9 | A+ | 151.00 mil |
| AMG RR Mid Cap Val | +9 | A+ | 242.10 mil |
| Ave Maria Value | +1 | A+ | 381.70 mil |
| Principal:SCV II | +3 | A+ | 181.20 mil |
| DWS Sm Cp Core | +2 | A+ | 126.40 mil |
| Fidelity Sm Cap Val | +3 | A+ | 2.587 bil |
| Columbia:SmCp Val I | +3 | A+ | 527.90 mil |

---

**U.S. Stock Fund Cash Position    High (11/00) 6.2%    Low (12/21) 1.5%**

| | | | | | |
|---|---|---|---|---|---|
| 22-Mar | 2.00% | 22-Sep | 2.50% | 23-Mar | 2.17% |
| 22-Apr | 2.10% | 22-Oct | 2.50% | 23-Apr | 2.22% |
| 22-May | 2.20% | 22-Nov | 2.50% | 23-May | 2.05% |
| 22-Jun | 2.20% | 22-Dec | 2.40% | 23-Jun | 1.98% |
| 22-Jul | 2.40% | 23-Jan | 2.30% | 23-Jul | 1.83% |
| 22-Aug | 2.50% | 23-Feb | 2.26% | 23-Aug | 1.79% |

---

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,

Defendants.

No. 3:22-cv-02090-JSC

CLASS ACTION

Hon. Jacqueline Scott Corley

**SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

To: All persons (i) who purchased or otherwise acquired Embark Technologies, Inc. ("Embark" or the "Company") common stock pursuant or traceable to the July 2, 2021 registration statement, including all amendments thereto, issued in connection with the November 2021 business combination between Northern Genesis Acquisition Corp. II ("Northern Genesis") and Embark Trucks Inc. (the "November 2021 Business Combination") and were damaged; and/or (ii) beneficially owned and/or held Northern Genesis common stock as of October 6, 2021, the record date, and were eligible to vote at Northern Genesis' November 9, 2021 special meeting with respect to the November 2021 Business Combination, and were damaged.

A hearing will be held on February 8, 2024 at 9:00 a.m. before the Honorable Jacqueline Scott Corley via Zoom video to determine: (1) whether the proposed Settlement for $2.5 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the settlement proceeds is fair and reasonable; (3) whether the application for an award of attorneys' fees of up to $835,000 (33.4% of the Settlement) and reimbursement of expenses of up to $140,000 and a payment of no more than $2,500 to each of the two Class Representatives for their reasonable costs and expenses should be approved; and (4) whether the Action should be dismissed with prejudice against the Defendants, as set forth in the Amended Stipulation and Agreement of Settlement (the "Amended Stipulation") filed with the Court. To join the public hearing, visit the Court's website at https://www.cand.uscourts.gov/judges/corley-jacqueline-scott-jsc/ and follow the instructions.

If you have not received the detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release Form ("Proof of Claim") you may obtain them at www.strategicclaims.net/embark/ or by contacting the Settlement Administrator at Embark Securities Litigation, Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, Tel: (866) 274-4004, Fax (610) 565-7985.

If you purchased or otherwise acquired Embark common stock pursuant or traceable to the July 2, 2021 registration statement, including all amendments thereto, issued in connection with the November 2021 Business Combination and were damaged, **your rights may be affected by this Settlement.** If you beneficially owned and/or held Northern Genesis common stock as of October 6, 2021, the record date, and were eligible to vote at Northern Genesis' November 9, 2021 special meeting with respect to the November 2021 Business Combination, and were damaged, **your rights may be affected by this Settlement.** As further described in the Notice, you will be bound by any Judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class, in the manner set forth in the Notice, no later than December 22, 2023.

If you wish to remain a member of the Settlement Class and wish to share in the Settlement proceeds, you must submit a Proof of Claim postmarked no later than December 22, 2023 to the Settlement Administrator or online at www.strategicclaims.net/embark/ by 11:59 p.m. EST on December 22, 2023 establishing that you are entitled to recovery. Any objections to the Settlement, Plan of Allocation, application for attorneys' fees and expenses, and/or an award of reasonable costs and expenses for the two Class Representatives must be made in writing and provided to the Court, in the manner set forth in the Notice, no later than December 22, 2023.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** Inquiries, other than requests for the Notice and Proof of Claim, may be made to Class Counsel at the address below.

Brenda Szydlo
POMERANTZ LLP
600 Third Avenue, 20th Fl.
New York, NY 10016
Telephone: (212) 661-1100

Dated: September 26, 2023

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES POSTAL SERVICE®

**Statement of Ownership, Management, and Circulation (All Periodicals Publications Except Requester Publications)**

1. Publication Title: Investor's Business Daily
2. Publication Number: 1 0 6 1 _ 2 8 9 0
3. Filing Date: 10/02/2023
4. Issue Frequency: Weekly - Monday
5. Number of Issues Published Annually: 52
6. Annual Subscription Price: $349.00
7. Complete Mailing Address of Known Office of Publication (Not printer) (Street, city, county, state, and ZIP+48): 1211 Avenue Of The Americas, New York, NY 10036
   Contact Person: Adam King
   Telephone (Include area code): (972) 896-2015
8. Complete Mailing Address of Headquarters or General Business Office of Publisher (Not printer): 1211 Avenue Of The Americas, New York, NY 10036
9. Full Names and Complete Mailing Addresses of Publisher, Editor, and Managing Editor (Do not leave blank)
   Publisher (Name and complete mailing address): Dan Shar, President, 1211 Avenue Of The Americas, New York, NY 10036
   Editor (Name and complete mailing address): Chris Gessel, 5800 Wilshire, Los Angeles, CA 90036
   Managing Editor (Name and complete mailing address): Susan Warfel, 5900 Wilshire, Los Angeles, CA 90036
10. Owner (Do not leave blank. If the publication is owned by a corporation, give the name and address of the corporation immediately followed by the names and addresses of all stockholders owning or holding 1 percent or more of the total amount of stock. If not owned by a corporation, give the names and addresses of the individual owners. If owned by a partnership or other unincorporated firm, give its name and address as well as those of each individual owner. If the publication is published by a nonprofit organization, give its name and address.)

