# EXHIBIT A

*Hardy v. Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II, et al.*,

No. 3:22-cv-02090 (N.D. Cal)

## TIME REPORT

Firm Name: Pomerantz LLP

Reporting Period: Inception to October 6, 2023

| NAME | POSITION | CURRENT HOURLY RATE | CUMULATIVE HOURS TO DATE | CUMULATIVE LODESTAR TO DATE |
|---|---|---|---|---|
| Brenda Szydlo | Partner | $900 | 1,218.10 | $1,096,290.00 |
| Dean Ferrogari | Associate | $450 | 549.85 | $247,432.50 |
| Thomas Pryzyblowski | Associate | $550 | 11.70 | $6,435.00 |
| Simon Hall | Paralegal | $360 | 26.20 | $9,432.00 |
| **TOTAL:** | - | - | **1,805.85** | **$1,359,589.50** |