# EXHIBIT B

*Hardy v. Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II, et al.*, No. 3:22-cv-02090 (N.D. Cal)

## TIME REPORT BY CATEGORY

**FIRM NAME:** Pomerantz LLP

**REPORTING PERIOD:** Inception to October 6, 2023

**CATEGORIES BY HOUR:**

(1) Lead Plaintiff Motion          (4) Settlement

(2) Pleadings and Investigations   (5) Other

(3) Motion to Dismiss

| Name | Position | (1) | (2) | (3) | (4) | (5) | Hourly Rate | Cumulative Hours | Cumulative Lodestar |
|---|---|---|---|---|---|---|---|---|---|
| Brenda Szydlo | Partner | - | 350.50 | 382.50 | 484.10 | 1.00 | $900 | 1,218.10 | $1,096,290.00 |
| Dean Ferrogari | Associate | - | 32.55 | 204.60 | 310.60 | 2.10 | $450 | 549.85 | $247,432.50 |
| Thomas Pryzyblowski | Associate | 2.60 | 9.10 | - | - | - | $550 | 11.70 | $6,435.00 |
| Simon Hall | Paralegal | - | - | - | 26.20 | - | $360 | 26.20 | $9,432.00 |
| TOTAL: | - | 2.60 | 392.15 | 587.10 | 820.90 | 3.10 | - | 1,805.85 | $1,359,589.50 |