# EXHIBIT C

*Hardy v. Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II, et al.*, No. 3:22-cv-02090 (N.D. Cal)

## LAW FIRM BILLING RATES

| Plaintiffs' Firm Name | Case Name | Citations | Attorneys' Fee Range |
|---|---|---|---|
| Pomerantz LLP | *Hardy v. Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II, et al.*, No. 3:22-cv-02090-JSC | (N.D. Cal. Apr. 1, 2022) | Associate: $450 - $500<br>Partner: $900 |
| Bernstein Litowitz Berger & Grossman LLP | *City of Sunrise Firefighters' Pension Fund v. Oracle Corp., et al.*, No. 5:18-cv-04844-BLF | (N.D. Cal Dec. 8, 2022) (ECF No. 141-4) | Associate: $425 - $575<br>Partner: $850 - $1,100 |
| Bernstein Litowitz Berger & Grossman LLP | *Lord Abbett Affiliated Fund, Inc., et al. v. Navient Corp., et al.*, No. 1:16-cv-00112-MN | (D. Del. Feb. 10, 2022) (ECF No. 347-5) | Associate: $425 - $700<br>Partner: $900 - $1300 |
| Bernstein Litowitz Berger & Grossman LLP | *Felix v. Symantec Corporation, et al.*, No. 3:18-cv-02902-WHA | (N.D. Cal. Dec. 30, 2021) (ECF No. 415-3) | Associate: $425 - $575<br>Partner: $875 - $1,300 |
| Cohen Milstein Sellers & Toll, PLLC | *Mustafin v. GreenSky, Inc., et al.*, No. 1:18-cv-11071-AKH | (S.D.N.Y. Sep. 14, 2021) (ECF No. 195) | Associate: $495 - $585<br>Partner: $740 - $1,125 |
| Cohen Milstein Sellers & Toll, PLLC | *In re Flint Water Cases*, No. 5:16-cv-10444-JEL-MKM | (E.D. Mich. Mar. 8, 2021) (ECF No. 1458-2) | Associate: $530 - $585<br>Partner: $645 - $1,125 |
| Hagens Berman Sobol Shapiro LLP | *In Re Vaxart, Inc. Sec. Litig.*, No. 3:20-cv-05949-VC | (N.D. Cal. Dec. 8, 2022) (ECF No. 256-2) | Associate: $500 - $550<br>Partner: $675 - $1,200 |
| Labaton Sucharow LLP | *In re Nielsen Holdings PLC Sec. Litig.*, No. 1:18-cv-07143-JMF | (S.D.N.Y. June 15, 2022) (ECF No. 146-5) | Associate: $425 - 675<br>Partner: $875 - $1,300 |
| Labaton Sucharow LLP | *In re Resideo Techs., Inc. Sec. Litig.*, No. 0:19-cv-02863-WMW-BRT | (D. Minn. Dec. 22, 2021) (ECF No. 144-5) | Associate: $400 - $525<br>Partner: $800 - $1,150 |
| Levi & Korsinsky LLP | *In re Restoration Robotics, Inc. Sec. Litig.*, No. 5:18-cv-03712-EJD | (N.D. Cal. July 29, 2021) (ECF No. 117) | Non-Partner: $425 - $850<br>Partner: $1000 - $1,050 |
| Scott+Scott, LLP | *Mo-Kan Iron Workers Pension Fund v. Teligent, Inc., et al.*, No. 1:19-cv-03354-VM | (S.D.N.Y. Oct. 7, 2021) (ECF No. 91) | Associate: $475 - $695<br>Partner: $995 - $1,295 |

