# EXHIBIT D

*Hardy v. Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II, et al.*,

**No. 3:22-cv-02090 (N.D. Cal)**

**POMERANTZ LLP'S EXPENSES**

| Category | Amount |
|---|---|
| Clerk Filing Fees | $ 1,353.00 |
| Computer Legal Research Fees | $ 7,083.25 |
| Expert Fees | $ 89,556.25 |
| Investigator Fees | $ 6,631.75 |
| Overtime-Clerical Fees | $ 440.73 |
| Photocopy Charges | $ 168.44 |
| Photocopy Charges In-House | $ 369.65 |
| Postage and Overnight Mail | $ 743.95 |
| Press Releases and Newswires | $ 3,902.00 |
| Process Server | $ 4,515.00 |
| Travel and Lodging | $ 5,423.59 |
| Travel-Local | $ 269.16 |
| **TOTAL EXPENSES** | **$ 120,456.77** |