# EXHIBIT E

| Select Ninth Circuit Cases with 33% or Above Fee Awards | | |
|---|---|---|
| **Case** | **Settlement Amount** | **Fee Award** |
| *Perez v. Rash Curtis & Assocs.*, No. 16-cv-03396, 2020 WL 1904533, at *15 (N.D. Cal. Apr. 17, 2020) | $267,349,000 | 33⅓% |
| *In re Apollo Grp. Inc. Sec. Litig.*, No. 04-cv-02147, 2012 WL 1378677, at *7 (D. Ariz. Apr. 20, 2012) | $145,000,000 | 33.33% |
| *In re Lidoderm Antitrust Litig.*, No. 14-md-02521, 2018 WL 4620695, at *4 (N.D. Cal. Sept. 20, 2018) | $104,750,000 | 33⅓% |
| *Meijer, Inc. v. Abbott Labs.*, No. 07-cv-05985, 2011 WL 13392313, at *2 (N.D. Cal. Aug. 11, 2011) | $52,000,000 | 33.33% |
| *Beaver v. Tarsadia Hotels*, No. 11-cv-01842, 2017 WL 4310707, at *12 (S.D. Cal. Sept. 28, 2017) | $51,150,000 | 33⅓% |
| *Hageman v. AT&T Mobility LLC*, No. 13-cv-00050, 2015 WL 9855925, at *4 (D. Mon. Feb. 11, 2015) | $45,000,000 | 33⅓% |
| *Carlin v. DairyAmerica, Inc.*, 380 F. Supp. 3d 998, 1023 (E.D. Cal. 2019) | $40,000,000 | 33.30% |
| *Thomas & Thomas Rodmakers Inc. v. Newport Adhesives and Composites, Inc.*, No. 99-cv-07796, ECF No. 802 (C.D. Cal. Oct. 18, 2005) | $36,250,000 | 33.13% |
| *In re Public Service Co. of New Mexico*, No. 91-0536M, 1992 WL 278452, at *12 (S.D. Cal. July 28, 1992) | $33,000,000 | 33.00% |
| *Bickley v. Schneider Nat'l Carriers, Inc.*, No. 08-cv-05806, 2016 WL 6910261, at *3-4 (N.D. Cal. Oct. 13, 2016) | $28,000,000 | 33⅓% |
| *In re Heritage Bond Litig.*, No. 02-ml-1475, 2005 WL 1594403, at *23 (C.D. Cal. June 10, 2005) | $27,783,000 | 33.33% |
| *Wren v. RGIS Inventory Specialists*, No. 06-cv-05778, 2011 WL 1230826, at *29 (N.D. Cal. Apr. 1, 2011) | $27,000,000 | 42.00% |
| *In re Tezos Sec. Litig.*, No. 17-cv-06779, ECF No. 262 (N.D. Cal. Aug 28, 2020) | $25,000,000 | 33.33% |
| *Dakota Medical, Inc. v. RehabCare Grp., Inc.*, No. 14-cv-02081, 2017 WL 4180497, at *9-10 (E.D. Cal. Sept. 21, 2017) | $25,000,000 | 33⅓% |
| *NECA-IBEW Pension Trust Fund v. Precision Castparts Corp.*, No. 16-cv-01756, ECF No. 169 (D. Or. May 7, 2021) | $21,000,000 | 33.30% |
| *Abdullah v. U.S. Security Associates, Inc.*, No. 09-cv-09554, 2017 WL 11630767, at *8 (C.D. Cal. Dec. 4, 2017) | $20,613,339 | 33⅓% |
| *In re Banc of Cal. Sec. Litig.*, No. 17-cv-00118, 2020 WL 1283486, at *1 (C.D. Cal. Mar. 16, 2020) | $19,750,000 | 33.00% |
| *Waldbuesser v. Northrop Grumman Corp.*, No. 06-cv-06213, 2017 WL 9614818, at *3 (C.D. Cal. Oct 24, 2017) | $16,750,000 | 33⅓% |
