# EXHIBIT G

**POMERANTZ LLP**
Brenda Szydlo (*pro hac vice*)
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Telephone: (310) 2405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and the*
*Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated, | No. 3:22-cv-02090-JSC |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **DECLARATION OF TYLER HARDY IN SUPPORT OF (i) PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS AND (ii) PLAINTIFFS' (FORTHCOMING) MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION** |
| EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA, | |
| Defendants. | Date:  February 8, 2024<br>Time:  10:00 a.m.<br>Judge: Hon. Jacqueline Scott Corley<br>Courtroom: Hearing Via Zoom Video |

DECLARATION OF TYLER HARDY - No. 3:22-cv-02090-JSC

I, TYLER HARDY, hereby declare:

1.      I submit this Declaration in support of Plaintiffs' (forthcoming) motion for final approval of the proposed Settlement of this Action and the Plan of Allocation; Class Counsel's motion for attorneys' fees and reimbursement of expenses; and my application for a compensatory award for the time I spent directly related to my representation of the Settlement Class.

2.      I served as Lead Plaintiff and Class Representative in this Action.

3.      I have personal knowledge of the facts attested to herein, as I have been directly involved in monitoring and overseeing the prosecution of this Action.

4.      I communicated with Class Counsel throughout the pendency of this Action and was kept up to date on the developments of this Action.

5.      I compiled and provided counsel with my trading data, completed a certification, and have received and reviewed Court filings. I have requested and received updates as to the progress of the litigation and issues of strategy, and I was consulted before and during settlement discussions, during which I was in communication with Class Counsel, and approved the Settlement before it was finalized.

6.      I fully support the proposed Settlement for $2,500,000. I believe this is a favorable result achieved by Class Counsel when considering the strengths and weaknesses of the case and the risks and costs associated with continued litigation.

7.      I support the requested award of attorneys' fees in the amount of 33.4% (or $835,000) of the Settlement Amount, plus any interest earned on this amount at the same rate and for the same period as earned by the Settlement fund. I believe the requested fee is reasonable in light of Class Counsel's expertise, the amount of work and complexity of work performed, the result obtained in the Settlement, and the risk to Class Counsel of pursuing the case with no guarantee of recovery.

8.      I also support reimbursement of litigation expenses as requested, in the amount of $120,456.77, plus any interest earned on this amount at the same rate and for the same period as earned

DECLARATION OF TYLER HARDY - No. 3:22-cv-02090-JSC

by the Settlement Fund. I believe these expenses to have been reasonably incurred by Class Counsel in the course of prosecuting this Action on behalf of the Class.

9.    I estimate that I spent approximately 17 hours performing the tasks described herein to achieve the greatest benefit for the Settlement Class, which was time I otherwise would have spent on other activities. As an independently licensed insurance agent, and as a former sales manager, I receive compensation purely through commissions. In my work, I typically receive $66 per hour.

10.    I also undertook substantial risks in pursuing these claims. I willingly took on the responsibility of prosecuting this action on behalf of the Class and publicly lent my name to this lawsuit, opening myself up to potential scrutiny and attention from both the public and media.

11.    Given my participation in this litigation, I respectfully request reimbursement of $2,500 for these efforts that led to the Settlement.

12.    In sum, I respectfully request that the Court approve the Settlement and plan of allocation; approve the attorneys' fee request of 33.4% of the Settlement Amount and full reimbursement of legal expenses; and grant a compensatory award of $2,500 to me in light of my time and effort expended in pursuing this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed November 20, 2023 in Minnesota.

_____
Tyler Hardy

DECLARATION OF TYLER HARDY - No. 3:22-cv-02090-JSC