# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>                    Defendants. | No: 3:22-cv-02090-JSC<br><br>Hon. Jacqueline Scott Corley |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE LONG NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (500) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE LONG NOTICE AND CLAIM FORM**

2.     Pursuant to the Court's Order Re: Plaintiffs' Motion for Preliminary Approval, dated September 26, 2023 (Dkt. No. 91, the "Preliminary Approval Orders"), SCS was appointed and approved as the Settlement Administrator to supervise and administer the notice procedure in

Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

the above-captioned action (the "Action"). All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023 (Dkt. No. 82-1, the "Amended Stipulation").

3.      I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

4.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 26, 2023 (Dkt. No. 92, the "Bravata Declaration"), SCS mailed or e-mailed 2,180 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

5.      SCS then mailed 241 Notice Packets to potential Settlement Class Members or nominees.  SCS also sent the Depository Trust Company ("DTC") the Notice Packet for the DTC to publish on its Legal Notice System.  Since the Bravata Declaration was filed, 1,473 additional Notice Packets were mailed by SCS, SCS sent 4,028 emails with the direct link to the Notice Packet from nominee responses, a nominee notified SCS that they mailed 40 Notice Packets to their clients, and a nominee notified SCS that they emailed 3,754 of their clients a direct link to the Notice Packet on the settlement website.  To date, a total of 9,536 potential Settlement Class Members were either mailed a Notice Packet or emailed a direct link to the Notice Packet.

6.      Of the Notice Packets mailed, 48 Notice Packets were returned undeliverable.  Of these, the United States Postal Service provided a forwarding address for seven, and SCS immediately mailed another Notice Packet to the updated addresses.  The remaining 41 Notice

Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

Packets returned as undeliverable were "skip-traced" to obtain updated addresses, and nine were re-mailed to updated addresses.

### UPDATE ON TOLL-FREE PHONE LINE

7.      The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

### UPDATE ON SETTLEMENT WEBSITE

8.      As noted in the Bravata Declaration, on October 3, 2023, SCS established the settlement webpage on its website at www.strategicclaims.net/embark/. The website is accessible 24 hours a day, 7 days a week. The website contains the current case status, the case-related deadlines, an online claim filing link, and the important case documents.  To date, the settlement website has received 2,341 pageviews from 810 unique users.

### UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

9.      The Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than December 22, 2023. To date, SCS has received one request for exclusion. **Exhibit A** is a copy of the exclusion request.

10.      According to the Notice, Summary Notice, and the settlement website, Settlement Class Members seeking to object to the proposed Settlement, any party of the Settlement, the proposed Plan of Allocation, the request for attorneys' fees and expenses, and/or an award of reasonable costs and expenses for the two Class Representatives must be submitted to the Court,

3

Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

no later than December 22, 2023. As of the date of this declaration, SCS has received no objections, and SCS has not been notified that an objection was filed.

### CLAIMS RECEIVED TO DATE

11.     The deadline for claims submission is December 22, 2023. As of the date of this declaration, SCS has received 50 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29th day of November 2023, in Media, Pennsylvania.


Josephine Bravata
Josephine Bravata

Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

**EXHIBIT A**

# SUPPORT CENTER
## Support Ticket System

11/09/2023 09:29:53 AM

# Ticket #387214

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Josh Luberisse |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 11/08/2023 06:56:06 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 11/09/2023 09:29:45 AM |
| **Due Date** | 11/09/2023 06:56:06 PM | **Last Message** | 11/08/2023 06:56:06 PM |

**Ticket Details**

| | |
|---|---|
| **Case:** | Embark Technology |

# request for exclusion from the Settlement Class in the Embark Securities Litigation, Case No. 3:22-cv-02090-JSC

| 11/08/2023 06:56:06 PM request for exclusion from the Settlement Class in the Embark Securities Litigation, Case No. … | Josh Luberisse |
|---|---|

Hi

Please see attached my request for exclusion from the Settlement Class in the Embark Securities Litigation, Case No. 3:22-cv-02090-JSC

Kind Regards,

Josh

Embark Technology Request for Exclusion from Settlement Class Signed.pdf (2 mb)

---

Ticket #387214 printed by gallen on 11/09/2023 09:29:53 AM                                    Page 1

Joshua Luberisse

November 7, 2023

Embark Securities Litigation Settlement
c/o [Settlement Administrator's Address or Email Address]
Case No. 3:22-cv-02090-JSC

Dear Sir or Madam,

REQUEST FOR EXCLUSION FROM SETTLEMENT CLASS

I am writing to formally request exclusion from the Settlement Class in the Embark Securities Litigation, Case No. 3:22-cv-02090-JSC.

Please find below the required information as per the settlement documents:

A) Full Name: Joshua Luberisse
Address:
Telephone Number:
Email Address:

B) Number of shares of Embark common stock acquired in connection with the Business Combination: 186

C) Detailed transactions of Embark common stock during the Securities Act Class Period:

Date of Transaction:
Number of Shares:
Dollar Amount:

D) Number of shares of Northern Genesis common stock held as of the close of the U.S. financial markets on October 6, 2021: 0

E) Detailed transactions of Northern Genesis common stock during the Exchange Act Class Period:

Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 20
Dollar Amount: 204.00

Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 50
Dollar Amount: 512.50

Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 10
Dollar Amount: 102.40

Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 6
Dollar Amount: 60.30

Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 100
Dollar Amount: 1005.00

I affirm that I am the beneficial owner of the records detailed above. I understand that by requesting exclusion from the Settlement Class, I am foregoing the opportunity to share in any potential settlement or judgment that may result from the Embark Securities Litigation.

Please acknowledge the receipt of this exclusion request by sending a confirmation to the above address or email.

Sincerely,

Joshua Luberisse

Date  11/07/2023

Joshua Luberisse

November 7, 2023

Embark Securities Litigation Settlement
c/o [Settlement Administrator's Address or Email Address]
Case No. 3:22-cv-02090-JSC

Dear Sir or Madam,

REQUEST FOR EXCLUSION FROM SETTLEMENT CLASS

I am writing to formally request exclusion from the Settlement Class in the Embark Securities
Litigation, Case No. 3:22-cv-02090-JSC.

Please find below the required information as per the settlement documents:

A) Full Name: Joshua Luberisse
Address:
Telephone Number:
Email Address:

B) Number of shares of Embark common stock acquired in connection with the Business
Combination: 186

C) Detailed transactions of Embark common stock during the Securities Act Class Period:

Date of Transaction:
Number of Shares:
Dollar Amount:

D) Number of shares of Northern Genesis common stock held as of the close of the U.S.
financial markets on October 6, 2021: 0

E) Detailed transactions of Northern Genesis common stock during the Exchange Act Class
Period:

Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 20
Dollar Amount: 204.00


Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 50
Dollar Amount: 512.50


Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 10
Dollar Amount: 102.40


Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 6
Dollar Amount: 60.30

Date of Transaction: 11/09/2021
Transaction Type: Purchase
Number of Shares: 100
Dollar Amount: 1005.00


I affirm that I am the beneficial owner of the records detailed above. I understand that by requesting exclusion from the Settlement Class, I am foregoing the opportunity to share in any potential settlement or judgment that may result from the Embark Securities Litigation.

Please acknowledge the receipt of this exclusion request by sending a confirmation to the above address or email.

Sincerely,

11/07/2023

Joshua Luberisse                    Date

Josh Luberisse

 


NOV 13 2023

Embark Securities
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St, Suite 205
Media, PA 19063