# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | No. 3:22-cv-02090-JSC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER REGARDING AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS**<br><br>Hon. Jacqueline Scott Corley |

On the 8th day of February, 2024, a Settlement Fairness Hearing having been held via Zoom video before this Court to determine, among other things, whether to approve Plaintiffs' application to the Court for an award of attorneys' fees, reimbursement of expenses, and compensatory awards to Plaintiffs; and

The Court having considered all matters submitted to it at the hearing and otherwise; and

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      Unless indicated otherwise, all capitalized terms used herein have the same meanings as set forth and defined in the Amended Stipulation of Settlement (ECF No. 82-1).

2.      This Order addresses matters not otherwise addressed in the Court's Judgment contemporaneously entered in the Action.

3.      Class Counsel are awarded attorneys' fees in the amount of $_____ and expenses in the amount of $_____, with any interest earned on such amounts at the same rate and for the same period as earned by the Settlement Fund, such amount to be paid from out of the Settlement Fund within ten (10) calendar days following entry of this Order. In the event that the Court's

Judgment does not become Final, and any portion of the fee and expense award has already been paid from the Settlement Fund, Class Counsel shall within ten (10) business days from the event which precludes the Effective Date from occurring or the termination of the Amended Stipulation, refund to the Settlement Fund the fee and expense award paid to Class Counsel.

4.      Plaintiffs are awarded the following sums, as reasonable costs and expenses directly relating to the representation of the Settlement Class as provided in 15 U.S.C. § 78u-4(a)(4), such amounts to be paid from the Settlement Fund upon the Effective Date of the Settlement:

Tyler Hardy:          $_____

Danny Rochefort:      $_____

**SO ORDERED** in the Northern District of California on _____, 2024.

_____
THE HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

2