**POMERANTZ LLP**
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and*
*the Settlement Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA, <br><br> Defendants. | No. 3:22-cv-02090-JSC <br><br> <u>CLASS ACTION</u> <br><br> **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS** <br><br> Date: February 8, 2024 <br> Time: 9:00 a.m. <br> Judge: Hon. Jacqueline Scott Corley <br> Courtroom: Hearing Via Zoom Video |

Lead Plaintiff Tyler Hardy and Plaintiff Danny Rochefort (together "Plaintiffs") individually and on behalf of all other members of the Settlement Class, respectfully submit this reply memorandum in in further support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs (the "Fee Motion") (ECF No. 95). Unless otherwise defined, capitalized terms herein have the same meanings as assigned in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023 (the "Amended Stipulation") (ECF No. 82-1). The Second Supplemental Declaration of Josephine Bravata Concerning: (a) Mailing of the Long Notice and Claim Form; (b) Report on Requests for Exclusion and Objections; and (c) Claims Received to Date, dated December 21, 2023 (the "Second Supp. Bravata Decl.") is attached as Exhibit 1 to the Supplemental Declaration of Brenda Szydlo in Further Support of Plaintiffs' Motion For Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs, dated December 21, 2023 (the "Supp. Szydlo Decl.").

## INTRODUCTION

The reaction of the Settlement Class has been overwhelmingly positive, further confirming the fairness, adequacy, and reasonableness of the request for attorneys' fees, expenses, and compensatory awards to Plaintiffs. Following an extensive notice program, over 150 Settlement Class Members have filed claims, only two have requested exclusion from the Settlement Class, and no objections have been filed to date. *See* Second Supp. Bravata Decl. ¶¶9-11.

I.     **The Claims Administrator Provided Notice of the Settlement to Over Twelve Thousand Potential Settlement Class Members**

There was wide dissemination of the Notice to the Settlement Class, which included: (i) the mailing of 2,496 Notice Packets by Strategic Claims Services ("SCS"); (ii) SCS sending 4,028 emails with the direct link to the Notice Packet; (iii) a nominee mailing 40 Notice Packets to its clients; (iv) a

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS (3:22-CV-02090-JSC)

nominee emailing 3,754 of its clients a direct link to the Notice Packet on the settlement website; (v) a nominee emailing 1,917 of its clients a direct link to the Notice Packet on the settlement website; (vi) 161 additional Notice Packets being requested by nominees for them to mail to their clients; (vii) SCS sending the Depository Trust Company ("DTC") the Notice Packet for the DTC to publish on its Legal Notice System; and (viii) the publication of the Summary Notice. *See id.* ¶5. *Id.* To date, a total of 12,396 potential Settlement Class Members were either mailed a Notice Packet or emailed a direct link to the Notice Packet. *Id.* SCS disseminated the Summary Notice electronically over *Investor's Business Daily* and transmitted it once over the *PR Newswire* on October 16, 2023. On October 3, 2023, SCS also established a website dedicated to the Settlement which included the online claim filing link; case status; case-related deadlines; and important documents including the Notice Packet, Preliminary Approval Order, and the Amended Stipulation. *Id.* ¶8. On November 30, 2023, SCS updated the webpage with Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs (ECF No. 95) and the Declaration of Brenda Szydlo in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs (ECF No. 95-1) with exhibits. *Id.* SCS has also maintained a toll-free telephone number for potential Settlement Class Members. *Id.* ¶7.

Of the Notice Packets mailed, 59 Notice Packets were returned undeliverable. *Id.* ¶6. Of these, the United States Postal Service provided forwarding addresses for eight (8), and SCS immediately mailed another Notice Packet to the updated addresses. *Id.* The remaining 51 Notice Packets returned as undeliverable were "skip-traced" to obtain updated addresses, and twelve (12) were remailed to updated addresses. *Id.* Pursuant to the Preliminary Approval Order (ECF No. 91), the deadline for filing objections or exclusions is December 22, 2023. To date, SCS has received no objections and only two requests for exclusion. *Id.* ¶¶8-9.

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS (3:22-CV-02090-JSC)

**II.** **The Lack of Objections or Requests for Exclusion Supports Awarding the Requested Attorneys' Fees, Expenses, and Awards to Plaintiffs**

The lack of objections to the requested fees, expenses, and compensatory awards supports the appropriateness of awarding the attorneys' fees, reimbursement of expenses, and awards to Plaintiffs. *See In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) ("[T]he lack of objection from any Class Member supports the attorneys' fees award"). The response from the Settlement Class has been overwhelmingly positive. Any objections or requests for exclusion must be submitted to the Settlement Administrator by December 22, 2023. Here, not a single Settlement Class Member has objected to Class Counsel's request for an award of attorneys' fees. *In re Heritage Bond Litig.*, 2005 WL 1594389, at *16 (C.D. Cal. June 10, 2005) ("conclud[ing] that the lack of significant objections to the requested fees justifies an award of one-third of the Settlement Fund"). Moreover, not a single Settlement Class Member has objected to Class Counsel's request for reimbursement of expenses. *See In re Tripath Tech., Inc., Sec. Litig.*, 2006 WL 1009228, at *4-5 (N.D. Cal. Apr. 18, 2006) (finding that no objections to counsel's request for reimbursement of expenses supported approval). Additionally, the requested compensatory awards totaling $5,000 ($2,500 per Plaintiff) are fair and reasonable. To date, there have been no objections to these requested awards to Plaintiffs. *See Nunez v. BAE Sys. San Diego Ship Repair Inc.*, 292 F. Supp. 3d 1018, 1059 (S.D. Cal. 2017) ("Finally, and importantly, there have been no Class Member objections to the service award provision, further indicating the reasonableness of a $5,000 total incentive award for the [two] named representatives."); *see also In re ECOtality, Inc. Sec. Litig.*, 2015 WL 5117618, at *2, *5 (N.D. Cal. Aug. 28, 2015) (approving incentive award to plaintiff where no objections had been filed). Finally, SCS receiving only two requests for exclusion from the Settlement further demonstrates the Settlement Class's positive reaction to the Settlement. *See In re BofI Holding, Inc. Sec. Litig.*, 2022 WL 9497235, at *10 (S.D. Cal.

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS (3:22-CV-02090-JSC)

Oct. 14, 2022) (noting that the positive reaction of the class supports the reasonableness of the requested attorneys' fees and expenses where "only one valid exclusion from the class was made") Accordingly, the Settlement Class's reaction strongly supports the fairness and reasonableness of these requests.

## CONCLUSION

For the foregoing reasons, and those set forth in Plaintiffs' opening Fee Motion, Plaintiffs respectfully submit that the Court (i) award attorneys' fees of 33.4% of the gross Settlement Fund ($835,000) and payment of litigation expenses of $120,456.77, plus interest on both amounts at the same rate and for the same period as earned by the Settlement Fund; (ii) award each Plaintiff $2,500 in connection with their representation of the Class pursuant to 15 U.S.C. §78u-4(a)(4); and (iii) enter the [Proposed] Order Regarding Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs (ECF No. 95-11).

DATED: December 21, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy, Plaintiff Danny Rochefort, and the Settlement Class*

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS (3:22-CV-02090-JSC)