**POMERANTZ LLP**
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and*
*the Settlement Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA, <br><br> Defendants. | No. 3:22-cv-02090-JSC <br><br> CLASS ACTION <br><br> **SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS** <br><br> Date:    February 8, 2024 <br> Time:    9:00 a.m. <br> Judge: Hon. Jacqueline Scott Corley <br> Courtroom: Hearing Via Zoom Video |

SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS (3:22-CV-02090-JSC)

Pursuant to 28 U.S.C. §1746, I, BRENDA SZYDLO, hereby declare:

1.    I am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP, Class Counsel for Lead Plaintiff Tyler Hardy, Plaintiff Danny Rochefort (collectively, "Plaintiffs"), and the Settlement Class in this litigation. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2.    I submit this declaration in further support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs (ECF No. 95).

3.    Attached hereto as Exhibit 1 is a true and correct copy of the Second Supplemental Declaration of Josephine Bravata Concerning: (a) Mailing of the Long Notice and Claim Form; (b) Report on Requests for Exclusion and Objections; and (c) Claims Received to Date, dated December 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December, 2023 in New York, New York.

*/s/ Brenda Szydlo*
Brenda Szydlo

1

SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS (3:22-CV-02090-JSC)