# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>        Defendants. | No: 3:22-cv-02090-JSC<br><br>Hon. Jacqueline Scott Corley |

**SECOND SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE LONG NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS <u>RECEIVED TO DATE</u>**

I, Josephine Bravata, declare as follows:

1. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (500) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**<u>UPDATE ON MAILING OF THE LONG NOTICE AND CLAIM FORM</u>**

2. Pursuant to the Court's Order Re: Plaintiffs' Motion for Preliminary Approval, dated September 26, 2023 (Dkt. No. 91, the "Preliminary Approval Order"), SCS was appointed and approved as the Settlement Administrator to supervise and administer the notice procedure in

1

the above-captioned action (the "Action"). All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023 (Dkt. No. 82-1, the "Amended Stipulation").

3.    I submit this second supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

4.    As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 26, 2023 (the "Bravata Declaration"), and Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, dated November 29, 2023 (the "Bravata Supplemental Declaration") (Dkt. Nos. 92 and 95-10, together the "Initial Mailing Declarations"), SCS mailed or e-mailed 2,180 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

5.    SCS then mailed 1,714 Notice Packets to potential Settlement Class Members or nominees, SCS sent 4,028 emails with the direct link to the Notice Packet from nominee responses, a nominee notified SCS that they mailed 40 Notice Packets to their clients, and a nominee notified SCS that they emailed 3,754 of their clients a direct link to the Notice Packet on the settlement website. SCS also sent the Depository Trust Company ("DTC") the Notice Packet for the DTC to publish on its Legal Notice System. Since the Initial Mailing Declarations were filed, 782 additional Notice Packets were mailed by SCS to potential Settlement Class Members, 161 additional Notice Packets were requested by nominees for them to mail to their clients, and SCS was notified by a nominee that an additional 1,917 emails were sent to their clients with a direct

2

link to the Notice Packet.  To date, a total of 12,396 potential Settlement Class Members were either mailed a Notice Packet or emailed a direct link to the Notice Packet.

6.      Of the Notice Packets mailed, 59 Notice Packets were returned undeliverable. Of these, the United States Postal Service provided a forwarding address for eight (8), and SCS immediately mailed another Notice Packet to the updated addresses. The remaining 51 Notice Packets returned as undeliverable were "skip-traced" to obtain updated addresses, and twelve (12) were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

7.      The Initial Mailing Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement.  SCS continues to promptly respond to Settlement Class Members' inquiries.

## UPDATE ON SETTLEMENT WEBSITE

8.      Also noted in the Initial Mailing Declaration, on October 3, 2023, SCS established the settlement webpage on its website at www.strategicclaims.net/embark/. The website is accessible 24 hours a day, 7 days a week. The website contains the current case status, the case-related deadlines, an online claim filing link, and the important case documents.  On November 30, 2023, SCS updated the webpage with the Plaintiffs Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs and Declaration of Brenda Szydlo in Support of Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards to Plaintiffs with exhibits.  To date, the settlement website has received 2,703 pageviews from 872 unique users.

3

Second Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

9.      The Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than December 22, 2023. To date, SCS has received two requests for exclusion.  Since the Initial Mailing Declarations were filed, one exclusion request was received.  A copy of the first exclusion request was attached as Exhibit A to the Bravata Supplemental Declaration. The second exclusion request is attached to this declaration as **Exhibit A**.

10.      According to the Notice, Summary Notice, and the settlement website, Settlement Class Members seeking to object to the proposed Settlement, any party of the Settlement, the proposed Plan of Allocation, the request for attorneys' fees and expenses, and/or an award of reasonable costs and expenses for the two Class Representatives must be submitted to the Court, no later than December 22, 2023.  As of the date of this declaration, SCS has received no objections, and SCS has not been notified that an objection was filed. Since the Initial Mailing Declarations were filed, no objections have been filed with SCS and SCS has not been notified that an objection was filed.

**CLAIMS RECEIVED TO DATE**

11.      The deadline for claims submission is December 22, 2023. As of the date of this declaration, SCS has received 154 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their

4

Second Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of December 2023, in Media, Pennsylvania.

Josephine Bravata

Josephine Bravata

5

Second Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

**SUPPORT CENTER**
Support Ticket System

12/20/2023 01:22:01 PM

# Ticket #413829

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | Nicole Capital) |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 12/20/2023 01:16:06 PM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | 12/20/2023 01:21:06 PM |
| **Due Date** | 12/21/2023 01:16:06 PM | | **Last Message** | 12/20/2023 01:16:07 PM |

**Ticket Details**

| | |
|---|---|
| **Case:** | Embark Technology |

## Embark Securities Litigation

## SUPPORT CENTER
Support Ticket System

12/20/2023 01:22:01 PM

| 12/20/2023 01:16:07 PM Embark Securities Litigation | Nicole Capital) |
|---|---|

To whom it may concern: Please see the attached correspondence regarding the Embark Securities Litigation Class Action. Please confirm receipt.

Best,

Nicole

Nicole Orders
Legal Counsel

## MUBADALA
### CAPITAL

mubadalacapital.ae

Disclaimer: This message (including any attachments) may contain privileged and confidential information. It is intended solely for the person or organization to whom it is addressed. If you are not the intended recipient, you should not copy, duplicate, or distribute it, or take any action in reliance on it. If you have received this message in error, please notify us immediately by calling or emailing the sender, and destroy all copies of the original message. This footnote also confirms this email has been scanned for any malware.

## Classification: Internal - Business

image001.png (3.4 kb)
Embark- MDC Capital Correspondence re Securities Lit.pdf (149.8 kb)

# SUPPORT CENTER
Support Ticket System

12/20/2023 01:22:01 PM

| 12/20/2023 01:21:06 PM | George Allen |
|---|---|

Good afternoon,

We have received your information and will pass it on for further review.

If you have any questions, please feel free to contact us.

Thank you.


--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

MUBADALA
CAPITAL

Embark Securities Litigation
c/o Strategic Claims Services
P.O. Box230
600 N. Jackson Street, Suite 205
Media, PA 19063
info@strategicclaims.net

Sent by Email


December 20, 2023


To whom it may concern:


I am writing on behalf of MDC Capital Partners (Ventures) LP (the "*Fund*"), a stockholder of Embark Technology, Inc. (the "*Company*") as of November 21, 2021.

I hereby request that the Fund be excluded from the Settlement Class in the Embark Securities Litigation Case No. 3:22-cv-02090-JSC.

The Fund acquired 6,887,996 shares of common stock of the Company in the Business Combination (as defined in the Notice of Pendency and Proposed Settlement of Class Action) and continued to hold such shares on November 21, 2022. Please note that the aforementioned share number does not reflect the 1:20 reverse stock split effected in Q3'22.

Correspondence may be directed to the Fund at
       and email correspondence may be sent to                                    ., with copies to
                            and                         Telephone inquiries may be directed to
Nicole Orders of Mubadala Capital at

Thank you for your attention to this matter.

Sincerely,

MDC Capital Partners (Ventures) LP



                    ized Signatory of MDC Capital Partners (Ventures) GP, LP,
General Partner of MDC Capital Partners (Ventures) LP




Mubadala Capital