To the Honorable Jacqueline Scott Corley,

I am reaching out regarding the *Embark Securities* Litigation, Case No. 3:22-cv-02090-JSC. I would like to file an objection to the Class Council's proposal to take $835,000 in fees and $140,000 in reimbursement (39% of the total settlement).

While I understand that it has often been the case in the past that class action lawsuits have mainly benefited the attorneys presenting the case, this seems to be counter to the intent of a collective lawsuit. If the goal of the litigation is to remedy damages done to a group of affected individuals by a more powerful entity outside their control then presenting the attorneys with the greatest portion of the settlement just shifts the offender from the company to the representation.

I appreciate the work done by Pomerantz to bring the case to court. I do not feel that their efforts should entitle them to such a large portion of the settlement fund at the expense of the stockholders that were damaged by actions of the company.

I write to you as an employee who saw his holdings in a company built, in part, by his efforts steadily decline in value due to the mismanagement of the merger with Northern Genesis and subsequent IPO. I will never recover the value lost by holding on to the shares in naivete and good faith but it is my hope that this settlement will have some small benefit for those impacted in a similar manner as myself.

Thank you for taking the time to read this message and I apologize for any mistakes in the use of legal terms or diction.

All the best,

**RECEIVED**

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erik Jarva

158 South St
Norwell, MA 02061
(781) 659-2483
e.jarva@gmail.com

CONFIRM-R

 **CONTINENTAL**
STOCK TRANSFER & TRUST

**RESTRICTED BOOK-ENTRY TRANSACTION ADVICE**

Company Name:          EMBARK TECHNOLOGY, INC. - $0.0001PV
Security Description:   COMMON STOCK

Transfer Agent: Continental Stock Transfer & Trust Company
Transfer Agent Account Number:    61
Telephone Number: 212-509-4000

Transaction Date:          11/10/2021

Transaction Description:   RESTRICTED BOOK CREDIT
Transaction Advice Number  1048860
Transaction Shares:        606,206

ERIK JARVA
158 SOUTH ST
NORWELL MA 02061-2431

**SEE LEGEND(S) ON REVERSE**

**Retain this advice as a record of your ownership of the above securities.**

FOLD AND DETACH HERE

N404COM

ACCOUNT NUMBER: 61

TRANSACTION REQUEST FORM - PLEASE KEEP THIS FORM FOR FUTURE REQUEST (SEE REVERSE SIDE FOR PROPER ENTRY INSTRUCTION

BOX # 1 ☐   Change my address - Mark this box and complete the other side of the form

BOX # 2 ☐   Issue a certificate from my Book-Entry share position (Please choose one option):

☐☐☐☐☐☐☐   **OR**   All Shares (check here) ☐

(Indicate number of whole shares)

By requesting a physical stock certificate the shareholder bears responsibility for safekeeping and any future costs associated with replacing their stock certificate(s).

**Please Note: A processing fee of $50.00 may apply for certificate issuances. Please contact 212-509-4000 or cstmail@continentalstock.com to determine if the issuer permits the issuance of physical paper certificates and if a fee is required.**

| All Request must be signed by all registered owners | Signature | Signature | Date | Daytime Telephone No. ( ) |
|---|---|---|---|---|

Erik Jarva
158 South St
Norwell, MA 02061

RECEIVED

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In regards to Embark Securities Litigation
Case No. 3:22-cv-02090-JSC

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489



PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail

U.S. POSTAGE PAID
PM
TORRANCE, CA 90501
DEC 19, 2023

$9.65

R2304M115813-30

94102

RDC 03    0 Lb 0.90 Oz

UNITED STATES POSTAL SERVICE®

EP14H August 2020 Outer Dimension: 10 x 5

EXPECTED DELIVERY DAY: 12/21/23

USPS TRACKING® #

9505 5134 0967 3353 7298 57

For international shipments, the maximum weight is 4 lbs.

