# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>        Defendants. | No: 3:22-cv-02090-JSC<br><br>Hon. Jacqueline Scott Corley |

**THIRD SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE LONG NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (500) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE LONG NOTICE AND CLAIM FORM**

2.     Pursuant to the Court's Order Re: Plaintiffs' Motion for Preliminary Approval, dated September 26, 2023 (Dkt. No. 91, the "Preliminary Approval Order"), SCS was appointed and approved as the Settlement Administrator to supervise and administer the notice procedure in

1

the above-captioned action (the "Action"). All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023 (Dkt. No. 82-1, the "Amended Stipulation").

3.     I submit this third supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

4.     As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 26, 2023 (the "Bravata Declaration"), Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, dated November 29, 2023 (the "Bravata Supplemental Declaration"), and Second Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, dated December 21, 2023 (the "Bravata Second Supplemental Declaration") (Dkt. Nos. 92, 95-10, and 99-1, together the "Mailing Declarations"), SCS mailed or e-mailed 2,180 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

5.     As stated on the Bravata Second Supplemental Declaration, SCS then mailed 2,657 Notice Packets to potential Settlement Class Members or nominees, SCS sent 4,028 emails with the direct link to the Notice Packet from nominee responses, a nominee notified SCS that they mailed 40 Notice Packets to their clients, and a nominee notified SCS that they emailed 5,671 of their clients a direct link to the Notice Packet on the settlement website.  SCS also sent the Depository Trust Company ("DTC") the Notice Packet for the DTC to publish on its Legal Notice

2

System.  Since the Mailing Declarations were filed, no additional Notice Packets were mailed by SCS to potential Settlement Class Members or nominees, and SCS was notified by a nominee that an additional six (6) emails were sent to their clients with a direct link to the Notice Packet.  To date, a total of 12,402 potential Settlement Class Members were either mailed a Notice Packet or emailed a direct link to the Notice Packet.

6.    Since the Mailing Declarations were filed, of the Notice Packets mailed, an additional 71 Notice Packets were returned undeliverable. Of these, the United States Postal Service provided a forwarding address for 13, and SCS immediately mailed another Notice Packet to the updated addresses. The remaining 58 Notice Packets returned as undeliverable were "skip-traced" to obtain updated addresses, and 27 were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

7.    The Mailing Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement.  SCS will continues to promptly respond to Settlement Class Members' inquiries.

## UPDATE ON SETTLEMENT WEBSITE

8.    Also noted in the Mailing Declarations, on October 3, 2023, SCS established the settlement webpage on its website at www.strategicclaims.net/embark/. The website is accessible 24 hours a day, 7 days a week. The website contains the current case status, the case-related deadlines, an online claim filing link, and the important case documents.  SCS will continue to maintain and update the settlement website throughout the administration process.  To date, the settlement website has received 3,237 pageviews from 960 unique users.

3

Third Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

9.      The Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than December 22, 2023. To date, SCS has received three requests for exclusion.  Since the Mailing Declarations were filed, one exclusion request was received.  A copy of two exclusion requests were attached as Exhibit A to the Bravata Supplemental Declaration and Exhibit A to the Bravata Second Supplemental Declaration. The third exclusion request is attached to this declaration as **Exhibit A**.

10.      According to the Notice, Summary Notice, and the settlement website, Settlement Class Members seeking to object to the proposed Settlement, any party of the Settlement, the proposed Plan of Allocation, the request for attorneys' fees and expenses, and/or an award of reasonable costs and expenses for the two Class Representatives must have been submitted to the Court, no later than December 22, 2023.  As of the date of this declaration, SCS has been notified that an objection was filed. Attached as **Exhibit B** is a copy of the objection that was filed.

**CLAIMS RECEIVED TO DATE**

11.      The deadline for claims submission was December 22, 2023. As of the date of this declaration, SCS has received 1,497 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

Third Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of January 2024, in Media, Pennsylvania.

Josephine Bravata

Third Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

**SUPPORT CENTER**
Support Ticket System

# EXHIBIT A

12/22/2023 09:32:14 AM

# Ticket #152404

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | Precious |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 12/22/2023 01:08:12 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | 12/22/2023 09:32:06 AM |
| **Due Date** | 12/23/2023 01:08:12 AM | | **Last Message** | 12/22/2023 01:08:13 AM |

**Ticket Details**

| | |
|---|---|
| **Case:** | Embark Technology |

## EMBARK Securities Litigation | NOTICE OF EXCLUSION

| 12/22/2023 01:08:13 AM | EMBARK Securities Litigation | NOTICE OF EXCLUSION | Precious |
|---|---|

Dear Settlement Administrator,

I am writing to formally notify Embark Securities Litigation and Strategic Claims Services that I, Precious Ezeamama, request exclusion from the Settlement Class in the Embark Securities Litigation, Case No. 3:22-cv-02090-JSC.

Please see attached exclusion notice letter.

