# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

TYLER   HARDY   and   DANNY
ROCHEFORT, Individually and On Behalf of
All Others Similarly Situated,

Plaintiffs,

v.

EMBARK TECHNOLOGY, INC. f/k/a
NORTHERN GENESIS ACQUISITION
CORP. II, IAN ROBERTSON, KEN
MANGET, CHRISTOPHER JARRATT,
PAUL DALGLISH, ROBERT SCHAEFER,
BRAD SPARKES, ALEX RODRIGUES, and
RICHARD HAWWA,

Defendants.

No: 3:22-cv-02090-JSC

Hon. Jacqueline Scott Corley

**FOURTH SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) MAILING OF THE LONG NOTICE AND CLAIM FORM; (B)**
**REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS**
**RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE LONG NOTICE AND CLAIM FORM**

2.      Pursuant to the Court's Order Re: Plaintiffs' Motion for Preliminary Approval, dated September 26, 2023 (Dkt. No. 91, the "Preliminary Approval Order"), SCS was appointed and approved as the Settlement Administrator to supervise and administer the notice procedure in

1

the above-captioned action (the "Action"). All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023 (Dkt. No. 82-1, the "Amended Stipulation").

3. I submit this fourth supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

4. As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 26, 2023 (the "Bravata Declaration"), Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, dated November 29, 2023 (the "Bravata Supplemental Declaration"), Second Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, dated December 21, 2023 (the "Bravata Second Supplemental Declaration"), and Third Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date, dated January 11, 2024 (the "Bravata Third Supplemental Declaration") (Dkt. Nos. 92, 95-10, 99-1, and 102-1, together the "Mailing Declarations"), SCS mailed or e-mailed 2,180 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

5. As stated on the Bravata Third Supplemental Declaration, SCS then mailed 2,657 Notice Packets to potential Settlement Class Members or nominees, SCS sent 4,028 emails with

2

the direct link to the Notice Packet from nominee responses, a nominee notified SCS that they mailed 40 Notice Packets to their clients, and a nominee notified SCS that they emailed 5,677 of their clients a direct link to the Notice Packet on the settlement website.  SCS also sent the Depository Trust Company ("DTC") the Notice Packet for the DTC to publish on its Legal Notice System.  Since the Mailing Declarations were filed, no additional Notice Packets were mailed by SCS to potential Settlement Class Members or nominees, and no additional emails with a direct link to the Notice Packet were sent by SCS or nominees.  To date, a total of 12,402 potential Settlement Class Members were either mailed a Notice Packet or emailed a direct link to the Notice Packet.

### UPDATE ON TOLL-FREE PHONE LINE

6.      The Mailing Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement.  SCS continues to promptly respond to Settlement Class Members' inquiries.

### UPDATE ON SETTLEMENT WEBSITE

7.      Also noted in the Mailing Declarations, on October 3, 2023, SCS established the settlement webpage on its website at www.strategicclaims.net/embark/. The website is accessible 24 hours a day, 7 days a week. The website contains the current case status, the case-related deadlines, an online claim filing link, and the important case documents.  SCS continues to maintain and update the settlement website throughout the administration process.  To date, the settlement website has received 3,424 pageviews from 1,016 unique users.

3

Fourth Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

8. The Notice, Summary Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than December 22, 2023. To date, SCS has received three requests for exclusion. Since the Mailing Declarations were filed, no additional exclusion requests were received. A copy of three exclusion requests were attached as Exhibit A to the Bravata Supplemental Declaration, Exhibit A to the Bravata Second Supplemental Declaration, and Exhibit A to the Bravata Third Supplemental Declaration.

9. According to the Notice, Summary Notice, and the settlement website, Settlement Class Members seeking to object to the proposed Settlement, any party of the Settlement, the proposed Plan of Allocation, the request for attorneys' fees and expenses, and/or an award of reasonable costs and expenses for the two Class Representatives must have been submitted to the Court, no later than December 22, 2023. As of the date of this declaration, SCS has been notified that an objection was filed. A copy of the objection was attached as Exhibit B to the Bravata Third Supplemental Declaration.

**CLAIMS RECEIVED TO DATE**

10. The deadline for claims submission was December 22, 2023. As of the date of this declaration, SCS has received 1,497 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their

Fourth Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC

claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of January 2024, in Media, Pennsylvania.

Josephine Bravata

5

Fourth Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Long Notice and Claim Form; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date – No. 3:22-cv-02090-JSC