**POMERANTZ LLP**
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and*
*the Settlement Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | No. 3:22-cv-02090-JSC<br><br><u>CLASS ACTION</u><br><br>**SECOND SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, AND PLAN OF ALLOCATION**<br><br>Date:  March 14, 2024<br>Time:  9:00 a.m.<br>Judge:  Hon. Jacqueline Scott Corley<br>Courtroom: Hearing Via Zoom Video |

SECOND SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, AND PLAN OF ALLOCATION (3:22-CV-02090-JSC)

Pursuant to 28 U.S.C. §1746, I, BRENDA SZYDLO, hereby declare:

1. I am an attorney admitted to practice *pro hac vice* in this Court and a Partner at Pomerantz LLP, Class Counsel for Lead Plaintiff Tyler Hardy, Plaintiff Danny Rochefort (collectively, "Plaintiffs"), and the Settlement Class in this litigation.

2. I submit this second supplemental declaration pursuant to this Court's January 30, 2024 Order Requesting Supplemental Information in Support of Motion for Final Approval. ECF No. 103.

3. Attached hereto is a true and correct copy of Exhibit 1:

**Exhibit 1**: Declaration of Paul Mulholland on Behalf of Strategic Claims Services Responding to the Court's January 30, 2024 Order Requesting Supplemental Information in Support of Motion For Final Approval, dated February 29, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February, 2024 in New York, New York.

*/s/ Brenda Szydlo*
Brenda Szydlo

1

SECOND SUPPLEMENTAL DECLARATION OF BRENDA SZYDLO IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, AND PLAN OF ALLOCATION (3:22-CV-02090-JSC)