# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | No. 3:22-cv-02090-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**DECLARATION OF PAUL MULHOLLAND ON BEHALF OF STRATEGIC CLAIMS SERVICES RESPONDING TO THE COURT'S JANUARY 30, 2024 ORDER REQUESTING SUPPLMENTAL INFORMATION IN SUPPORT OF MOTION FOR FINAL ARRPOVAL** |

Declaration of Paul Mulholland Responding to the Court's January 30, 2024 Order (No. 3:22-cv-02090-JSC)

I, Paul Mulholland, declare and state as follows:

1.    I have personal knowledge of the facts set forth herein and, if called on to testify, I could and would do so to the best of my ability.

2.    I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have thirty (30) years of experience specializing in litigation support services, and twenty-three (23) years of experience focusing in the area of the administration of securities class action settlements.  I have also testified as an expert witness in securities and other class action matters.

**A.    Information As to Why SCS Provided Notice to 12,402 Potential Settlement Class Members vs. the Original Estimate of 100,000 Notices**

3.    As provided in paragraph 19 of my July 20, 2023 declaration, approximately 53.94%[2] of Embark's Class A common stock was owned by 51 institutions as of December 31, 2021. *See* Exhibit I attached.  In addition, only .81% of Class A common shares were owned directly by the officers and directors of the Company during the Settlement Class Period.  *See* Exhibit II.  As a result of this, 54.75% (53.94% plus .81%) or approximately 198.7 million shares were owned by institutions, and officers and directors of Embark during the Settlement Class Period.  In my initial estimate of Class size, I mistakenly presumed the remaining 45.25% (100% minus 54.75%) or approximately 164 million shares were owned by non-institutional investors.  Non-institutional or retail investors typically invest in a lower quantity of shares as compared to institutional investors.  I assumed the average retail investor held Class A common stock ranging from approximately 1,500 to 1,800 (mid-point 1,650) shares. As a result of this, I estimated a Class size of approximately 100,000 potential Class members (164 million divided by 1,650).   It is not

---

[1] All capitalized terms not otherwise defined in this declaration have the same meanings as in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023, previously filed with the Court.

[2] Source is the first quarterly reports of Form 13F filings for Embark's Class A common shares after the November 11, 2021 business combination and provides the institutional holders of Embark's Class A common shares at December 31, 2021. Form 13Fs are filed with the Securities and Exchange Commission on a quarterly basis.

Declaration of Paul Mulholland Responding to the Court's January 30, 2024 Order
(No. 3:22-cv-02090-JSC)

possible to quantify the size of the proposed Settlement Class with precision, but this is a commonly used method to determine an estimated Class size that I have used in hundreds of class action settlements, typically with favorable results.

4.    To research this variance between actual notices sent of 12,402 and the original estimate of 100,000, I reviewed Embark's December 31, 2021 Annual Report on Form 10-K (the "12/31/21 Form 10-K"). As noted in Item 1A., page 42 of Embark's 12/31/21 Form 10-K, upon the closing on November 8, 2021, approximately 91% of Embark' outstanding common shares and approximately 89% of its Class A outstanding common shares were restricted shares owned or controlled by Embark's insiders, directors, officers and employees during the Settlement Class Period. Restricted shares typically are not available for sale until 180 days after the offering. Many of these restricted shares were owned by employees and insiders who owned a substantial number of restricted Class A common shares. To date, there were only eleven employees, out of the total 231 employees as of December 31, 2021 (*see* 12/31/21 Form 10-K), who filed claims. These eleven employees filed claims totaling 5.4 million restricted Class A damaged shares (ranging from 447 shares to 2,975,483 shares) with the average per employee claimant of 492,367 shares. *See* Exhibit III attached. In addition, I identified in the 12/31/21 Form 10-K certain insiders with large holdings of Embark's Class A restricted common shares that were not found on the Form 13-F filings. An example of this were entities affiliated with YCombinator that owned 27.9 million shares during the Settlement Class Period. I was not made aware of these items at the time I made my initial estimate of the Class size for Class Counsel. As a result of this, only approximately 40 million Class A common shares were unrestricted during the Settlement Class Period. Of these, many shares were owned by institutions. Assuming 50% or 20 million of these shares were owned by non-institutional investors and assuming each non-institutional or retail investor owned an estimated 1,650 shares (same estimate per non-institutional holder used in paragraph three above), the adjusted estimated Class size would have been approximately 12,100. This quantity is consistent with the actual Class size of 12,402.

