# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA, <br><br> Defendants. | No. 3:22-cv-02090-JSC <br><br> Hon. Jacqueline Scott Corley <br><br> **DECLARATION OF PAUL MULHOLLAND ON BEHALF OF STRATEGIC CLAIMS SERVICES RESPONDING TO THE COURT'S MARCH 14, 2024 REQUEST FOR VERIFICATION THAT EMPLOYEE SHAREHOLDERS OF EMBARK WERE SENT A TIMELY NOTICE** |

Declaration of Paul Mulholland Responding to the Court's March 14, 2024, Request Regarding Employee Shareholders, No. 3:22-cv-02090-JSC

I, Paul Mulholland, declare and state as follows:

1.     I have personal knowledge of the facts set forth herein and, if called on to testify, I could and would do so to the best of my ability.

2.     I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have thirty (30) years of experience specializing in litigation support services, and twenty-three (23) years of experience focusing in the area of the administration of securities class action settlements.  I have also testified as an expert witness in securities and other class action matters.

3.     This declaration is responding to the Court's request regarding verification that employee shareholders of Embark were sent a Notice.

### Employee Shareholders of Class A Common Shares of Embark during the Settlement Class Period

4.     Based on SCS's review of claims filed in this matter, eleven claims were submitted by employees of Embark.  All eleven employee claimants were included on the shareholders transfer agent's list provided by Defendants. The transfer agent's list was a source from Defendants in providing names and addresses of 239 recordholders of Embark Class A common shares during the Settlement Class Period.  Each of these 239 recordholders were sent a Notice on October 6, 2024.  *See* paragraph seven of Bravata mailing declaration dated October 26, 2024 (ECF No. 92).

5.     Securities issued to employees, as well as officers and directors, are typically included on the shareholders transfer agent's list.  As noted in Embark's 12/31/21 Form 10-K Annual Report (page two, Part I, Item I), there were 231 employees of Embark as of 12/31/21.  In addition, and as noted on page 42, paragraph two of Embark's 12/31/21 Annual Report, Embark's Class A restricted common shares were issued to directors, officers, and employees of Embark.

---

[1] All capitalized terms not otherwise defined in this declaration have the same meanings as in the Amended Stipulation and Agreement of Settlement, dated August 30, 2023, previously filed with the Court.

---

Declaration of Paul Mulholland Responding to the Court's March 14, 2024, Request
Regarding Employee Shareholders, No. 3:22-cv-02090-JSC

6.    Attached as Exhibit A is the transfer agent's list provided to SCS by Defendants on September 29, 2023 containing 239 recordholders of Embark's Class A common shares during the Settlement Class Period. On this list, there are 134 institutional/non-employee holders (84 after removing duplicates); 12 names who are officers and directors of the Company or named defendants (seven after removing duplicates); and 93 names who were most likely employees of Embark (78 after removing duplicates). Attached as Exhibit B is a list of these 78 employees.

7.    SCS has identified eleven claimants who are employees of Embark. As a result of this, 14.1% (11 divided by 78) employee shareholders filed claims in this matter. This is consistent with the overall claims rate of 12.1%.

Executed this 19th day of March 2024, in Media, Pennsylvania.

_____
Paul Mulholland

Declaration of Paul Mulholland Responding to the Court's March 14, 2024, Request Regarding Employee Shareholders, No. 3:22-cv-02090-JSC

