UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HARDY, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC., et al.,<br><br>      Defendants. | Case No.  3:22-cv-02090-JSC<br><br>**JUDGMENT** |

The Court having granted Plaintiffs' motion for final approval of the class action settlement by Order filed March 29, 2024, the Court enters judgment in accordance with that Order and dismisses Plaintiffs' claims with prejudice.

**IT IS SO ORDERED.**

Dated: March 29, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge