UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TYLER HARDY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC., et al.,<br><br>Defendants. | Case No.  3:22-cv-02090-JSC<br><br>**ORDER RE: MOTION FOR AUTHORIZATION TO DISTRIBUTE NET SETTLEMENT FUND**<br><br>Re: Dkt. No. 112 |

Plaintiff's "motion for authorization to distribute net settlement fund" is pending before the Court. (Dkt. No. 112.)  Oral argument is not required. *See* Civ. L.R. 7-1(b).  On March 28, 2024, the Court granted Plaintiffs' motion for final approval of the class action settlement, finally approved the plan of allocation, and entered judgment in this action. (Dkt. Nos. 110, 111.)  The Court orders the Settlement Administrator, SCS, to distribute the net settlement amount as set forth in the Plan of Allocation and Court's Order.  Plaintiff has shown no legal basis for the other relief requested in the motion.  As previously ordered, Class Counsel shall file a "Post-Distribution Accounting" within 21 days after SCS distributes the net settlement amount. (Dkt. No. 110 at 19.)

This Order disposes of Docket No. 112.

**IT IS SO ORDERED.**

Dated:  May 30, 2024

JACQUELINE SCOTT CORLEY
United States District Judge