**POMERANTZ LLP**
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and*
*the Settlement Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HARDY and DANNY ROCHEFORT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBARK TECHNOLOGY, INC. f/k/a NORTHERN GENESIS ACQUISITION CORP. II, IAN ROBERTSON, KEN MANGET, CHRISTOPHER JARRATT, PAUL DALGLISH, ROBERT SCHAEFER, BRAD SPARKES, ALEX RODRIGUES, and RICHARD HAWWA,<br><br>Defendants. | No. 3:22-cv-02090-JSC<br><br>CLASS ACTION<br><br>**NOTICE OF DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to this Court's Order dated May 30, 2024 (Dkt. No. 113), "Class Counsel shall file a 'Post-Distribution Accounting' within 21 days after [Strategic Claims Services] distributes the net settlement amount." Such distribution was completed on July 2, 2024. As such, attached hereto are the following Exhibits:

**Exhibit 1:** Declaration of Josephine Bravata Concerning the Distribution of Class Action Settlement Funds (the "Bravata Declaration");

**Exhibit A to Exhibit 1:** Post-Distribution Accounting Chart.

Additionally, pursuant to this Court's Order dated March 29, 2024 (Dkt. No. 110 at 19), and in accordance with the Northern District of California's Procedural Guidance for Class Action Settlements, Class Counsel will file an additional Post-Distribution Accounting "[w]ithin 21 days after the settlement checks become stale[.]" *See* N.D. Cal.'s Procedural Guidance for Class Action Settlements, Post-Distribution Accounting ¶1, https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/. The settlement checks will become stale on December 29, 2024. *See* Bravata Declaration, Ex. A.

Dated: July 9, 2024                          Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Brenda Szydlo (admitted *pro hac vice*)
Dean Ferrogari (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com
dferrogari@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)

1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Tyler Hardy,*
*Plaintiff Danny Rochefort, and*
*the Settlement Class*