# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

cand.uscourts.gov

## Post-Distribution Accounting Form

For guidance and instruction, please see
https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/

| | |
|---|---|
| Case Number (YY-xx-#####) | 22-cv-02090 |
| Case Name | Hardy v. Embark Technology, Inc. f/k/a Northern Genesis Acquisition Corp. II et al. |
| Attorney Name | Brenda Szydlo |
| Nature of Action | Securities Class Action |
| Attorney Email | bszydlo@pomlaw.com |
| Party Represented | Lead Plaintiff Tyler Hardy, Plaintiff Danny Rochefort, and the Settlement Class |
| This is: | ⦿ A final post-distribution accounting.<br>All settlement funds have been distributed. |

| | | | |
|---|---|---|---|
| 1. Total settlement fund | $2,500,000 | | |
| 2. Number of class members | Total class size unknown; 12,402 Notice Packets sent | | |
| 3. Number of class members to whom notice was sent and not returned as undeliverable | 12,332 | | |
| 4. Number of claim forms submitted | 1,501 | N/A | ☐ |
| 5. Percentage of claim forms submitted  [=Q4/Q3] | 12.17% | N/A | ☐ |
| 6. Number of opt-outs | 3 | | |
| 7. Percentage of opt-outs  [=Q6/Q3] | 0.02% | | |
| 8. Number of objections | 1 | | |
| 9. Percentage of objections  [=Q8/Q3] | 0.008% | | |
| 10. Average recovery per claimant | $4,565.06 | | |
| 11. Median recovery per claimant | $41.06 | | |
| 12. Maximum recovery per claimant | $849,202.15 | | |

| 13. Minimum recovery per claimant | | | $10.10 | | |

| 14. Methods of notice to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. |

| [X] | 21.7% | Mail | [X] | 78.3% | Email | [ ] | 0.00% | Text |
|---|---|---|---|---|---|---|---|---|
| [ ] | 0.00% | Advertisement | [ ] | 0.00% | Website | [ ] | 0.00% | Other |

| 15. Methods of payment to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. |

| [ ] | 0.00% | Direct Deposit | [ ] | 0.00% | Gift Card | [X] | 20.6% | Paper Check |
|---|---|---|---|---|---|---|---|---|
| [X] | 79.4% | Wire | [ ] | 0.00% | Payment App | [ ] | 0.00% | Other |

| 16. Number of checks not cashed | 9 |
|---|---|
| 17. Total value of checks not cashed | $9,584.42 |
| 18. Amount of settlement funds claimed by class member | $1,716,009.78  N/A [ ] |
| 19. Amount of settlement funds distributed to class members | $1,725,594.20 |

| 20. Amounts distributed to each cy pres recipient | | Name | Amount |
|---|---|---|---|
| | 1. | Bay Area Legal Aid | $9,584.42 |
| | 2. | | $ |
| | 3. | | $ |
| | 4. | | $ |
| | 5. | | $ |
| | 6. | | $ |
| | 7. | | $ |
| | 8. | | $ |
| | 9. | | $ |
| | 10. | | $ |

| 21. Administrative costs | $104,948.81 |
|---|---|
| 22. Attorneys' fees | $625,000.00 |
| 23. Attorneys' costs excluding expert costs | $30,900.52 |
| 24. Expert costs | $89,556.25 |

| | |
|---|---|
| 25. Attorneys' fees in terms of percentage of the settlement fund | 25% |
| 26. Plaintiffs' counsel's final lodestar total | $1,359,589.50 |
| 27. Lodestar multiplier [# x.y] | 0.459 |
| 28.    Describe any potential fraud issues encountered, the likely causes, and how they were addressed | |
| N/A | |
| 29. Number of class members availing themselves of nonmonetary relief | N/A |
| 30. Aggregate value redeemed | N/A |

Continued on next page.

| 31. Where injunctive and or other non-monetary relief has been obtained, discuss the benefit conferred on the class. |
|---|
| N/A |

| 32. Other notes and issues required to be addressed by judge's standing order. |
|---|
| N/A |

End of form.