| Full Name | Complete Mailing Address |
|---|---|
| News Corp | 1211 Avenue Of The Americas, New York, NY 10036 |

11. Known Bondholders, Mortgagees, and Other Security Holders Owning or Holding 1 Percent or More of Total Amount of Bonds, Mortgages, or Other Securities. If none, check box ☑ None

| Full Name | Complete Mailing Address |
|---|---|
| | |

12. Tax Status (For completion by nonprofit organizations authorized to mail at nonprofit rates) (Check one)
The purpose, function, and nonprofit status of this organization and the exempt status for federal income tax purposes:
☑ Has Not Changed During Preceding 12 Months
☐ Has Changed During Preceding 12 Months (Publisher must submit explanation of change with this statement)

13. Publication Title: Investor's Business Daily
14. Issue Date for Circulation Data Below: 08/28/2023

15. Extent and Nature of Circulation

| | | Average No. Copies Each Issue During Preceding 12 Months | No. Copies of Single Issue Published Nearest to Filing Date |
|---|---|---|---|
| a. Total Number of Copies (Net press run) | | 7556 | 7172 |
| b. Paid Circulation (By Mail and Outside the Mail) | (1) Mailed Outside-County Paid Subscriptions Stated on PS Form 3541 (Include paid distribution above nominal rate, advertiser's proof copies, and exchange copies) | | |
| | (2) Mailed In-County Paid Subscriptions Stated on PS Form 3541 (Include paid distribution above nominal rate, advertiser's proof copies, and exchange copies) | | |
| | (3) Paid Distribution Outside the Mails Including Sales Through Dealers and Carriers, Street Vendors, Counter Sales, and Other Paid Distribution Outside USPS® | 17497 | 16453 |
| | (4) Paid Distribution by Other Classes of Mail Through the USPS | | |
| c. Total Paid Distribution (Sum of 15b (1), (2), (3), and (4)) | | 25053 | 23625 |
| d. Free or Nominal Rate Distribution (By Mail and Outside the Mail) | (1) Free or Nominal Rate Outside-County Copies Included on PS Form 3541 | 7 | 8 |
| | (2) Free or Nominal Rate In-County Copies Included on PS Form 3541 | | |
| | (3) Free or Nominal Rate Copies Mailed at Other Classes Through the USPS (e.g., First-Class Mail) | | |
| | (4) Free or Nominal Rate Distribution Outside the Mail (Carriers or other means) | 45 | 46 |
| e. Total Free or Nominal Rate Distribution (Sum of 15d (1), (2), (3) and (4)) | | 48 | 38 |
| f. Total Distribution (Sum of 15c and 15e) | | 25089 | 23671 |
| g. Copies not Distributed (See Instructions to Publishers #4 (page #3)) | | 13322 | 12849 |
| h. Total (Sum of 15f and g) | | 38420 | 36519 |
| i. Percent Paid (15c divided by 15f times 100) | | 99.82% | 99.80% |

16. Electronic Copy Circulation

| | Average No. Copies Each Issue During Preceding 12 Months | No. Copies of Single Issue Published Nearest to Filing Date |
|---|---|---|
| a. Paid Electronic Copies | 46010 | 63519 |
| b. Total Paid Print Copies (Line 15c) + Paid Electronic Copies (Line 16a) | 71063 | 63519 |
| c. Total Print Distribution (Line 15f) + Paid Electronic Copies (Line 16a) | 71108 | 87190 |
| d. Percent Paid (Both Print & Electronic Copies) (16b divided by 16c x 100) | 99.94% | 99.95% |

☑ I certify that 50% of all my distributed copies (electronic and print) are paid above a nominal price.

17. Publication of Statement of Ownership
☑ If the publication is a general publication, publication of this statement is required. Will be printed in the 10/16/23 issue of this publication.
☐ Publication not required.

18. Signature and Title of Editor, Publisher, Business Manager, or Owner: Adam King     Date: 10/01/2023

I certify that all information furnished on this form is true and complete. I understand that anyone who furnishes false or misleading information on this form or who omits material or information requested on the form may be subject to criminal sanctions (including fines and imprisonment) and/or civil sanctions (including civil penalties).

---

©2023 Investor's Business Daily, LLC. All rights reserved.

                                                 **Josephine Bravata <jbravata@strategicclaims.net>**

# PR Newswire: Press Release Distribution Confirmation for Pomerantz LLP. ID#3984427-1-1

1 message

**phhubs@prnewswire.com** <phhubs@prnewswire.com>                    Mon, Oct 16, 2023 at 9:00 AM
To: jbravata@strategicclaims.net

Hello

Your press release was successfully distributed at: 16-Oct-2023 09:00:00 AM ET

Release headline: Pomerantz LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Northern Genesis Acquisition Corp. II and Embark Technology, Inc. Common Stock
Word Count: 712
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 3984427-1-1

View your release:* https://www.prnewswire.com/news-releases/pomerantz-llp-announces-proposed-class-action-settlement-on-behalf-of-purchasers-of-northern-genesis-acquisition-corp-ii-and-embark-technology-inc-common-stock-301945995.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.cision.com/us/resources/tip-sheets/easy-pr-sharing-guide/?sf=false

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a f ew minutes.