| Defense Firm Name | Case Name | Citations | Attorneys' Fee Range |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | *In re GTT Comm'ns, Inc., et al., Debtors*, No. 1:21-bk-11880-MEW | (Bankr. S.D.N.Y. Nov. 29, 2021) (ECF No. 133) | Associate: $605 - $ 1,130<br>Partner: $1,125-$1,995 |
| Arnold & Porter Kaye Scholer LLP | *In re BDC Inc., et al., Debtors*, No. 1:20-bk-10010 (CSS) | (Bankr. D. Del. Feb. 22, 2021) (ECF No. 1423) | Associate: $520 - $910<br>Partner: $910 - $1,240 |
| Boies, Schiller Flexner LLP | *In re Marshall Broadcasting Grp., Inc., Debtor*, No. 4:19-bk-36743 (DRJ) | (Bankr. S.D. Tex. Mar. 8, 2021) (ECF No. 443) | Associate: $850 - $890<br>Partner: $1,050 - $1,080 |
| Gibson, Dunn & Crutcher LLP | *In re Sequential Brands Grp., Inc., et al., Debtors*, No. 1:21-bk-11194 (JTD) | (Bankr. D. Del. Sep. 15, 2021) (ECF No. 95) | Associate: $610 - $1,060<br>Partner: $1,095 - $1,645 |
| Jones Day | *In re LTL Mgmt. LLC, Debtor*, No. 3:21-bk-30589 (JCW) | (Bankr. W.D.N.C. Nov. 15, 2021) (ECF No. 404) | Associate: $575 - $975<br>Partner: $1,000 - $1,450 |
| Kirkland & Ellis, LLP | *In re: Celsius Network LLC*, No. 1:22-bk-10964 | (Bankr. S.D.N.Y. Aug. 4, 2022) (ECF No. 360) | Associate: $650 - $1,245<br>Partner: $1,135 - $1,995 |
| Kirkland & Ellis, LLP | *In re Seadrill New Finance Ltd., et al., Reorganized Debtors*, No. 4:22-bk-90001 (DRJ) | (Bankr. S.D. Tex. Feb. 11, 2022) (ECF No. 96) | Non-Partner: $660 - $1,245<br>Partner: $1,195 - $1,995 |
| Mayer Brown LLP | *In re Greensill Cap. Inc., Debtor*, No. 1:21-bk-10561 (MEW) | (Bankr. S.D.N.Y. Sep. 14, 2021) (ECF No. 262) | Associate: $505 - $870<br>Partner: $865 - $1,425 |
| McDermott Will & Emery LLP | *In re: Voyager Digital Holdings, Inc.*, No. 1:22-bk-10943 | (Bankr. S.D.N.Y. Aug. 22, 2022) (ECF No. 317) | Associate: $545 - $ 1,190<br>Partner: $875 - $1,510 |
| Milbank LLP | *In re: Kfir Gavrieli, Debtor*, No. 2:21-bk-10826-BB | (Bankr. C.D. Cal. Oct. 25, 2021) (ECF No. 517) | Non-Partner: $1,050-$1,090<br>Partner: $1,695 |
| O'Melveny & Myers LLP | *In re: FHC Holdings Corp., et al., Debtors*, No. 1:20-bk-13076-BLS | (Bankr. D. Del. June 1, 2021) (ECF No. 792) | Associate: $705 - $940<br>Partner: $1,100 - $1,400 |
| Proskauer Rose LLP | *In re Alpha Media Holdings LLC, et al., Debtors*, No. 3:21-bk-30209 (KRH) | (Bankr. E.D. Va. Mar. 3, 2021) (ECF No. 197) | Associate: $730 - $1,195<br>Partner: $1,225 - $1,795 |
| Quinn Emanuel Urquhart & Sullivan, LLP | *In re J.C. Penney Co., Inc., et al., Debtors*, No. 2:20-bk-20182 (DRJ) | (Bankr. S.D. Tex. Jan. 8, 2021) (ECF No. 2313) | Non-Partner: $750 - $1,100<br>Partner: $1,200 - $1,325 |
| Ropes & Gray LLP | *In re Vewd Software USA, LLC, et al., Debtors*, No. 1:21-bk-12065 (MEW) | (Bankr. S.D.N.Y. Jan. 10, 2022) (ECF No. 62) | Associate: $700 - $1,270<br>Partner: $1,400 - $2,100 |