| *Morris v. Lifescan, Inc.*, 54 Fed. App'x 663, 664 (9th Cir. 2003) | $14,800,000 | 33.00% |
| *In re Allied Nevada Gold Corp. Sec. Litig.*, No. 14-cv-00175, ECF No. 215 (D. Nev. Nov. 16, 2020) | $14,000,000 | 33⅓% |
| *Good Morning to You Prods. Corp. v. Warner/Chappell Music, Inc.*, No. 13-cv-04460, ECF No. 370 (C.D. Cal. Aug. 16, 2016) | $14,000,000 | 33.00% |
| *Tawfilis v. Allergan, Inc.*, No. 15-cv-00307, 2018 WL 4849716, at *7 (C.D. Cal. Aug. 27, 2018) | $13,450,000 | 33⅓% |
| *Kendall v. Odonate Therapeutics, Inc.*, No. 20-cv-01828, 2022 WL 1997530, at *6-7 (S.D. Cal. June 6, 2022) | $12,750,000 | 33⅓% |
| *Marshall v. Northrop Grumman Corp.*, No. 16-cv-06794, 2020 WL 5668935, at *9 (C.D. Cal. Sept. 18, 2020) | $12,375,000 | 33⅓% |
| *In re Pacific Enters. Sec. Litig.*, 47 F.3d 373, 379 (9th Cir. 1995) | $12,000,000 | 33.00% |
| *Singh v. Roadrunner Intermodal Servs., LLC*, No. 15-cv-01497, 2019 WL 316814, at *9 (E.D. Cal. Jan. 24, 2019) | $9,250,000 | 33⅓% |

| Select Ninth Circuit Cases with 33% or Above Fee Awards | | |
|---|---|---|
| **Case** | **Settlement Amount** | **Fee Award** |
| *Jenson v. First Tr. Corp.*,<br>No. CV 05-03124, 2008 WL 11338161, at *16 (C.D. Cal. June 9, 2008) | $8,500,000 | 33⅓% |
| *Fernandez v. Victoria Secret Stores, LLC*,<br>No. 06-cv-04149, 2008 WL 8150856, at *16 (C.D. Cal. July 21, 2008) | $8,500,000 | 34.00% |
| *Vigueras v. Red Robin Inter'l, Inc.*,<br>No. 17-cv-01422, ECF No. 182 (C.D. Cal. Dec. 2, 2020) | $8,500,000 | 33.33% |
| *Jones v. CertifiedSafety, Inc.*,<br>No. 17-cv-02229, ECF No. 232 (N.D. Cal. June 1, 2020) | $6,000,000 | 33.33% |
| *Linney v. Cellular Alaska P'ship*,<br>No. 96-cv-03008, 1997 WL 450064, at *7 (N.D. Cal. July 18, 1997) | $6,000,000 | 33⅓% |
| *Boyd v. Bank of Am. Corp.*,<br>No. 13-cv-00561, 2014 WL 6473804, at *9 (C.D. Cal. Nov. 18, 2014) | $5,800,000 | 33⅓% |
| *In re Interlink Elec., Inc. Sec. Litig.*,<br>No. 05-cv-08133, ECF No. 165 (C.D. Cal. June 1, 2009) | $5,000,000 | 33⅓% |
| *Berry v. Urban Outfitters Wholesale, Inc.*,<br>No. 13-cv-02628, ECF No. 114 (N.D. Cal. Apr. 7, 2016) | $5,000,000 | 33.33% |
| *In re Orexigen Therapeutics, Inc. Sec. Litig.*,<br>No. 15-cv-00540, ECF No. 155 (S.D. Cal. Nov. 30, 2021) | $4,800,000 | 33.00% |
| *Hodges v. Akeena Solar, Inc.*,<br>No. 09-cv-02147, ECF No. 167 (N.D. Cal. Dec. 15, 2011) | $4,770,000 | 33⅓% |
| *Aguilar v. Wawona Frozen Foods*,<br>No. 15-cv-00093, 2017 WL 2214936, at *6 (E.D. Cal. May 19, 2017) | $4,500,000 | 33⅓% |