Regards,

Precious Ezeamama

EMBARK EXCLUSION NOTICE.pdf (11 mb)

# SUPPORT CENTER
Support Ticket System

12/22/2023 09:32:14 AM

| 12/22/2023 09:32:06 AM | George Allen |
|---|---|

Good morning,

We have received your information and will pass it on for further review.

If you have any questions, please feel free to contact us.

Thank you.

--

Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Precious Ezeamama

Embark Securities Litigation
c/o Strategic Claims Services
P.O. BOX 230
600 N. Jackson Steet, Suite 205
Media, PA 19063
Info@strategicclaims.net

December 22, 2023

Re: NOTICE OF PENDENCY AND PROPOSED SETTLMET OF CLASS ACTION - EXCLUSION NOTICE LETTER

Dear Settlement Administrator,

I am writing to formally notify Embark Securities Litigation and Strategic Claims Services that I, Precious Ezeamama, request exclusion from the Settlement Class in the Embark Securities Litigation, Case No. 3:22-cv-02090-JSC.

A)  Address: PRECIOUS EZEAMAMA

B)  Shares Owned and Date of Purchase:
    EMBK Shares Purchased: 956.090131
    Beginning Date: November 2021

I certify that I, Precious Ezeamama, purchased Embark common stock and has been the beneficial owner of Embark common stock since November 2021.

Regards,

Precious Ezeamama

# EXHIBIT B

To the Honorable Jacqueline Scott Corley,

I am reaching out regarding the *Embark Securities* Litigation, Case No. 3:22-cv-02090-JSC. I would like to file an objection to the Class Council's proposal to take $835,000 in fees and $140,000 in reimbursement (39% of the total settlement).

While I understand that it has often been the case in the past that class action lawsuits have mainly benefited the attorneys presenting the case, this seems to be counter to the intent of a collective lawsuit. If the goal of the litigation is to remedy damages done to a group of affected individuals by a more powerful entity outside their control then presenting the attorneys with the greatest portion of the settlement just shifts the offender from the company to the representation.

I appreciate the work done by Pomerantz to bring the case to court. I do not feel that their efforts should entitle them to such a large portion of the settlement fund at the expense of the stockholders that were damaged by actions of the company.

I write to you as an employee who saw his holdings in a company built, in part, by his efforts steadily decline in value due to the mismanagement of the merger with Northern Genesis and subsequent IPO. I will never recover the value lost by holding on to the shares in naivete and good faith but it is my hope that this settlement will have some small benefit for those impacted in a similar manner as myself.

Thank you for taking the time to read this message and I apologize for any mistakes in the use of legal terms or diction.

All the best,

RECEIVED

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erik Jarva

CONFIRM-R


CONTINENTAL
STOCK TRANSFER & TRUST

| | |
|---|---|
| Company Name: | EMBARK TECHNOLOGY, INC. - $0.0001PV |
| Security Description: | COMMON STOCK |

**RESTRICTED BOOK-ENTRY TRANSACTION ADVICE**

Transfer Agent: Continental Stock Transfer & Trust Company
Transfer Agent Account Number:   61
Telephone Number: 212-509-4000

| | |
|---|---|
| Transaction Date: | 11/10/2021 |
| Transaction Description: | RESTRICTED BOOK CREDIT |
| Transaction Advice Number | 1048860 |
| Transaction Shares: | 606,206 |

ERIK JARVA

**SEE LEGEND(S) ON REVERSE**

**Retain this advice as a record of your ownership of the above securities.**

FOLD AND DETACH HERE

N404COM

ACCOUNT NUMBER:

TRANSACTION REQUEST FORM - PLEASE KEEP THIS FORM FOR FUTURE REQUEST (SEE REVERSE SIDE FOR PROPER ENTRY INSTRUCTION

BOX # 1 ☐  Change my address - Mark this box and complete the other side of the form

BOX # 2 ☐  Issue a certificate from my Book-Entry share position (Please choose one option):

☐☐☐☐☐☐☐  **OR**   All Shares (check here) ☐

(Indicate number of whole shares)

By requesting a physical stock certificate the shareholder bears responsibility for safekeeping and any future costs associated with replacing their stock certificate(s).

**Please Note: A processing fee of $50.00 may apply for certificate issuances. Please contact 212-509-4000 or cstmail@continentalstock.com to determine if the issuer permits the issuance of physical paper certificates and if a fee is required.**

| All Request must be signed by all registered owners | Signature | Signature | Date | Daytime Telephone No. ( ) |
|---|---|---|---|---|

Erik Jarva

RECEIVED

DEC 21 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In regards to Embark Securities Litigation
Case No. 3:22-cv-02090-JSC

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489





**PRIORITY MAIL**

**PRIORITY® FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

*Retail*

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE PAID
PM
TORRANCE, CA 90501
DEC 19, 2023

$9.65

R2304M115813-30

94102

RDC 03          0 Lb 0.90 Oz

EXPECTED DELIVERY DAY: 12/21/23

USPS TRACKING® #

For international shipments, the maximum weight is 4 lbs.

EP14H August 2020 Outer Dimension: 10 x 5