Declaration of Paul Mulholland Responding to the Court's January 30, 2024 Order
(No. 3:22-cv-02090-JSC)

**B.    Over 1,200 Settlement Class Members Submitted Valid Claims**

5.    Of the 1,497 claims filed to date, SCS expects 1,238 claims to be valid, totaling $45,439,693 in Recognized Losses and 42,788,999 in damaged shares. The remaining 259 claims are being rejected. These figures are subject to a final quality assurance review that may result in minor changes.

**C.    The Claims Rate and the Range of Claims Rates in Comparable Class Action Settlements**

6.    The claims rate of 12.1% (1,497 divided by 12,402) is lower than anticipated. A possible reason for the low claims rate may be due to the low estimated average recovery per share of $.006 as disclosed on page two of the Notice. Had the estimated recovery per share been higher, more Class members may have filed claims. To obtain comparative claims rates to Embark, SCS identified five settlements it has recently administered where the recovery per damaged share, after legal fees, expenses, and compensatory awards to plaintiffs, were at or below $.07 per damaged share (ranging from $.01 to $.07 per damaged share or an average of $.04 per damaged share). The settlement amounts ranged from $900,000 to $5,650,000 or an average of $2,605,000. These five settlements had a claims rate ranging from 4.9% to 14.9% or an average of 9.52%. It should be noted that Embark's claims rate of 12.1% was higher than this average. *See* Exhibit IV attached.

**D.    Settlement Class Members' Recovery Under the Plan of Allocation**

7.    The estimated Net Settlement Amount is $1,434,543, assuming maximum total estimated administration costs of $105,000 and that proposed fees, expenses, and compensatory awards to Plaintiffs are approved by the Court. *See* Exhibit V attached. The total estimated Recognized Losses are $45,439,693 representing 42,788,999 damaged shares. This equates to an estimated recovery of 3.16% of claimants' Recognized Losses and $.034 per damaged share. *See* Exhibit V.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of February 2024, in Media, Pennsylvania.

_____
Paul Mulholland

Declaration of Paul Mulholland Responding to the Court's January 30, 2024 Order
(No. 3:22-cv-02090-JSC)

**EXHIBIT I**

**EMBARK TECHNOLOGY, INC.**

**Form 13-F Institutional Holdings at December 31, 2021**

| Institution Name | # of Shares |
|---|---:|
| Bank Of New York Mellon Corporation | 89,300 |
| Northern Trust Corporation | 349,820 |
| Royal Bank of Canada | 4,500 |
| U.S. Bancorp\DE\ | 5,100 |
| Wells Fargo & Company | 1,220 |
| Advisor Group Holdings, Inc. | 8,020 |
| Alyeska Investment Group, L.p. | 247,900 |
| Balyasny Asset Management LLC | 25,440 |
| Blackrock Inc. | 2,600,680 |
| Burleson & Company, LLC | 40 |
| CVA Family Office, LLC | 360 |
| Canada Pension Plan Investment Board | 2,000,000 |
| Charles Schwab Investment Management, Inc. | 967,220 |
| Citadel Advisors Llc | 121,620 |
| Comprehensive Financial Management, LLC | 1,707,840 |
| Concord Wealth Partners | 200 |
| Cubist Systematic Strategies, LLC | 121,400 |
| Data Collective IV GP, LLC | 63,720,160 |
| Davenport & Co Llc | 10,000 |
| DnB Asset Management AS | 77,660 |
| ExodusPoint Capital Management, LP | 196,020 |
| Exos Asset Management, LLC | 19,320 |
| Franklin Resources, Inc. | 12,508,580 |
| Geode Capital Management, LLC | 1,873,960 |
| Goldman Sachs Group Inc | 15,980 |
| Harrison (K.J.) & Partners, Inc. | 269,380 |
| IFS Advisors, LLC | 1,020 |
| Kepos Capital Lp | 131,700 |
| Lmdagg, L.L.C. | 3,850,760 |
| MIC Capital Management UK LLP | 1,000,000 |
| MIRABELLA FINANCIAL SERVICES LLP | 29,360 |
| Magnetar Financial LLC | 128,160 |
| Maven Ventures Partners II LLC | 20,684,420 |
| Morgan Stanley | 12,100 |
| National Bank of Canada/FI | 10,420 |
| Palantir Technologies Inc. | 1,800,000 |
| Penserra Capital Management LLC | 9,100 |
| Point72 Asset Management, L.P. | 274,840 |
| Qube Research & Technologies Ltd | 218,840 |
| Salem Investment Counselors, Inc. | 100 |
| Sargent Bickham Lagudis, LLC | 500 |
| Sc Us (ttgp), Ltd. | 53,144,140 |
| State Street Corporation | 625,200 |
| Tiger Global Management, LLC | 23,293,320 |
| Tuttle Capital Management, LLC | 15,140 |
| Vanguard Group Inc | 2,709,020 |
| Vestcor Inc | 375,500 |
| Victory Capital Management Inc. | 48,400 |
| Virtu Financial LLC | 10,840 |
| Wellington Management Group, LLP | 390,160 |
| Wolverine Asset Management, LLC | 1,160 |
| **Shares Held by Institutions** | **195,705,920** |
| **Total Shares Outstanding at December 31, 2021 - Source Form 10k** | **362,832,986** |
| **Percentage of Shares Owned by Institutions** | **53.94%** |