# Exhibit A

| Type | Legal Name | Address 1 | Address 2 |
|------|-----------|-----------|-----------|
| Employee | ADAM FLYNN | 1930 VILLAGE CENTER CIR STE 3-6743 | LAS VEGAS NV 89134-6245 |
| Employee | AJITHKUMAR DASARI | 21250 RAINBOW DR | CUPERTINO CA 95014-4985 |
| Employee | ALEX SMISKO | 871 AVENUE B | REDONDO BEACH CA 90277-4834 |
| Employee | ALEXANDRA READE | 269 GLOUCESTER AVE | OAKVILLE ON L6J 3W8 |
| Employee | ALEXANDRA READE | 269 GLOUCESTER AVE | OAKVILLE ON L6J 3W8 |
| Employee | ANDREW LEE | 340 S LEMON AVE # 3766 | WALNUT CA 91789-2706 |
| Employee | ANISH CHOPRA | 350 NEWTON AVE APT 8 | OAKLAND CA 94606-1325 |
| Employee | ASHISH TAMANG | 2240 KUHIO AVE APT 3601 | HONOLULU HI 96815-2821 |
| Employee | AVI DAS | 258 S 1ST ST APT 3A | BROOKLYN NY 11211-4588 |
| Employee | AVI DAS | 258 S 1ST ST APT 3A | BROOKLYN NY 11211-4588 |
| Employee | AVI DAS | 258 S 1ST ST APT 3A | BROOKLYN NY 11211-4588 |
| Employee | BIJAY SHRESTHA | 13183 FALCON PL | CHINO CA 91710-3891 |
| Employee | BLAKE CARPENTER | 470 FULTON ST APT E | SAN FRANCISCO CA 94102-4348 |
| Employee | BLAKE CARPENTER | 605 PEACOCK LN APT A | AUSTIN TX 78704-6258 |
| Employee | BRIAN POKORNY | 102 MOUNT TIBURON RD | BELVEDERE TIBURON CA 94920-1514 |
| Employee | BRITISCHE ANDREWS | 1126 N MOUNTAIN AVE, PO BOX 1614 | ONTARIO CA 91762-9700 |
| Employee | CALEB FOUST | 77 BLUXOME ST UNIT 111 | SAN FRANCISCO CA 94107-5535 |
| Employee | CHARLES SCHNEIDER | 3356 APPIAN RD | CARLSBAD CA 92010-2154 |
| Employee | CHRISTIAN WAWRZONEK | 307 MULLEN AVE | SAN FRANCISCO CA 94110-5333 |
| Employee | CHRISTOPHER ETHAN SMOAK | 12 VALE DR | ESSEX JUNCTION VT 05452-4340 |
| Employee | DANIEL GROSS | 548 MARKET ST # 71382 | SAN FRANCISCO CA 94104-5401 |
| Employee | DAVID JUAREZ | 2625 DAKIN DR | CORONA CA 92882-6198 |
| Employee | DAVID WATSON | 5805 MENDOCINO AVE | OAKLAND CA 94618-1808 |
| Employee | EDVARD ENGESAETH | 382 NE 191ST ST # 57254 | MIAMI FL 33179-3899 |
| Employee | ERIK JARVA | 158 SOUTH ST | NORWELL MA 02061-2431 |
| Employee | EVAN TUTILL | 112 CAMINO SOBRANTE | ORINDA CA 94563-2329 |
| Employee | GARRETT OWEN | 12023 26TH AVE S | SEATTLE WA 98168-2401 |
| Employee | GEORGE LANCASTER | 2440 NUGGET ST. SE | RIO RANCHO NM 87124 |
| Employee | GRANT CONNEALY | 165 CRESCENT BAY DR | LAGUNA BEACH CA 92651-1320 |
| Employee | HENRY CHANG | 32463 CAPITOLA CT | UNION CITY CA 94587-5164 |
| Employee | HENRY SU | 660 KING ST UNIT 242 | SAN FRANCISCO CA 94107-1523 |
| Employee | HOURANN BOSCI | 601 WILLIAM ST APT 515 | OAKLAND CA 94612-1089 |
| Employee | IAN HARTWIG | 21 SCOTT ST | SAN FRANCISCO CA 94117-3220 |
| Employee | IMMAD AKHUND | 149 LAIDLEY ST | SAN FRANCISCO CA 94131-2767 |
| Employee | JAMES GILLIS | 2 ROSE PARK CRES | TORONTO ON M4T 1P9 |
| Employee | JAMES GILLIS | 2 ROSE PARK CRES | TORONTO ON M4T 1P9 |
| Employee | JARED JENSEN | 1600 15TH ST APT 612 | SAN FRANCISCO CA 94103 |
| Employee | JASON SNELL | 1481 ROSITA RD | PACIFICA CA 94044-4339 |
| Employee | JEFF HEITZMAN | 1021 E PORTER AVE | NAPERVILLE IL 60540-5529 |
| Employee | JONATHAN MORRIS | 1115 SHATTUCK AVE | BERKELEY CA 94707-2609 |
| Employee | JOSEPHINE HOVHANNESSIAN | 2625 20TH ST | SAN FRANCISCO CA 94110-2821 |
| Employee | KATHRIN PORTL | 1200 E HILLSDALE BLVD | FOSTER CITY CA 94404-1221 |

| | | | |
|---|---|---|---|
| Employee | KEERTHI RAJ NAGARAJA | 3355 OCTAVIUS DR APT 438 | SANTA CLARA CA 95054-3004 |
| Employee | KONSTANTINE MUSHEGIAN | 230 11TH ST APT 4 | SAN FRANCISCO CA 94103-3736 |
| Employee | KONSTANTINE MUSHEGIAN | 1158 PAGE ST, APT. 6 | SAN FRANCISCO CA 94117 |
| Employee | LARRY KENDALL | 4271 LAKESHORE RD | BURLINGTON ON L7L 1A7 |
| Employee | LARRY KENDALL | 4271 LAKESHORE RD | BURLINGTON ON L7L 1A7 |
| Employee | LIAM BENSON | 2001 MCALLISTER ST UNIT 248C | SAN FRANCISCO CA 94118-4436 |
| Employee | LOUIS DUFRESNE | 2415 30 AVE SW | CALGARY AB T2T 1S1 |
| Employee | LOUIS DUFRESNE | 2415 30 AVE SW | CALGARY AB T2T 1S1 |
| Employee | MAELIN WU | 5810 AYALA AVE | OAKLAND CA 94609-1506 |
| Employee | MAHSA GHAFOURIAN | 6579 EXETER DR | OAKLAND CA 94611-1641 |
| Employee | MARCUS SJOLIN | 3766 21ST ST | SAN FRANCISCO CA 94114-2915 |
| Employee | MARK LIU | 915 PAGE ST | BERKELEY CA 94710-1428 |
| Employee | MICHAEL HOFFMAN | 52 E 83RD ST | NEW YORK NY 10028-0837 |
| Employee | MICHAEL HOFFMAN | 52 E 83RD ST | NEW YORK NY 10028-0837 |
| Employee | MICHAEL REID | 951 BRICKELL AVE APT 3708 | MIAMI FL 33131-3942 |
| Employee | MICHAEL SERGONIS | 868 29TH ST | OAKLAND CA 94608-4508 |
| Employee | MONIKA DARWISH | 1925 CHESTNUT ST APT 6 | SAN FRANCISCO CA 94123-2814 |
| Employee | NICLAS EVESTEDT | 833 MOHICAN WAY | REDWOOD CITY CA 94062-3416 |
| Employee | NICOLAS FERMIN ANDREY STERNER | 8 10TH ST | SAN FRANCISCO CA 94103-1383 |
| Employee | NICOLAS FERMIN ANDREY STERNER | CALLE DENIA 29 SEGUNDO 3 | BARCELONA 08006 |
| Employee | PAUL ASHBOURNE | 1717 N BAYSHORE DR APT 3650 | MIAMI FL 33132-1170 |
| Employee | PAUL ASHBOURNE | 5347 LAGORCE DR | MIAMI BEACH FL 33140-2133 |
| Employee | PAUL STEWART | 10401 MORNING DROP AVE | LAS VEGAS NV 89129-3231 |
| Employee | RAN REICHMAN | 300 LENORA ST # 760 | SEATTLE WA 98121-2411 |
| Employee | REHMAN MERALI | 786 KING ST W | TORONTO ON M5V 1N6 |
| Employee | RICHARD CURTISS | 3800 BRADFORD ST SPC 318 | LA VERNE CA 91750-3154 |
| Employee | ROBERT WALKER | 4521 25TH ST UNIT 1 | SAN FRANCISCO CA 94114-3530 |
| Employee | ROBERT WALKER C/O EMBARK TECHNOLOGY, INC. | 424 TOWNSEND ST | SAN FRANCISCO CA 94107-1510 |
| Employee | ROHAN DIVEKAR | 6400 CHRISTIE AVE APT 4109 | EMERYVILLE CA 94608-1039 |
| Employee | RONALD DAVIS | 8618 SVL BOX | VICTORVILLE CA 92395-5178 |
| Employee | RYAN SHEA | 9450 SW GEMINI DR | BEAVERTON OR 97008-7105 |
| Employee | SAMI RAJALA | 1835 UNIVERSITY AVE APT A | BERKELEY CA 94703-1537 |
| Employee | SAMUEL KUNZ | 1720 MORELAND DR | ALAMEDA CA 94501-1642 |
| Employee | SAMY ABIDI | 2861 CALIFORNIA ST APT 15 | SAN FRANCISCO CA 94115-2558 |
| Employee | SEAN DURFY | 90 DAUM QUAY, PO BOX 30981 | GRAND CAYMAN KY1-1204 |
| Employee | SEAN DURFY | 90 DAUM QUAY, PO BOX 30981 | GRAND CAYMAN KY1-1204 |
| Employee | SEAN JORDAN | 7264 VIA ANTIQUA ST | HESPERIA CA 92345-4429 |
| Employee | SINGHAL RISHABH | 501A BRODERICK ST | SAN FRANCISCO CA 94117-1409 |
| Employee | SINGHAL RISHABH | 68 GLENVIEW DR | SAN FRANCISCO CA 94131-1610 |
| Employee | SOHEIL KOUSHAN | 1755 OFARRELL ST APT 1301 | SAN FRANCISCO CA 94115-5274 |
| Employee | SOMUDRO GUPTA | 701 MINNESOTA ST APT 202 | SAN FRANCISCO CA 94107-3052 |
| Employee | STEPHEN CLONTS | 5837 ESTRELLA AVE | LOS ANGELES CA 90044-6321 |
| Employee | STUART H MASON | 1781 LOGAN AVE S | MINNEAPOLIS MN 55403-2844 |