| *West v. Cal. Serv. Bureau, Inc.*,<br>No. 16-cv-03124, ECF No. 128 (N.D. Cal. Jan. 23, 2019) | $4,100,000 | 33.30% |
| *Cook v. Atossa Genetics, Inc.*,<br>No. 13-cv-01836, ECF No. 98 (W.D. Wash. July 20, 2018) | $3,500,000 | 33.00% |
| *Mathein v. Pier 1 Imports (U.S.), Inc.*,<br>No. 16-cv-00087, 2018 WL 1993727, at *8 (E.D. Cal. Apr 27, 2018) | $3,500,000 | 33⅓% |
| *In re K12 Inc. Sec. Litig.*,<br>No. 16-cv-04069, 2019 WL 3766420, at *1 (N.D. Cal. July 10, 2019) | $3,500,000 | 33.00% |
| *Wise v. Ultra Salon, Cosmetics & Fragrance, Inc.*,<br>No. 17-cv-00853, 2020 WL 1492672, at *6-7 (E.D. Cal. Mar. 27, 2020) | $3,400,000 | 33⅓% |
| *Vandervort v. Balboa Cap. Corp.*,<br>8 F.Supp.3d 1200, 1210 (C.D. Cal. 2014) | $3,300,000 | 33.00% |
| *Antonopulos v. N. Am. Thoroughbreds. Inc.*,<br>No. 87-cv-00979, 1991 WL 427893, at *4  (S.D. Cal. May 6, 1991) | $3,098,000 | 33⅓% |
| *In re Mikohn Gaming Corp. Sec. Litig.*,<br>No. 05-cv-1410, ECF No. 96 (D. Nev. June 12, 2007) | $2,800,000 | 33.33% |
| *In re Resonant Inc. Sec. Litig.*,<br>No. 15-cv-01970, ECF No. 154 (C.D. Cal. Nov. 20, 2017) | $2,750,000 | 33.00% |
| *In re 2TheMart.com, Inc. Sec. Litig.*,<br>No. 99-cv-1127, ECF No. 161 (C.D. Cal. July 8, 2002) | $2,700,000 | 33⅓% |
| *Elliot v. China Green Agric. Inc.*,<br>No. 10-cv-00648, ECF No. 166 (D. Nev. Aug. 12, 2014) | $2,500,000 | 33⅓% |

| Select Ninth Circuit Cases with 33% or Above Fee Awards | | |
|---|---|---|
| **Case** | **Settlement Amount** | **Fee Award** |
| *In re Merix Corp. Sec. Litig.,*<br>No. 04-cv-00826, ECF No. 236 (D. Or. Jan. 3, 2011) | $2,500,000 | 33.33% |
| *Brulee v. DAL Global Servs., LLC,*<br>No. 17-cv-06433, ECF No. 51 (C.D. Cal. Dec 13, 2018) | $2,500,000 | 33.33% |
| *Emmons v. Quest Diagnostics Clinical Labs., Inc.,*<br>No. 13-cv-00474, 2017 WL 749018, at *8-9 (E.D. Cal. Feb. 27, 2017) | $2,350,000 | 33⅓% |
| *Cheng Jiangchen v. Rentech , Inc.,*<br>No. 17-cv-01490, 2019 WL 5173771, at *9, *11 (C.D. Cal. Oct. 10, 2019) | $2,050,000 | 33⅓% |
| *Yaron v. Intersect ENT, Inc.,*<br>No. 19-cv-02647, ECF No. 80 (N.D. Cal. Nov. 5, 2021) | $1,900,000 | 33⅓% |
| *Likas v. ChinaCache Int'l Holdings Ltd.,*<br>No. 19-cv-06942, ECF No. 95 (C.D. Cal. Mar. 14, 2022) | $1,800,000 | 33.30% |
| *In re Mego Fin. Corp. Sec. Litig,*<br>213 F.3d 454, 463 (9th Cir. 2000) | $1,725,000 | 33⅓% |
| *In re AudioEye, Inc. Sec. Litig.,*<br>No. 15-cv-00163, ECF No. 100 (D. Ariz. May 8, 2017) | $1,525,000 | 33.33% |