**EXHIBIT II**

CLASS A COMMON STOCK OWNED BY OFFICERS AND DIRECTORS
Source: Embark's December 31, 2021 Annual Report on Form 10-K

| | |
|---|---:|
| Ricahrd Hawwa | 1,118,627 |
| Siddhartha Venkatesan | 363,553 |
| Elaine Chao | 391,519 |
| Pat Grady (1) | 742,497 |
| Patricia Chiodo | 2,556 |
| Ian Robertso | 304,357 |
| Total Shares Owned by Officers and Directors | **2,923,109** |
| Total Class A Common Stock Outstanding at 12/31/21 | **362,832,986** |
| Percentage Owned by Officers and Directors | **0.81%** |

(1) Excludes entities affiliated with Sequoia Capital which are included in the Form 13-f filings.

## EXHIBIT III

| Claim | Employees Claimant | Damaged Shares |
|---|---|---|
| 19 | ANISH CHOPRA | 289,554 |
| 21 | KONSTANTINE MUSHEGIAN | 277,419 |
| 24 | DAVID JUAREZ | 447 |
| 29 | ERIK JARVA | 606,206 |
| 37 | NBIMC QUANTITATIVE STRATEGIES (2017) FUND VESTCOR INC | 151,606 |
| 38 | NBIMC QUANTITATIVE STRATEGIES FUND - CLASS N VESTCOR INC | 13,394 |
| 41 | ZHUORAN LU | 1,000 |
| 52 | AJITHKUMAR DASARI | 302,476 |
| 58 | SINGHAL RISHABH | 120,811 |
| 84 | CALEB FOUST | 677,640 |
| 89 | BLAKE CARPENTER | 2,975,483 |
| | **Total Damaged Shares** | **5,416,036** |
| | **Number of Employee Claimants** | **11** |
| | **Average** | **492,367** |

**Exhibit IV**

| Name of Recent Settlement | Case Number | Settlement Amount | Net Recovery Per Share | Claims Filed | Notices Sent | Claims Rate |
|---|---|---|---|---|---|---|
| IN RE PARETEUM SECURITIES LITIGATION | 1:19-cv-09767-AKH-GWG (USDC - SDNY) | $5,650,000 | $0.01 | 3,666 | 74,617 | 4.9% |
| WESTPAC BANKING CORPORATION LITIGATION | 3:20-cv-00171-AC (USDC - Dist. of Oregon) | $3,100,000 | $0.07 | 9,518 | 118,279 | 8.0% |
| GTT COMMUNICATION, INC. LITIGATION | 2:21-cv-00270-DOC-AS (USDC - C.D. OF CA) | $2,000,000 | $0.05 | 12,885 | 112,585 | 11.4% |
| DROPBOX, INC. SECURITIES LITIGATION | No. 5:19-cv-06348-BLF (USDC N.D. OF CA) | $1,375,000 | $0.03 | 12,388 | 149,730 | 8.3% |
| BOFI HOLDING, INC LITIGATION | 3:17-cv-00667-GPC-KSC (USDC - S.D. OF CA) | $900,000 | $0.03 | 11,237 | 75,238 | 14.9% |
| **Total** | | $13,025,000 | $0.19 | 49,694 | 530,449 | 47.61% |
| **Average** | | **$2,605,000** | **$0.04** | 9,939 | 106,090 | **9.52%** |

## **EXHIBIT V**

### **Actual Recovery**

| | |
|---|---|
| Settlement Amount | $2,500,000 |
| | |
| **Less:** | |
| Legal Fees (Proposed) | ($835,000) |
| Legal Expenses (Proposed) | ($120,457) |
| Class Representative Awards (Proposed) | ($5,000) |
| Administration | ($105,000) |
| | |
| Net Settlement Amount | **$1,434,543** |
| | |
| Total Recognized Losses | **$45,439,693** |
| | |
| Actual Recovery Percentage | **3.16%** |
| | |
| Damages Shares from Claimants | **42,788,999** |
| | |
| Recovery Per Share | **$0.034** |