EXHIBIT A

| Type | Name | Address | City/State |
|---|---|---|---|
| Employee | TAYLOR ENGLAND | 666A BAY ST | SAN FRANCISCO CA 94133-7043 |
| Employee | TERISA WALLIS | 13999 MONTECITO DR | VICTORVILLE CA 92395-4746 |
| Employee | TREVOR DECKER | 336 AMARYLLIS TER | SUNNYVALE CA 94086-6727 |
| Employee | VISHNU RUDRASAMUDRAM | 2130 STOCKTON ST APT 108 | SAN FRANCISCO CA 94133-2048 |
| Employee | XINZHI FAN | 4106 GEORGE AVE APT 3 | SAN MATEO CA 94403-4766 |
| Employee | XINZHI FAN | 398 ORTEGA AVE UNIT 114 | MOUNTAIN VIEW CA 94040-6212 |
| Employee | ZELJKO POPOVIC | 317 29TH ST APT 310 | SAN FRANCISCO CA 94131-2380 |
| Employee | ZHUORAN (RENA) LU | 1034 PINE ST APT 1 | MENLO PARK CA 94025-3458 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 1611 S CATALINA AVE | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | BERYL CAPITAL PARTNERS LP | 8 BLANDING LN | BELVEDERE CA 94920-2430 |
| Institution/Non-Employee | BUCKLEY ENDEAVORS LLC | 570 WASHINGTON BLVD | REDONDO BEACH CA 90277-5255 |
| Institution/Non-Employee | CEDE & CO | 570 WASHINGTON BLVD | JERSEY CITY NJ 07310 |
| Institution/Non-Employee | CEDE & CO | 1 QUEEN ST E SUITE 2500 | JERSEY CITY NJ 07310 |
| Institution/Non-Employee | CPP INVESTMENT BOARD PMI-3 INC. | 270 UNIVERSITY AVE | TORONTO ON M5C 2W5 |
| Institution/Non-Employee | DATA COLLECTIVE IV, L.P. | 270 UNIVERSITY AVE | PALO ALTO CA 94301-1713 |
| Institution/Non-Employee | DATA COLLECTIVE IV, L.P. | 548 MARKET ST # 71382 | PALO ALTO CA 94301-1713 |
| Institution/Non-Employee | DG7, A SERIES OF DG FUNDS, LLC | 548 MARKET ST # 71382 | SAN FRANCISCO CA 94104-5401 |
| Institution/Non-Employee | DGROSS HOLDINGS, L.L.C. | 548 MARKET ST # 71382 | SAN FRANCISCO CA 94104-5401 |
| Institution/Non-Employee | DWAC Control Account for Processing DTC Electronic Deliveries c/o CST & Co | 17 Battery Pl. | New York, NY 10004-1207 |
| Institution/Non-Employee | FIDUCIARY TRUST INTERNATIONAL OF DELAWAR THE | 4250 LANCASTER PIKE STE 210 | WILMINGTON DE 19805-1520 |
| Institution/Non-Employee | ROCKY MOUNTAIN FAMILY TRUST DTD 6/21/21 | 237 KEARNY ST # 424 | SAN FRANCISCO CA 94108-4502 |
| Institution/Non-Employee | FUNDERSCLUB 2WD LLC C/O: FUNDERSCLUB INC. | 237 KEARNY ST # 424 | SAN FRANCISCO CA 94108-4502 |
| Institution/Non-Employee | FUNDERSCLUB GJR LLC C/O: FUNDERSCLUB INC. | 237 KEARNY ST # 424 | SAN FRANCISCO CA 94108-4502 |
| Institution/Non-Employee | FUNDERSCLUB N48 LLC C/O: FUNDERSCLUB INC. | 237 KEARNY ST # 424 | SAN FRANCISCO CA 94108-4502 |
| Institution/Non-Employee | GARAGE CAPITAL FUND 2 LP | 3-435 WINCHESTER DR | WATERLOO ON N2T 0B7 |
| Institution/Non-Employee | HEALTHCARE OF ONTARIO PENSION PLAN TRUST FUND | 1 YORK ST SUITE 1900 | TORONTO ON M5J 0B6 |

| | | | |
|---|---|---|---|
| Institution/Non-Employee | HEALTHCARE OF ONTARIO PENSION PLAN TRUST FUND | 1 YORK ST SUITE 1900 | TORONTO ON M5J 0B6 |
| Institution/Non-Employee | HIBERNIA SOLUTIONS | 17 HIBERNIA AVE | TORONTO ON M6N 1E6 |
| Institution/Non-Employee | HIBERNIA SOLUTIONS | 17 HIBERNIA AVE | TORONTO ON M6N 1E6 |
| Institution/Non-Employee | KJ HARRISON & PARTNERS INC. | 60 BEDFORD RD | TORONTO ON M5R 2K2 |
| Institution/Non-Employee | KJ HARRISON & PARTNERS INC. | 60 BEDFORD RD | TORONTO ON M5R 2K2 |
| Institution/Non-Employee | KNIGHT-SWIFT TRANSPORTATION | 2002 N 19TH ST | PHOENIX AZ 85006-1938 |
| Institution/Non-Employee | KNIGHT-SWIFT TRANSPORTATION HOLDINGS INC. | 20002 N 19TH AVE | PHOENIX AZ 85027-4250 |
| Institution/Non-Employee | KT MERCHANT PARTNERS INC. | 137 PINEWOOD TRAIL | MISSISSAUGA ON L5G 2L2 |
| Institution/Non-Employee | KT MERCHANT PARTNERS INC. | 137 PINEWOOD TRAIL | MISSISSAUGA ON L5G 2L2 |
| Institution/Non-Employee | LORAD ADVISORY SERVICES INC. | 2415 30 AVE SW | CALGARY AB T2T 1S1 |
| Institution/Non-Employee | LORAD ADVISORY SERVICES INC. | 2415 30 AVE SW | CALGARY AB T2T 1S1 |
| Institution/Non-Employee | MAGNETAR CONSTELLATION FUND II, LTD. | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR CONSTELLATION FUND II, LTD. | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR CONSTELLATION MASTER FUND LTD | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR CONSTELLATION MASTER FUND LTD | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR LAKE CREDIT FUND LLC | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR LAKE CREDIT FUND LLC | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR SC FUND LTD. | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR SC FUND LTD. | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR STRUCTURED CREDIT FUND, LP | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR STRUCTURED CREDIT FUND, LP | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR XING HE MASTER FUND LTD. | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAGNETAR XING HE MASTER FUND LTD. | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | MAVEN VENTURES FUND II, L.P. | 26400 ARIC LN | LOS ALTOS HILLS CA 94022-1918 |
| Institution/Non-Employee | MAVEN VENTURES FUND III, L.P. | 3340 HILLVIEW AVE | PALO ALTO CA 94304-1203 |
| Institution/Non-Employee | MAVEN VENTURES OPPORTUNITY FUND I, L.P. | 3340 HILLVIEW AVE | PALO ALTO CA 94304-1203 |
| Institution/Non-Employee | MDC CAPITAL PARTNERS (VENTURES) LP | 415 MISSION ST STE 5550 | SAN FRANCISCO CA 94105-2533 |
| Institution/Non-Employee | MDC CAPITAL PARTNERS (VENTURES), LP | 22ND FLOOR, AL SILA TOWER | ABU DHABI GLOBAL MARKET, AL MARYAH ISLAN, ABU DHABI 45005 |
| Institution/Non-Employee | MENDOCINO LLC | 50 WOODSIDE PLZ STE 560 | REDWOOD CITY CA 94061-2500 |
| Institution/Non-Employee | MIC CAPITAL PARTNERS (PUBLIC) PARALLEL CAYMAN, LP | 22ND FLOOR, AL SILA TOWER | ABU DHABI GLOBAL MARKET, AL MARYAH ISLAN, ABU DHABI 45005 |
| Institution/Non-Employee | MJE INVESTMENTS LLC | 3316 W 68TH ST | MISSION HILLS KS 66208-2137 |
| Institution/Non-Employee | MJE INVESTMENTS LLC | 3316 W 68TH ST | MISSION HILLS KS 66208-2137 |
| Institution/Non-Employee | NATIONAL BANK FINANCIAL INC. | M100-1010 DE LA GAUCHETIERE ST. W | MONTREAL QC H3B 5J2 |
| Institution/Non-Employee | NATIONAL BANK FINANCIAL INC. | M100-1010 DE LA GAUCHETIERE ST. W | MONTREAL QC H3B 5J2 |
| Institution/Non-Employee | NATIONAL BANK FINANCIAL INC. ATTN: JOEL CLARK CANADIAN | 60 BEDFORD RD | TORONTO ON M5R 2K2 |
| Institution/Non-Employee | NATIONAL BANK FINANCIAL INC. ATTN: JOEL CLARK CANADIAN | 60 BEDFORD RD | TORONTO ON M5R 2K2 |
| Institution/Non-Employee | NBIMC QUANTITATIVE EQUITY STRATEGIC BETA (2017) FUND C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |

| | | | |
|---|---|---|---|
| Institution/Non-Employee | NBIMC QUANTITATIVE EQUITY STRATEGIC BETA (2017) FUND C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |
| Institution/Non-Employee | NBIMC QUANTITATIVE EQUITY STRATEGIC BETA FUND - CLASS N C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |
| Institution/Non-Employee | NBIMC QUANTITATIVE EQUITY STRATEGIC BETA FUND - CLASS N C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |
| Institution/Non-Employee | NBIMC QUANTITATIVE STRATEGIES (2017) FUND C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |
| Institution/Non-Employee | NBIMC QUANTITATIVE STRATEGIES (2017) FUND C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |
| Institution/Non-Employee | NBIMC QUANTITATIVE STRATEGIES FUND - CLASS N C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |
| Institution/Non-Employee | NBIMC QUANTITATIVE STRATEGIES FUND - CLASS N C/O VESTCOR | 140 CARLETON ST SUITE 400 | FREDERICTON NB E3B 3T4 |
| Institution/Non-Employee | NORTHERN GENESIS SPONSOR II LLC | 4801 MAIN ST STE 1000 | KANSAS CITY MO 64112-2551 |
| Institution/Non-Employee | NORTHERN GENESIS SPONSOR II LLC | 4801 MAIN ST STE 1000 | KANSAS CITY MO 64112-2551 |
| Institution/Non-Employee | OMERS VENTURES III, LP | 900-100 ADELAIDE ST W | TORONTO ON M5H 0E2 |
| Institution/Non-Employee | PALANTIR TECHNOLOGIES INC. | 155 BLAKE STREET SUITE 250 | DENVER CO 80202 |
| Institution/Non-Employee | PEAK TRUST COMPANY – NV TRUSTEE ANNAPOLIS VALLEY FAMILY TRUST | 3000 A ST STE 200 | ANCHORAGE AK 99503-4040 |
| Institution/Non-Employee | PICTON MAHONEY ARBITRAGE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY ARBITRAGE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY ARBITRAGE PLUS FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY ARBITRAGE PLUS FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED ARBITRAGE ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED ARBITRAGE ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED ARBITRAGE PLUS ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED ARBITRAGE PLUS ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED LONG SHORT ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED LONG SHORT ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED MARKET NEUTRAL ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY FORTIFIED MARKET NEUTRAL ALTERNATIVE FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY LONG SHORT EQUITY FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY LONG SHORT EQUITY FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |

| | | | |
|---|---|---|---|
| Institution/Non-Employee | PICTON MAHONEY MARKET NEUTRAL EQUITY FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PICTON MAHONEY MARKET NEUTRAL EQUITY FUND | 33 YONGE ST SUITE 830 | TORONTO ON M5E 1G4 |
| Institution/Non-Employee | PROPULSION CAPITAL | 144 PACCHETTI WAY | MOUNTAIN VIEW CA 94040-1237 |
| Institution/Non-Employee | PSAM WORLDARB MASTER FUND LTD. C/O P SCHOENFELD ASSET MANAGEMENT LP | 1350 AVENUE OF THE AMERICAS FL 21 | NEW YORK NY 10019-4801 |
| Institution/Non-Employee | PSAM WORLDARB MASTER FUND LTD. C/O P SCHOENFELD ASSET MANAGEMENT LP | 1350 AVENUE OF THE AMERICAS FL 21 | NEW YORK NY 10019-4801 |
| Institution/Non-Employee | PURPOSE ALTERNATIVE CREDIT FUND F LLC | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | PURPOSE ALTERNATIVE CREDIT FUND F LLC | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | PURPOSE ALTERNATIVE CREDIT FUND T LLC | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | PURPOSE ALTERNATIVE CREDIT FUND T LLC | 1603 ORRINGTON AVE FL 13 | EVANSTON IL 60201-3841 |
| Institution/Non-Employee | RACI PS INVESTMENTS, LLC | 3590 W. PICHADO AVENUE | LAS CRUCES NM 88007 |
| Institution/Non-Employee | SEQUOIA CAPITAL U.S. GROWTH FUND VII, L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA CAPITAL U.S. GROWTH FUND VII, L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA CAPITAL U.S. GROWTH VII PRINCIPALS FUND, L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA CAPITAL U.S. VENTURE FUND XV, L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV (Q), L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA CAPITAL U.S. VENTURE PARTNERS FUND XV, L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA CAPITAL U.S. VENTURE XV PRINCIPALS FUND, L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA GROVE II, LLC | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SEQUOIA GROVE UK, L.P. | 2800 SAND HILL RD STE 101 | MENLO PARK CA 94025-7055 |
| Institution/Non-Employee | SOMA CAPITAL FUND II, L.P. | 301 MISSION ST APT 603 | SAN FRANCISCO CA 94105-6658 |
| Institution/Non-Employee | SV ANGEL VI LP | 588 SUTTER ST # 299 | SAN FRANCISCO CA 94102-1102 |
| Institution/Non-Employee | THE MAGIC MOUNTAIN LIVING TRUST | 2651 BAKER ST | SAN FRANCISCO CA 94123-3801 |
| Institution/Non-Employee | THE RALSTON FAMILY TRUST | 171 GLENWOOD AVE | ATHERTON CA 94027-3157 |
| Institution/Non-Employee | THE REDSTONE COMPANY | 36C SHANK ST | TORONTO ON M6J 3T9 |
| Institution/Non-Employee | THE REDSTONE COMPANY | 36C SHANK ST | TORONTO ON M6J 3T9 |
| Institution/Non-Employee | THE TANBARK TRUST C/O EMBARK TECHNOLOGY, INC. | 424 TOWNSEND ST | SAN FRANCISCO CA 94107-1510 |
| Institution/Non-Employee | THIRTY FIFTH INVESTMENT COMPANY LLC | 22ND FLOOR, AL SILA TOWER | ABU DHABI GLOBAL MARKET, AL MARYAH ISLAN, ABU DHABI 45005 |
| Institution/Non-Employee | TIGER GLOBAL INVESTMENTS, L.P. C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED | 89 NEXUS WAY, 2ND FLOOR P.O. BOX 31106 | CAMANA BAY, GRAND CAYMAN KY1-1205 |
| Institution/Non-Employee | TIGER GLOBAL LONG OPPORTUNITIES MASTER FUND, L.P. (CAYMAN ISLANDS) LIMITED C/O CITCO FUND SERVICES | 89 NEXUS WAY, 2ND FLOOR, P.O. BOX 31106 | CAMANA BAY, GRAND CAYMAN KY1-1205 |

| | | | |
|---|---|---|---|
| Institution/Non-Employee | TIGER GLOBAL PIP ELEVEN LLC C/O TIGER GLOBAL MANAGEMENT, LLC | 9 W 57TH ST FL 35 | NEW YORK NY 10019-2704 |
| Institution/Non-Employee | TRANSFORM ODYSSEY LP | 708 LONG BRIDGE ST STE 1310 | SAN FRANCISCO CA 94158-2433 |
| Institution/Non-Employee | VIA SEED TECHNOLOGY PARTNERS EXPLORER FUND, L.P. | 530 LYTTON AVE STE 239 | PALO ALTO CA 94301-1541 |
| Institution/Non-Employee | VS VENTURES LLC | 382 NE 191ST ST # 57254 | MIAMI FL 33179-3899 |
| Institution/Non-Employee | WERNER ENTERPRISES, INC. | 14507 FRONTIER RD | OMAHA NE 68138-3808 |
| Institution/Non-Employee | WI HARPER FUND VIII LP | 50 CALIFORNIA ST STE 2580 | SAN FRANCISCO CA 94111-4702 |
| Institution/Non-Employee | Y COMBINATOR CONTINUITY HOLDINGS I, LLC | 335 PIONEER WAY | MOUNTAIN VIEW CA 94041-1505 |
| Institution/Non-Employee | Y COMBINATOR INVESTMENTS, LLC SERIES W16 | 335 PIONEER WAY | MOUNTAIN VIEW CA 94041-1505 |
| Institution/Non-Employee | YC HOLDINGS II. LLC | 335 PIONEER WAY | MOUNTAIN VIEW CA 94041-1505 |
| Institution/Non-Employee | YCVC FUND I, L.P. | 335 PIONEER WAY | MOUNTAIN VIEW CA 94041-1505 |
| Institution/Non-Employee | ZX VENTURES LLC | 125 W 24TH ST | NEW YORK NY 10011-1901 |
| Officer/Director/Defendant | ALEX RODRIGUES LIVING TRUST | 1029 NOE ST | SAN FRANCISCO CA 94114-3310 |
| Officer/Director/Defendant | BARBARA SCHAEFER | 49 POSTHILL DR SW | CALGARY AB T3H 0A8 |
| Officer/Director/Defendant | BARBARA SCHAEFER | 49 POSTHILL DR SW | CALGARY AB T3H 0A8 |
| Officer/Director/Defendant | BRANDON MOAK LIVING TRUST | 1029 NOE ST | SAN FRANCISCO CA 94114-3310 |
| Officer/Director/Defendant | CHRIS JARRATT | 269 GLOUCESTER AVE | OAKVILLE ON L6J 3W8 |
| Officer/Director/Defendant | CHRIS JARRATT | 269 GLOUCESTER AVE | OAKVILLE ON L6J 3W8 |
| Officer/Director/Defendant | HEATHER MICHELLE SPARKES | 33 MCKENZIE LAKE PT SE | CALGARY AB T2Z 1L7 |
| Officer/Director/Defendant | HEATHER MICHELLE SPARKES | 33 MCKENZIE LAKE PT SE | CALGARY AB T2Z 1L7 |
| Officer/Director/Defendant | KEN MANGET | 7841 POPLAR SIDE ROAD | COLLINGWOOD ON L9Y 0H7 |
| Officer/Director/Defendant | KEN MANGET | 7841 POPLAR SIDE ROAD | COLLINGWOOD ON L9Y 0H7 |
| Officer/Director/Defendant | ROBERT SCHAEFER | 49 POSTHILL DR SW | CALGARY AB T3H 0A8 |
| Officer/Director/Defendant | ROBERT SCHAEFER | 49 POSTHILL DR SW | CALGARY AB T3H 0A8 |

# Exhibit B

| # | Type | Legal Name | Address 1 | Address 2 |
|---|------|-----------|-----------|-----------|
| 1 | Employee | ADAM FLYNN | 1930 VILLAGE CENTER CIR STE 3-6743 | LAS VEGAS NV 89134-6245 |
| 2 | Employee | AJITHKUMAR DASARI | 21250 RAINBOW DR | CUPERTINO CA 95014-4985 |
| 3 | Employee | ALEX SMISKO | 871 AVENUE B | REDONDO BEACH CA 90277-4834 |
| 4 | Employee | ALEXANDRA READE | 269 GLOUCESTER AVE | OAKVILLE ON L6J 3W8 |
| 4 | Employee | ALEXANDRA READE | 269 GLOUCESTER AVE | OAKVILLE ON L6J 3W8 |
| 5 | Employee | ANDREW LEE | 340 S LEMON AVE # 3766 | WALNUT CA 91789-2706 |
| 6 | Employee | ANISH CHOPRA | 350 NEWTON AVE APT 8 | OAKLAND CA 94606-1325 |
| 7 | Employee | ASHISH TAMANG | 2240 KUHIO AVE APT 3601 | HONOLULU HI 96815-2821 |
| 8 | Employee | AVI DAS | 258 S 1ST ST APT 3A | BROOKLYN NY 11211-4588 |
| 8 | Employee | AVI DAS | 258 S 1ST ST APT 3A | BROOKLYN NY 11211-4588 |
| 8 | Employee | AVI DAS | 258 S 1ST ST APT 3A | BROOKLYN NY 11211-4588 |
| 9 | Employee | BIJAY SHRESTHA | 13183 FALCON PL | CHINO CA 91710-3891 |
| 10 | Employee | BLAKE CARPENTER | 470 FULTON ST APT E | SAN FRANCISCO CA 94102-4348 |
| 10 | Employee | BLAKE CARPENTER | 605 PEACOCK LN APT A | AUSTIN TX 78704-6258 |
| 11 | Employee | BRIAN POKORNY | 102 MOUNT TIBURON RD | BELVEDERE TIBURON CA 94920-1514 |
| 12 | Employee | BRITISCHE ANDREWS | 1126 N MOUNTAIN AVE, PO BOX 1614 | ONTARIO CA 91762-9700 |
| 13 | Employee | CALEB FOUST | 77 BLUXOME ST UNIT 111 | SAN FRANCISCO CA 94107-5535 |
| 14 | Employee | CHARLES SCHNEIDER | 3356 APPIAN RD | CARLSBAD CA 92010-2154 |
| 15 | Employee | CHRISTIAN WAWRZONEK | 307 MULLEN AVE | SAN FRANCISCO CA 94110-5333 |
| 16 | Employee | CHRISTOPHER ETHAN SMOAK | 12 VALE DR | ESSEX JUNCTION VT 05452-4340 |
| 17 | Employee | DANIEL GROSS | 548 MARKET ST # 71382 | SAN FRANCISCO CA 94104-5401 |
| 18 | Employee | DAVID JUAREZ | 2625 DAKIN DR | CORONA CA 92882-6198 |
| 19 | Employee | DAVID WATSON | 5805 MENDOCINO AVE | OAKLAND CA 94618-1808 |
| 20 | Employee | EDVARD ENGESAETH | 382 NE 191ST ST # 57254 | MIAMI FL 33179-3899 |
| 21 | Employee | ERIK JARVA | 158 SOUTH ST | NORWELL MA 02061-2431 |
| 22 | Employee | EVAN TUTILL | 112 CAMINO SOBRANTE | ORINDA CA 94563-2329 |
| 23 | Employee | GARRETT OWEN | 12023 26TH AVE S | SEATTLE WA 98168-2401 |
| 24 | Employee | GEORGE LANCASTER | 2440 NUGGET ST. SE | RIO RANCHO NM 87124 |
| 25 | Employee | GRANT CONNEALY | 165 CRESCENT BAY DR | LAGUNA BEACH CA 92651-1320 |
| 26 | Employee | HENRY CHANG | 32463 CAPITOLA CT | UNION CITY CA 94587-5164 |
| 27 | Employee | HENRY SU | 660 KING ST UNIT 242 | SAN FRANCISCO CA 94107-1523 |
| 28 | Employee | HOURANN BOSCI | 601 WILLIAM ST APT 515 | OAKLAND CA 94612-1089 |
| 29 | Employee | IAN HARTWIG | 21 SCOTT ST | SAN FRANCISCO CA 94117-3220 |
| 30 | Employee | IMMAD AKHUND | 149 LAIDLEY ST | SAN FRANCISCO CA 94131-2767 |
| 31 | Employee | JAMES GILLIS | 2 ROSE PARK CRES | TORONTO ON M4T 1P9 |
| 31 | Employee | JAMES GILLIS | 2 ROSE PARK CRES | TORONTO ON M4T 1P9 |
| 32 | Employee | JARED JENSEN | 1600 15TH ST APT 612 | SAN FRANCISCO CA 94103 |
| 33 | Employee | JASON SNELL | 1481 ROSITA RD | PACIFICA CA 94044-4339 |
| 34 | Employee | JEFF HEITZMAN | 1021 E PORTER AVE | NAPERVILLE IL 60540-5529 |
| 35 | Employee | JONATHAN MORRIS | 1115 SHATTUCK AVE | BERKELEY CA 94707-2609 |
| 36 | Employee | JOSEPHINE HOVHANNESSIAN | 2625 20TH ST | SAN FRANCISCO CA 94110-2821 |
| 37 | Employee | KATHRIN PORTL | 1200 E HILLSDALE BLVD | FOSTER CITY CA 94404-1221 |
| 38 | Employee | KEERTHI RAJ NAGARAJA | 3355 OCTAVIUS DR APT 438 | SANTA CLARA CA 95054-3004 |

Page 1

| 39 | Employee | KONSTANTINE MUSHEGIAN | 230 11TH ST APT 4 | SAN FRANCISCO CA 94103-3736 |
|---|---|---|---|---|
| 39 | Employee | KONSTANTINE MUSHEGIAN | 1158 PAGE ST, APT. 6 | SAN FRANCISCO CA 94117 |
| 40 | Employee | LARRY KENDALL | 4271 LAKESHORE RD | BURLINGTON ON L7L 1A7 |
| 40 | Employee | LARRY KENDALL | 4271 LAKESHORE RD | BURLINGTON ON L7L 1A7 |
| 41 | Employee | LIAM BENSON | 2001 MCALLISTER ST UNIT 248C | SAN FRANCISCO CA 94118-4436 |
| 42 | Employee | LOUIS DUFRESNE | 2415 30 AVE SW | CALGARY AB T2T 1S1 |
| 42 | Employee | LOUIS DUFRESNE | 2415 30 AVE SW | CALGARY AB T2T 1S1 |
| 43 | Employee | MAELIN WU | 5810 AYALA AVE | OAKLAND CA 94609-1506 |
| 44 | Employee | MAHSA GHAFOURIAN | 6579 EXETER DR | OAKLAND CA 94611-1641 |
| 45 | Employee | MARCUS SJOLIN | 3766 21ST ST | SAN FRANCISCO CA 94114-2915 |
| 46 | Employee | MARK LIU | 915 PAGE ST | BERKELEY CA 94710-1428 |
| 47 | Employee | MICHAEL HOFFMAN | 52 E 83RD ST | NEW YORK NY 10028-0837 |
| 47 | Employee | MICHAEL HOFFMAN | 52 E 83RD ST | NEW YORK NY 10028-0837 |
| 48 | Employee | MICHAEL REID | 951 BRICKELL AVE APT 3708 | MIAMI FL 33131-3942 |
| 49 | Employee | MICHAEL SERGONIS | 868 29TH ST | OAKLAND CA 94608-4508 |
| 50 | Employee | MONIKA DARWISH | 1925 CHESTNUT ST APT 6 | SAN FRANCISCO CA 94123-2814 |
| 51 | Employee | NICLAS EVESTEDT | 833 MOHICAN WAY | REDWOOD CITY CA 94062-3416 |
| 52 | Employee | NICOLAS FERMIN ANDREY STERNER | 8 10TH ST | SAN FRANCISCO CA 94103-1383 |
| 52 | Employee | NICOLAS FERMIN ANDREY STERNER | CALLE DENIA 29 SEGUNDO 3 | BARCELONA 08006 |
| 53 | Employee | PAUL ASHBOURNE | 1717 N BAYSHORE DR APT 3650 | MIAMI FL 33132-1170 |
| 53 | Employee | PAUL ASHBOURNE | 5347 LAGORCE DR | MIAMI BEACH FL 33140-2133 |
| 54 | Employee | PAUL STEWART | 10401 MORNING DROP AVE | LAS VEGAS NV 89129-3231 |
| 55 | Employee | RAN REICHMAN | 300 LENORA ST # 760 | SEATTLE WA 98121-2411 |
| 56 | Employee | REHMAN MERALI | 786 KING ST W | TORONTO ON M5V 1N6 |
| 57 | Employee | RICHARD CURTISS | 3800 BRADFORD ST SPC 318 | LA VERNE CA 91750-3154 |
| 58 | Employee | ROBERT WALKER | 4521 25TH ST UNIT 1 | SAN FRANCISCO CA 94114-3530 |
| 58 | Employee | ROBERT WALKER C/O EMBARK TECHNOLOGY, INC. | 424 TOWNSEND ST | SAN FRANCISCO CA 94107-1510 |
| 59 | Employee | ROHAN DIVEKAR | 6400 CHRISTIE AVE APT 4109 | EMERYVILLE CA 94608-1039 |
| 60 | Employee | RONALD DAVIS | 8618 SVL BOX | VICTORVILLE CA 92395-5178 |
| 61 | Employee | RYAN SHEA | 9450 SW GEMINI DR | BEAVERTON OR 97008-7105 |
| 62 | Employee | SAMI RAJALA | 1835 UNIVERSITY AVE APT A | BERKELEY CA 94703-1537 |
| 63 | Employee | SAMUEL KUNZ | 1720 MORELAND DR | ALAMEDA CA 94501-1642 |
| 64 | Employee | SAMY ABIDI | 2861 CALIFORNIA ST APT 15 | SAN FRANCISCO CA 94115-2558 |
| 65 | Employee | SEAN DURFY | 90 DAUM QUAY, PO BOX 30981 | GRAND CAYMAN KY1-1204 |
| 65 | Employee | SEAN DURFY | 90 DAUM QUAY, PO BOX 30981 | GRAND CAYMAN KY1-1204 |
| 66 | Employee | SEAN JORDAN | 7264 VIA ANTIQUA ST | HESPERIA CA 92345-4429 |
| 67 | Employee | SINGHAL RISHABH | 501A BRODERICK ST | SAN FRANCISCO CA 94117-1409 |
| 67 | Employee | SINGHAL RISHABH | 68 GLENVIEW DR | SAN FRANCISCO CA 94131-1610 |
| 68 | Employee | SOHEIL KOUSHAN | 1755 OFARRELL ST APT 1301 | SAN FRANCISCO CA 94115-5274 |
| 69 | Employee | SOMUDRO GUPTA | 701 MINNESOTA ST APT 202 | SAN FRANCISCO CA 94107-3052 |
| 70 | Employee | STEPHEN CLONTS | 5837 ESTRELLA AVE | LOS ANGELES CA 90044-6321 |
| 71 | Employee | STUART H MASON | 1781 LOGAN AVE S | MINNEAPOLIS MN 55403-2844 |
| 72 | Employee | TAYLOR ENGLAND | 666A BAY ST | SAN FRANCISCO CA 94133-7043 |
| 73 | Employee | TERISA WALLIS | 13999 MONTECITO DR | VICTORVILLE CA 92395-4746 |

| 74 | Employee | TREVOR DECKER | 336 AMARYLLIS TER | SUNNYVALE CA 94086-6727 |
| 75 | Employee | VISHNU RUDRASAMUDRAM | 2130 STOCKTON ST APT 108 | SAN FRANCISCO CA 94133-2048 |
| 76 | Employee | XINZHI FAN | 4106 GEORGE AVE APT 3 | SAN MATEO CA 94403-4766 |
| 76 | Employee | XINZHI FAN | 398 ORTEGA AVE UNIT 114 | MOUNTAIN VIEW CA 94040-6212 |
| 77 | Employee | ZELJKO POPOVIC | 317 29TH ST APT 310 | SAN FRANCISCO CA 94131-2380 |
| 78 | Employee | ZHUORAN (RENA) LU | 1034 PINE ST APT 1 | MENLO PARK CA 94025-3458 |